| | |
|---|---|
| 1 | Douglas J. Melton, Bar No. 161353 |
| 2 | Shane M. Cahill, Bar. No. 227972<br>LONG & LEVIT LLP |
| 3 | 465 California Street, 5th Floor<br>San Francisco, California 94104 |
| 4 | Telephone: (415) 397-2222<br>E-mail: dmelton@longlevit.com |
| 5 | scahill@longlevit.com |
| 6 | Attorneys for Defendant<br>SFBSC Management, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROES 1-2, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SFBSC MANAGEMENT, LLC; and DOES 1-200,<br><br>Defendants. | Case No. 3:14-cv-03616-LB<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION RE PLAINTIFFS JANE ROE 1 AND 2; REQUEST FOR DISMISSAL, OR, IN THE ALTERNATIVE, STAY OF ACTION**<br><br>Date: January 29, 2015<br>Time: 9:30 a.m.<br>Place: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-204\734511.1

NOTICE OF MOTION AND MOTION TO
COMPEL ARBITRATION RE PLAINTIFFS
JANE ROE 1 AND 2; REQUEST FOR
DISMISSAL OR STAY OF ACTION
CASE NO. 3:14-CV-03616-LB

PLEASE TAKE NOTICE that on Thursday, January 29, 2015 at 9:30 a.m., before the Honorable Magistrate Judge Laurel Beeler in Courtroom C of the above captioned court, located at 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94102, Defendant SFBSC MANAGEMENT, LLC ("SFBSC") will, and hereby does, move for an order compelling individual and separate arbitration of any and all disputes between Plaintiffs Jane Roe 1 and 2, on the one hand, and SFSBC, on the other, arising out of or related to Plaintiffs' claims against SFBSC, including all claims and causes of action Plaintiffs assert against SFBSC in their Amended Complaint in this case. SFBSC also hereby move for dismissal of this action, or, in the alternative, an order staying this litigation pending the completion of arbitration.

This Motion is made on the grounds that Plaintiffs entered into valid and enforceable contracts providing that all disputes between them and SFBSC would be resolved by binding arbitration in accordance with the Federal Arbitration Act.

This Motion is based upon this Notice, the accompanying memorandum of points and authorities, the declarations of Gary Marlin and Douglas Melton filed concurrently herewith, and such other further evidence and arguments as may be presented at the hearing on this Motion.

Dated: December 22, 2014

LONG & LEVIT LLP

By: _____
DOUGLAS J. MELTON
SHANE M. CAHILL
Attorneys for Defendant
SFBSC MANAGEMENT, LLC

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-204\736689.1

- 1 -

NOTICE OF MOTION AND MOTION TO
COMPEL ARBITRATION RE PLAINTIFFS
JANE ROE 1 AND 2; REQUEST FOR
DISMISSAL OR STAY OF ACTION
CASE NO. 3:14-CV-03616-LB