Douglas J. Melton, Bar No. 161353
Shane M. Cahill, Bar. No. 227972
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222
E-mail: dmelton@longlevit.com
scahill@longlevit.com

Attorneys for Defendant
SFBSC Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SFBSC MANAGEMENT, LLC; and DOES 1-200,<br><br>Defendants. | Case No. 3:14-cv-03616-LB<br><br>**DECLARATION OF DOUGLAS J. MELTON IN SUPPORT OF MOTION TO COMPEL ARBITRATION RE JANE ROE 1 AND 2**<br><br>Date: January 29, 2015<br>Time: 9:30 a.m.<br>Place: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-204\734511.1

DECL. MELTON ISO MOTION TO COMPEL ARBITRATION RE PLAINTIFFS
CASE NO. 3:14-CV-03616-LB

I, Douglas J. Melton, declare:

1.  I am a partner with Long & Levit LLP, counsel for Defendant SFBSC MANAGEMENT, LLC ("SFBSC"). I have personal knowledge of all facts set forth in this declaration and, if called to testify as a witness, I could and would competently testify thereto.

2.  On December 9, 2014, I sent Plaintiffs' counsel demands, on BSC's behalf, that Plaintiffs each submit their purported claims against BSC to individual arbitration. Enclosed with those demands were unredacted copies of the Performer Contracts signed by both Plaintiffs that contain the arbitration provisions supporting BSC's demand for arbitration. As of the filing of this motion to compel arbitration, Plaintiffs' counsel did not respond to BSC's demand. BSC interprets this silence as Plaintiffs' refusal to submit their claims individual arbitration absent a court order.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was signed at San Francisco, CA on December 22, 2014.

_____
DOUGLAS J. MELTON

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

DOCS\S0301-204\736565.1

- 1 -

DECL. MELTON ISO MOTION TO COMPEL
ARBITRATION RE PLAINTIFFS
CASE NO. 3:14-CV-03616-LB