THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail:    sgt@tidricklaw.com
E-mail:    jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiffs JANE ROES 1-2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROES 1-2, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SFBSC MANAGEMENT, LLC; and DOES 1-200,<br><br>Defendants. | Civil Case No. 14-cv-03616-LB<br><br>**DECLARATION OF DARIUS RODRIGUES** |

I, Darius Rodrigues, declare:

1.     I make this statement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

2.     I was employed by SFBSC Management, LLC ("BSC" or "Defendant") from December 2010 to August 2014. Throughout that time, BSC continuously maintained the policies, practices, and procedures described below.

3.     BSC maintains ownership, recruitment, and operational interests in various nightclubs featuring nude or semi-nude dancing, including approximately eleven nightclubs in the San Francisco area. The names of those nightclubs are Hungry I, Centerfolds (also known as DejaVu Centerfolds San Francisco), Roaring 20's, Garden of Eden, Larry Flynt's Hustler

1

Club (also known as Larry Flynt's World Famous Hustler Club San Francisco), Little Darlings, Gold Club, Market Street Cinema (which was also known as MSC), New Century, The Penthouse Club (formerly known as Showgirls or Broadway Showgirls Cabaret), and Condor Gentlemen's Club (also known as The Condor Club) (collectively, the "Nightclubs").

4.     In approximately December 2010, BSC hired me to work at the Hustler Club. BSC initially hired me to be a "barback," which is a bartender's assistant position. In June 2011, BSC promoted me to a manger position and I worked in that capacity at the Hustler Club until May 2012. As a manager, my roles and responsibilities included:

a. Working in tandem with the general manager to implement sales promotions and business operations including inventory, accounting, and staff training and development;

b. Implementing marketing and customer service programs;

c. Using inventory control systems to minimize waste;

d. Reconciling all cash and credit receipts at the end of daily business;

e. Executing promotion events to attract new customers;

f. Recruiting, training, and scheduling of service and security personnel;

g. Ensuring that all government licenses and inspections remain current;

h. Selecting women to hire to perform nude and semi-nude dancing, including "table dancing," "chair dancing," "couch dancing," "lap dancing," and "VIP room dancing";

i. Assisting employees in performing day-to-day responsibilities; and

j. Providing hands-on customer service to guests.

5.     In approximately May 2012, BSC transferred me from my manager position at the Hustler Club to a manager position at another one of BSC's adult nightclubs, the Gold Club. From approximately May 2012 until April 2013, I served as the dayshift manager. In approximately April 2013, I was promoted to the position of night assistant general manager. I served in that capacity until approximately October 2013. From approximately October 2013 until August 2014, I served as assistant general manager. As the assistant general

2

manager, my roles and responsibilities included:

    a. Working in tandem with the general manager to implement staff training, marketing promotions, and customer service policies;

    b. Planning numerous special events for the club, including championship boxing, fashion shows, and specialized televised sporting events;

    c. Producing detailed reports regarding revenue, expenses, opportunities, challenges, and other operational issues;

    d. Training and supervising three managers and staffs of up to 47 people, including the approximately 30 to 40 women working at the nightclub as "exotic dancers" on any given night; and

    e. Selecting women to hire to perform nude and semi-nude dancing, including "table dancing," "chair dancing," "couch dancing," "lap dancing," and "VIP room dancing."

6. During the time when I was employed by BSC, Gary Marlin was the president of BSC and Joe Carouba was the owner. BSC was actively involved in the operations of the Nightclubs. For example: (1) Mr. Marlin or another BSC executive or manager with oversight over all of the Nightclubs would come to the Gold Club every Tuesday to have a closed door meeting with the manager; (2) Mr. Marlin and other BSC executives and managers with oversight over all of the Nightclubs routinely walked through the Nightclubs giving employees directives regarding operations; (3) all mangers of the Nightclubs, including myself, participated in meetings with Mr. Marlin and other BSC executives with oversight over all of the Nightclubs to discuss various issues regarding the operations of the Nightclubs (attached hereto as **Exhibit A** is an example of an agenda to such a meeting); and (4) Mr. Marlin and other BSC executives and managers with oversight over all the Nightclubs routinely briefed personnel at the Nightclubs regarding policies and procedures at the Nightclubs and how to implement policies and procedures.

7. Managers at the Nightclubs, including myself, were required at the end of each night to email Mr. Marlin and the office manager of BSC the following reports: (a) "sales

3

report" regarding the amount of daily sales (including a breakdown of what was sold) as well as the amount of taxes paid for that day; (b) "MC report" listing employees on duty for each night shift and day shift (attached hereto as **Exhibit B** is an example of an MC report); (c) "product mix report" indicating what products were sold that day; and (d) "safe reconciliation report" indicating the amount of cash that the nightclub had on-hand at the beginning of the day and at the end of the day. Attached hereto as **Exhibit C** is a document entitled "Steps to Closing" that includes BSC upper management's instructions regarding these required daily reports. Where that document says "paying out the girls" it is referring to payments to the exotic dancers, all of whom are women, typically between the ages of 18 and 27. Where that document says "Gary" it is referring to Mr. Gary Marlin, the president of BSC.

8. Managers at the Nightclubs, including myself, were required at the end of each night to prepare the following physical reports and materials that Mr. Marlin or another BSC executive or manager with oversight over all of the Nightclubs picked up each morning from the Gold Club: (a) a credit card report indicating the number of credit card transactions, the amount of each transaction, and the type of credit card being used; (b) an envelope of cash including tips that were collected from employees participating in the tip pool; (c) an envelope containing customer receipts. If these reports and materials were not available for pick-up at the beginning of the day or there was an error in the report then typically the managers would have to go to BSC's offices located at 250 Columbus Street, San Francisco, to drop off the report or materials or to fix the error in the report.

9. BSC exerts control over all aspects of the Nightclubs as well as the working relationship with the exotic dancers. For example, BSC, operating through the Nightclubs, controls the advertising and promotion for the Nightclubs; (b) BSC, operating through the Nightclubs, creates and controls the atmosphere and surroundings at the Nightclubs, the existence of which affects the flow of customers into the clubs; (c) BSC maintains guidelines and rules dictating the way in which exotic dancers must conduct themselves while working at the Nightclubs; (d) BSC sets the hours of operation, length of shifts exotic dancers must work, the show times during which an exotic dancer may perform, the minimum tip amount for

4

"table dances," the sequence in which an exotic dancer may perform on stage during her stage rotation; the format and themes of the exotic dancers' performances and conduct while at work (*e.g.*, Dancers must be on the floor as much as possible when not on stage and mingle with patrons in a manner that supports BSC's general business plan); (e) BSC requires the exotic dancers to schedule work shifts and punishes exotic dancers who have not complied with a schedule by limiting the number of days when they can work during the week (attached hereto as **Exhibit D** is a sample of a schedule); (g) BSC requires exotic dancers to clock in and clock out (or otherwise check in or report) at the beginning and end of each shift; (h) BSC sets the minimum tip amount that exotic dancers must collect from patrons for performing exotic dances (attached hereto as **Exhibit E** is an example of a fee schedule).

10.    During the time when I worked at BSC, it was BSC's policy and practice to require every applicant for an "exotic dancer" position to fill out and sign an application form that specified: "I understand that I will not be an employee of the club." Attached hereto as **Exhibit F** is a sample "APPLICATION FOR PERFORMER AGREEMENT."

11.    During the time when I worked at BSC each woman who was offered an "exotic dancer" position was required to also complete an "Offer of Employee Status" document. Attached hereto as **Exhibit G** is a sample Offer of Employment Status document. Managers at the Nightclubs and BSC executives and managers with oversight over all of the Nightclubs stated that each exotic dancer must decline employee status. As a result, when completing the "Offer of Employee Status" document, each exotic dancer was instructed to sign and date the form where it says "I CHOOSE CONTRACT STATUS." If an exotic dancer were to inquire about being an employee, as opposed to being an independent contractor, it was BSC's policy and practice to dissuade them from considering becoming an employee. During my time at BSC, I cannot recall any exotic dancer ever "choosing" employee status.

12.    During the time when I worked at BSC each woman who was offered an "exotic dancer" position was required to complete a "PERFORMER CONTRACT" (attached hereto as **Exhibit H** is a sample). That form includes a section about arbitration. Managers at

5

the Nightclubs and BSC executives and managers with oversight over all of the Nightclubs stated that each exotic dancer must agree to arbitration of disputes. BSC's stated rationale was that it would put the company in a "legal bind" if an exotic dancer did not agree to arbitration.

13.     When BSC updated the "PERFORMER CONTRACT" form to include a line to initial to either "ACCEPT" or "REJECT" that clause, BSC employees were directed to make sure that each woman initial the "ACCEPT" line. BSC employees would sometimes highlight the "ACCEPT" line in order to show the woman that she needed to initial it there, and not at the "REJECT" line. If a woman were to initial the "REJECT" line, BSC would routinely figure out a way to terminate her (if she had already started working), or not hire her, or intentionally lose the form (or at least the part of the form with the arbitration clause) and reinstruct her to fill it out "correctly."

14.     When BSC updated the "PERFORMER CONTRACT" form to include a line to initial to either "ACCEPT" or "REJECT" a clause entitled "Waiver of Class Action," BSC employees were directed to make sure that each woman initialed the "ACCEPT" line. BSC employees would sometimes highlight the "ACCEPT" line in order to show the woman that she needed to initial it there, and not at the "REJECT" line. If a woman were to initial the "REJECT" line, BSC would routinely figure out a way to terminate her (if she had already started working), or not hire her, or intentionally lose the form (or at least the part of the form with the arbitration clause) and reinstruct her to fill it out "correctly."

15.     Attached hereto as **Exhibit I** are true and correct copies of web pages that have appeared on the websites that BSC maintains to promote the Nightclubs. Each of these web pages identifies BSC Management as the nightclub's "management agency."

16.     One of BSC's web pages (for DejaVu Centerfolds) attached as **Exhibit J** has an announcement entitled "BSC Management Hosts 2014 San Francisco Job Fair (Press Release)," dated August 4, 2014, stating: "Monday, Aug. 11, the consulting and management agency that manages 10 adult clubs in San Francisco will be interviewing and hiring job seekers on the spot. BSC Management San Francisco is looking for the best in the business!

6

On Monday, Aug. 11, the consulting and management agency will be hosting a job fair to find employees for a number of their 10 adult clubs. Those interested in a career at one of San Francisco's best gentlemen's clubs should stop by to apply in person." It includes a link to a press release at the web page http://www.prweb.com/releases/2014/08/prweb12070059.htm.

17.    Attached hereto as **Exhibit K** is a true and correct copy of the press release referenced above. It states, among other things: "BSC Management . . . is looking to hire for all the clubs." It refers to BSC as "the consulting and management agency" and states that it "will be hosting a job fair to find employees for a number of their 10 adult clubs," including for the position of "exotic dancers (no experience necessary)." It also states, referring to BSC: "The agency will be interviewing and hiring on the spot." It also states: "BSC is committed to providing a superior club experience for all guests. They operate each and every club with a level of professionalism, and are always looking to increase each customer's satisfaction. BSC Management is located at 250 Columbus Ave, Suite 207, San Francisco, CA 94133."

18.    The statement in BSC's press release that BSC "operate[s] each and every club" is accurate. BSC did in fact operate the Nightclubs during the time period when I was employed by BSC (which was from approximately December 2010 to August 2014).

19.    The statement in BSC's press release that it was hiring "exotic dancers" referred to the position of exotic dancer. BSC executives and managers have often used the terms "exotic dancers," "exotic dancers," and "the girls" interchangeably.

20.    The statement in BSC's press release that BSC Management was "looking to hire for all the clubs" accurately reflects the fact that BSC Management hires and employs the exotic dancers, despite misclassifying them as "independent contractors."

21.    BSC hires and maintains a workforce of exotic dancers with certain physical attributes to attract and retain customers and maximize revenues. Few if any of the women hired by BSC for the exotic dancer position are allowed by BSC to continue working as exotic dancers above approximately age 28. It is well known that the main reason that customers come to the Nightclubs is to enjoy the exotic dancers' young bodies.

22.    The statement in BSC's press release "no experience necessary" accurately

DECLARATION OF DARIUS RODRIGUES

reflects the fact that no experience was required for the exotic dancer position.

23.     The statement in BSC's press release it was hosting "a job fair to find employees" accurately reflects the fact that BSC executives and managers often referred to the exotic dancers as employees, despite misclassifying them as "independent contractors."

24.     Attached hereto as **Exhibit L** is a true and correct copy of a press release entitled "Celebrate Back to School at Larry Flynt's Hustler Club in San Francisco: The Back 2 School Girls party takes place Friday, Sept. 19 and Saturday, Sept. 2," printed from the web page http://www.prweb.com/releases/2014/09/prweb12161547.htm. It states, among other things: "There's no better place to celebrate back to school with the world famous Hustler Honeys [than] at the Hustler Club San Francisco," said Axel Sang, director of marketing for BSC Management." Although I believe that this was published after I stopped working for BSC, Axel Sang was known as one of the agency's top-level managers when I worked there.

25.     During December 2012, a BSC executive gave me a stack of approximately two hundred fifty (250) "PERFORMER CONTRACT" forms. None of the forms had been signed on behalf of the company. Some of the forms had been signed by former exotic dancers, women who no longer worked for BSC. Some of the forms had not been signed by the exotic dancer at all. Some of the forms had a signature by the exotic dancer dated in 2010, even before I started working for BSC (forms specifying that the contract would end on a date in January 2011). Others had a signature by the exotic dancer dated in 2011 (forms specifying that the contract would end on a date in January 2012). The BSC executive instructed me to sign all of them on behalf of the company and to put a date next to my signature during the year when the contract was in effect. He also specified that if the "girl" had put a date next to her signature, that I should put the same date by my signature. I raised concerns to the BSC executive about whether it was ok to sign a contract after it had expired and to backdate the signature. He repeated his instructions. He added that if I did not follow his instructions, then I could be disciplined. I followed his instructions for all of the approximately two hundred fifty forms.

26.     When I worked for BSC it was not unusual for about twenty percent (20%) of

8

the women working as exotic dancers to not have a current "PERFORMER CONTRACT" in effect. One of the reasons for this is that BSC structured the "PERFORMER CONTRACT" forms to specify an ending date (such as January 31, 2011) and oftentimes it would take months after that ending date for a new "PERFORMER CONTRACT" form to be signed for the next 12 month period. Specific dates when a particular exotic dancer worked without a "PERFORMER CONTRACT" in effect could easily be ascertained because BSC maintains electronic work records indicating specific days when an exotic dancer has worked for BSC. Even if those electronic work records may be incomplete, they could be compared against any and all "PERFORMER CONTRACT" documents to identify at least some specific dates when a particular exotic dancer worked without a "PERFORMER CONTRACT" in effect (keeping in mind that this comparison may undercount the actual number of such dates if BSC's backdating practices were improper). My understanding is that BSC has maintained such electronic work records since at least 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 24, 2014.

DARIUS RODRIGUES

9

# Exhibit A

MANAGER MEETING AGENDA
AUGUST 31, 2011 *mngr meeting last wed of evry month!*

- I.C.E. – DHS – Outreach meeting for October 20
- J-1 School/Work Visas – Not acceptable for employment or for entertainer contracting
- Employee Terminations – Must submit immediately along with final hours
- Workmans Comp Injuries And Claims – Must Fill Out And Repo Immediately Even If Employee Refuses Treatment
- Employee Writeups – Attendance, Tardiness, Poor Performance, Etc.
- Vegas Expo
  - Recruiting
  - Job expectations and Training
  - Incentives and Rewards
  - Standards
  - Hospitality
  - Push Staff Harder
  - Pre Shift Meetings
  - Sexyness of the club, staff, and entertainers
  - Fair vs. Equal, Earn Favoritism, Not entitled to it

# Managers Marketing Meeting
## Agenda
## Wed July 3rd 2013

### I on I Quarterly Managers Meeting

- Quarterly plan for all GM's individual meetings.
- Fill out handout
- Tues 7/9 ( 4 Meetings)
- Wed 7/10 (4 Meetings)

### Conventions

- 14 of top 25 largest conventions still remain this year
- 6 of to 10 largest still remain this year
- Top 3 largest still remain this year

### Americas Cup

- Kick off this Month
- Sent you all revised concert & race schedules

### Guerrilla Marketing

- Effective for cost cutting
- Whats Coming Up?-See handout
- Street Festivals & Concerts

### In the works
- Adult Nightlife Newsletter
- "North Beach All Access Card" (GOE, LDs, HI, 20's, CF, Condor)
- Ghost emails (We will continue to audit until we receive 100% response in 24 hr period)
- Google Merging Project & Verify PINs (missing CF & LDs)
- Mobile Marketing
- Instagram Video

**Misc**
- Responding & checking e-mails; whether it's from the office or guests
- Model Release forms-have them ready and filled out by PE's

Entertainer Bios
- Clubs w/o house-moms; managers/asst. managers ares suppose to enter the information from the bios
- Clubs w/ house-moms; moms are to enter the bios all entertainers should fill out as much as they can on the bio, even if they're making it up; the more information the better than just their name

Picking up Flyers/Items from Office
- ALL supplies needed from office; the office needs a club supply request form sheet b/c office keeps inventory
- When called to pick up flyers/items; make sure to have someone pick-up asap

Instagram
- Used for House moms advertising the entertainers and the club environment *Personal view and In the moment content*
- I need a house mom or trusted staff for
- Gold Club
- Centerfolds
- Condor
- Must have an android or iphone
- Must be able to post 1-3 times on a daily basis.
- Training with Ezra for set up and how to posts.
Example:
- Tuesday through Saturday, Ezra is group texting house moms at Hustler Club & Penthouse and letting them know what to post up for the night.
Last night:
- Posted video of entertainer in "booty shorts"
- Posted picture of entertainer w/ unique stripper heels.

**Handouts**
Management tools & reference material

Exhibit B

## GOLD CLUB – SAN FRANCISCO

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Day SATURDAY | | | | WAITRESS | | BARTENDER | |
| Date 9/28/13  MC HARMON | | | | | | | |
| Weather SUNNY | | | 1. ELENA | 5. VIOLET | 1. RANDALL | 5. RAUL |
| Mgr  DARIUS  CRAIG  KEN | | | 2. DIANA | 6. | 2. ALISON | 6. |
| Hostess  BLANCA  BRITTNEY | | | 3. KRISTIN | 7. | 3. KELLY | 7. |
| Door JASON PATRICK CHRIS S&M LEVI MATT | | | 4. DOMINIQUE | 8. | 4. | 8. |

| # | NAME | on | TIME | NOTE | NAME | TIME | | NAME | TIME |
|---|------|----|------|------|------|------|---|------|------|
| 1 | ABBY | | CO | | JACINDA | 9:15 | | | |
| 2 | ALEXANDRIA | | NS | | YOKO | 9:15 | | | |
| 3 | ANNASTASIA | | NS | | TATIANNA | 9:30 | | | |
| 4 | ARIYAH | | 9:30 | | MAKENNA | 9:30 | | | |
| 5 | AHSLEY | | 9:30 | | ANGIE | 9:45 | | | |
| 6 | DEVON | | CO | | LOLA | 9:45 | | | |
| 7 | ERICA | | CO | | SCARLETTE | 10:00 | | | |
| 8 | HAZEL | | 7:00 | | KRISSY | 10:00 | | | |
| 9 | IVANA | | 8:30 | | LANAE | 9:45 | | | |
| 10 | JESSIE | | LOA | | | | | | |
| 11 | JOCELYN | | 7:15 | | 32 | | | | |
| 12 | KEELIE | | CO | | | | | | |
| 13 | KENNEDY | | CO | | | | | | |
| 14 | LAUREN | | NS | | | | | | |
| 15 | MARIE | | 9:45 | | | | | | |
| 16 | MIRA | | 8:45 | | | | | | |
| 17 | MONICA | | 7:00 | | | | | | |
| 18 | NATALIA | | 8:15 | | | | | | |
| 19 | PENELOPE | | 7:00 | | | | | | |
| 20 | SAMMY | | 8:45 | | | | | | |
| 21 | SONYA | | off | | | | | | |
| 22 | VERONICA | | CO | | | | | | |
| 23 | | | | | | | | | |
| 24 | SKY | | 7:00 | | | | | | |
| 25 | MARIAH | | 7:00 | | | | | | |
| 26 | JULIETTE | | 7:30 | | | | | | |
| 27 | JOJO | | 7:45 | | | | | | |
| 28 | CORA | | 8:00 | | | | | | |
| 29 | REBECCA | | 8:00 | | | | | | |
| 30 | HARLOW | | 8:15 | | | | | | |
| 31 | BETH | | 8:30 | | | | | | |
| 32 | MELANIE | | 8:45 | | | | | | |
| 33 | JENNA | | 8:45 | | | | | | |
| 34 | BROOKE | | 8:45 | | | | | | |
| 35 | VICTORIA | | 8:45 | | | | | | |

Exhibit C

# Steps to Closing

***12:00 am*** Make sure that the break sheet is signed and filled out properly. Go into the Aloha system and edit breaks to reflect everyone having at least 30-32 minute breaks.

***1:00 am*** Settle Gold Dollar Slips and give Gold Dollar girl all the money owed: Log into the Aloha on the computer downstairs in the office, go to sales and run the report of the sale day, look at the Gold Dollar sale number and write it down. Add up all the gold dollars receipts sales (gold dollars only) and write them down on the Gold Dollar Rec sheet found in the computer under the folder named Daily Forms, open the **"Gold Dollar Rec Sheet Master"** file enter in today's date and then go to FILE>SAVE AS> and save the file as "Gold Dollar Rec (and today's date)" then in the Slips total column you type in the total amount you added up from the Gold Dollars and everything should automatically auto populate. Make sure that the "Total Charges" column must match exactly the number you originally pulled up form the Aloha computer. After that matches then out of the safe you take the amount under "Borrowed From Safe" and give it to the gold dollar girl.

***1:00 am*** Go over numbers with Dance Tracker.

***1:30 am*** (EVERY DAY BUT SATURDAYS) Announce on the radio that the Front door and the kitchen are closed let the front door guy know to close it down.

Checkout - Front Door. Sign and add all the TAXI pay outs, you need to wring the Taxi pay outs in the computer. Swipe your card and go to functions>financial>cash functions>cashier pay out> then highlight the name of the CASHIER and enter the amount of the Taxi pay outs, enter it in the computer as TAXI COMMISSION and log out of the screen. Sign the taxi pay out and paperclip it to the rest of the taxi slips. Rubber band the passes together, initial all the door comps. Log in the cashier and run her check out. Match up all the credit card slips to her transactions and once all matched up staple her check out to the credit card receipts. On her check out it will say how much she owes. Count her drawer and after her $1000 bank the remaining cash should match the "total owed" number on her check out.

***1:40 am*** Announce on the radio shots only at the bar!

***1:50 am*** Announce to all floor host to pick up all liquor off the floor and to have our female staff at the front door waving guest bye.

***1:55 am*** Checkout - Main bar: Bartender, waitresses, Service Well Bartender, then V.I.P Bar: Bartender and waitresses. (run check out and match up credit card recipes to check outs, staple check outs to credit cards receipts) bring the slips downstairs with the drawers and add all the cash that is owed per drawer and see if it matches the overage after the $800 bank is accounted for.

Get all Checkouts from Hosts whom had any transactions at all and if they have tips (typically the VIP HOST & CHAMPAING HOST) then pay them out from the safe.

Close down the ATM After last guest has left – Enter combination press 3 "Electronic Journal" then 3 for "Display Electronic Records" then press 4 to Change the date to business day of today, then press Enter, then press Enter again to run the report….let the atm run the records, once its done press 3 and enter to print. Once it prints clear back to main page and press 1 for Terminal Close Functions then press 4 for day close, once its done running the report press 3 Enter to print, then clear out to the menu and press 6 for cassette close then enter, and 3 and then enter to print. Take cassette out and bring down to the office.

Checkout Gold Dollar girl
   Once the gold dollar girl is done with paying out the girls, she comes down to you with all her unsold and slips. Please add all the slips total Gold Dollar redeemed that was turned in that night and make sure it matches the actuall Gold Dollars turned in. Open the Excel file called Gold Dollar rec sheet in the daily forms there is an other tab called "END OF THE NIGHT" the only thing you type in this pace is in cell #G13 otherwise known as 2a) enter the amount of the total Gold dollars redeemed for the night. Then print the sheet out and sign it.

Checkout Dance Tracker
   Get PE Number by looking pulling PMIX last page.
   Verify with the tracker 2 numbers, the cash that the girls turned in and the recorded PE

Enter three numbers into Aloha
- Payout ATM, go to functions>financial>cash functions>cashier pay out> highlight your name and enter in the pay out for the ATM, sign receipt and attach with ATM paper work.

- Payout PE, go to functions>financial>cash functions>cashier pay out> highlight your name and enter in the pay out for the PE Commission, Ring Up the same PE number under the DANCE tab bottom left button under Patron Revenue sign both papers and attached them to the dance activity sheet with the dancer pay outs.

- Ring Up Gold Dollar Number under the Daily reconciliation sheet enter only the "TOTAL AMOUNT REDEEMED LESS 15% RETAINED" other wise known as cell# G17 or 2c. That number you enter under the GOLD DOLLAR button by combining $80,$50,$20,$10,$5,$1

Settle EDC, Print for Paperwork = go to the computer open up ALOHA EDC and log in, then you go to Functions> Settle Batch> then click on Amex, once that is settles go back under Functions> Settle Batch> and click on Visa, once that is done you go under Reports>Review Transactions> highlight the VISA and AMEX for today (top two) and then Print.

Export Sales – Log into Aloha and go to Reports>Sales>Sales>Summery> then highlight TODAY and click on Export Settings, change the date to todays date and save, then click on export, then click on Print, on the last page you write if it is a negative number "ADDED TO GOLD DOLLAR DEBT" then you add it on the safe rec sheet to the current debt. If it is a positive number you write "PAID TO GOLD DOLLAR DEBT" attach a deposit slip and tape it to the last page of the sales report filled out, then subtract it form the current debt on the safe rec sheet. (if there is no debt then set that money aside with a note in the safe as deposit, how much date and day and sign. Go to the fax machine and fax it to the OFFICE and then staple it together.

Export PMIX – Log into Aloha and go to Reports>Product Mix>Product Mix then highlight TODAY and click on Export Settings, change the date to today's date and save, then click on export, then click on Print twice
Once copy goes into Gary's Box and the other with the paperwork.

Print out Void Sheet by going under aloha Reports>Voids and clicking on today and click on print

Minimize aloha, and click on the top left hand folder labeled shortcut to rptExport, open the top file (should be today's file) and covert to PDF. Then exit out and click on discard.

Open Mozzila Foxfire and it should open up in the company email.

Compose mail and type in "em" and then enter and all the proper recipients should be automatically entered, you write GOLD CLUB and the date in the subject line and then attach a file, in the window that opens attach the last file with today's date before the pdf files show, then click on attach another file and go to the very end of the window and you will see the PDF file with today's date. Attach that one. Click on send and Email Reports.

Paperwork – Build from Bottom

Build the Book
 Break Sheet
 PMIX
 Dancer Activity Sheet – Paperclip PE Payout and Patron Revenue Receipt
 Gold Dollar Transaction Slips
 EDC
4 bundles on top of Book
 Payout & Comps
 ATM Receipts(3) stapled to Payout
 ALL Checkouts
 Gold Dollar Rec Sheet (All Redeemed GD$, GD receipt, GD Rec Sheet)
On top of the 4 bundles
 Sales Report

Concolidate the Tip Pool money into bigger bills.

Rec the safe and then fax the sheet to Gary.

\*\*\*\*\*\*\*\*\*\* **3 Things that need to be sent every night**\*\*\*\*\*\*\*\*\*\*\*
 **Email Reports (Type "em" in To: for Email Reports Group to pop up)**
 **Fax Office Sales Report**
 **Fax Gary Safe Rec**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **Paperwork in Gary's Box** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
 **Void Sheet with Reasons**
 **PMIX**

# Exhibit D

| DARIUS | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| DATE | 4-Jun | 5-Jun | 6-Jun | 7-Jun | 8-Jun |
|  |  |  |  |  |  |
| Max |  | 12 | 12 | 12 |  |
| TOTALS | 15 | 20 | 19 | 28 | 27 |
| NAME |  |  |  |  |  |
|  |  |  |  |  |  |
| ADAIR |  |  | 1 | 1 |  |
| ALICIA | LOA | 1 | 1 | 1 | 1 |
| AMBER | 1 | 1 | 1 | 1 |  |
| ASHANTI | OUT | OF | TOWN |  |  |
| ASHLEY |  |  |  |  |  |
| BIANCA |  | 1 |  | 1 |  |
| BOBBI | 1 |  | 1 | 1 | 1 |
| CARMELLA |  | 1 | 1 | 1 |  |
| CECILIA | 1 | 1 | 1 | 1 | 1 |
| DANIKA |  | 1 | 1 | 1 |  |
| DEJA | 1 |  |  |  | 1 |
| DEMI |  | 1 |  | 1 | 1 |
| DINA | OUT | OF | TOWN |  | 1 |
| FAITH | 1 |  |  |  | 1 |
| FELICIA | 1 |  | 1 |  | 1 |
| FELICITY | 1 |  | 1 |  | 1 |
| FRANKIE |  |  | 1 | 1 | 1 |
| JOJO |  | 1 | 1 | 1 | 1 |
| JUSTINE |  | 1 |  | 1 | 1 |
| LANI |  |  | 1 | 1 | 1 |
| LAUREN | 1 | 1 |  | 1 | 1 |

Exhibit E

## Sky Boxes

### Half Hour Cash

|  | Girl Fee | Room | Total | Upgrade | Total |
|---|---|---|---|---|---|
| 1 Girl | $ 250 | $ 100 | $ 350 | $ 50 | $ 400 |
| 2 Girls | $ 500 | $ 100 | $ 600 | $ 50 | $ 650 |
| 3 Girls | $ 750 | $ 100 | $ 850 | $ 50 | $ 900 |
| 4 Girls | $ 1,000 | $ 100 | $ 1,100 | $ 50 | $ 1,150 |
| 5 Girls | $ 1,250 | $ 100 | $ 1,350 | $ 50 | $ 1,400 |
| 6 Girls | $ 1,500 | $ 100 | $ 1,600 | $ 50 | $ 1,650 |

### Half Hour Credit Card

|  | Girl Fee | CC Fee | Room | Total | Upgrade | Total |
|---|---|---|---|---|---|---|
| 1 Girl | $ 260 | $ 39 | $ 100 | $ 399 | $ 50 | $ 449 |
| 2 Girls | $ 520 | $ 78 | $ 100 | $ 698 | $ 50 | $ 748 |
| 3 Girls | $ 780 | $ 117 | $ 100 | $ 997 | $ 50 | $ 1,047 |
| 4 Girls | $ 1,040 | $ 156 | $ 100 | $ 1,296 | $ 50 | $ 1,346 |
| 5 Girls | $ 1,300 | $ 195 | $ 100 | $ 1,595 | $ 50 | $ 1,645 |
| 6 Girls | $ 1,560 | $ 234 | $ 100 | $ 1,894 | $ 50 | $ 1,944 |

### 1 Hour Cash

|  | Girl Fee | Room | Total | Upgrade | Total |
|---|---|---|---|---|---|
| 1 Girl | $ 500 | $ 200 | $ 700 | $ 100 | $ 800 |
| 2 Girls | $ 1,000 | $ 200 | $ 1,200 | $ 100 | $ 1,300 |
| 3 Girls | $ 1,500 | $ 200 | $ 1,700 | $ 100 | $ 1,800 |
| 4 Girls | $ 2,000 | $ 200 | $ 2,200 | $ 100 | $ 2,300 |
| 5 Girls | $ 2,500 | $ 200 | $ 2,700 | $ 100 | $ 2,800 |
| 6 Girls | $ 3,000 | $ 200 | $ 3,200 | $ 100 | $ 3,300 |

### 1 Hour Credit Card

|  | Girl Fee | CC Fee | Room | Total | Upgrade | Total |
|---|---|---|---|---|---|---|
| 1 Girl | $ 500 | $ 75 | $ 200 | $ 775 | $ 100 | $ 875 |
| 2 Girls | $ 1,000 | $ 150 | $ 200 | $ 1,350 | $ 100 | $ 1,450 |
| 3 Girls | $ 1,500 | $ 225 | $ 200 | $ 1,925 | $ 100 | $ 2,025 |
| 4 Girls | $ 2,000 | $ 300 | $ 200 | $ 2,500 | $ 100 | $ 2,600 |
| 5 Girls | $ 2,500 | $ 375 | $ 200 | $ 3,075 | $ 100 | $ 3,175 |
| 6 Girls | $ 3,000 | $ 450 | $ 200 | $ 3,650 | $ 100 | $ 3,750 |

## Champagne Rooms

### Half Hour Cash

|  | Girl Fee | Room | Total |
|---|---|---|---|
| 1 Girl | $ 250 | $ 75 | $ 325 |
| 2 Girls | $ 500 | $ 75 | $ 575 |
| 3 Girls | $ 750 | $ 75 | $ 825 |
| 4 Girls | $ 1,000 | $ 75 | $ 1,075 |
| 5 Girls | $ 1,250 | $ 75 | $ 1,325 |
| 6 Girls | $ 1,500 | $ 75 | $ 1,575 |

### Half Hour Credit Card

|  | Girl Fee | CC Fee | Room | Total |
|---|---|---|---|---|
| 1 Girl | $ 260 | $ 39 | $ 75 | $ 374 |
| 2 Girls | $ 520 | $ 78 | $ 75 | $ 673 |
| 3 Girls | $ 780 | $ 117 | $ 75 | $ 972 |
| 4 Girls | $ 1,040 | $ 156 | $ 75 | $ 1,271 |
| 5 Girls | $ 1,300 | $ 195 | $ 75 | $ 1,570 |
| 6 Girls | $ 1,560 | $ 234 | $ 75 | $ 1,869 |

### 1 Hour Cash

|  | Girl Fee | Room | Total |
|---|---|---|---|
| 1 Girl | $ 500 | $ 150 | $ 650 |
| 2 Girls | $ 1,000 | $ 150 | $ 1,150 |
| 3 Girls | $ 1,500 | $ 150 | $ 1,650 |
| 4 Girls | $ 2,000 | $ 150 | $ 2,150 |
| 5 Girls | $ 2,500 | $ 150 | $ 2,650 |
| 6 Girls | $ 3,000 | $ 150 | $ 3,150 |

### 1 Hour Credit Card

|  | Girl Fee | CC Fee | Room | Total |
|---|---|---|---|---|
| 1 Girl | $ 500 | $ 75 | $ 150 | $ 725 |
| 2 Girls | $ 1,000 | $ 150 | $ 150 | $ 1,300 |
| 3 Girls | $ 1,500 | $ 225 | $ 150 | $ 1,875 |
| 4 Girls | $ 2,000 | $ 300 | $ 150 | $ 2,450 |
| 5 Girls | $ 2,500 | $ 375 | $ 150 | $ 3,025 |
| 6 Girls | $ 3,000 | $ 450 | $ 150 | $ 3,600 |

Exhibit F

# APPLICATION FOR PERFORMER AGREEMENT

NAME/ADDRESS OF CLUB: **Larry Flynt's Hustler Club   1031 Kearny Street, San Francisco, CA 94133**

ENTERTAINER'S NAME ▮▮▮▮▮▮▮▮▮▮    STAGE NAME ▮▮▮▮▮▮▮▮▮▮

Social Security # ▮▮▮▮▮▮▮▮▮▮

Entertainer License #
(if applicable)                                              Date of Birth: ▮▮▮▮▮▮
                                                             (Month, Day and Year)

Address: ▮▮▮▮▮▮▮▮▮
(Street/Road Number and Name)    (City, State and Zip Code) ▮▮▮▮▮▮

Telephone number where you can be reached *without violating your privacy* # ▮▮▮▮▮▮

|  | Firm Name | Address | Manager | Phone # | Dates |
|---|---|---|---|---|---|
| Previous Dance Experience: 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |

Personal References: 1. _____

2. _____

In Case of an Emergency, Notify: _____   _____   _____
(Name and Relationship to You)      (Full Address)      (Telephone Number)

Please answer or affirm the following.

Have you ever been arrested and/or convicted for the possession or sale of Narcotics or any other illegal drug?   Yes (No)

Have you ever been arrested and/or convicted of the charge of prostitution?  Yes (No)

I understand that violations of law could occur if I were to touch customer in a sexually explicit manner, or if I were to allow a customer to touch me in a sexually explicit manner. I agree to refrain from touching customers in a sexually explicit manner, or allowing them to touch me in a sexually explicit manner. I also agree not to perform in a manner that would be considered obscene or otherwise illegal.

I represent and warrant that I am over 18/21 years of age. Age as of today is 20.

I agree that giving any false information on this application will be reason for termination of contract.

I understand that I will not be an employee of the club, and that the club has no obligation to and will not pay me wages or benefits, and that I will be responsible for accounting for my income and paying my own taxes.

I agree that the club shall not be responsible for unlawful acts committed by me.

Date: 4-16-12 _____        ▮▮▮▮▮▮  Entertainer's Signature

ATTACH COPY OF PHOTO IDENTIFICATION.

REDACTED FOR PRIVACY

# Exhibit G


NAME
REDACTED

## NOTICE TO ENTERTAINERS
## OFFER OF EMPLOYEE STATUS
## STATEMENT OF IMPACT OF CHOICE OF CONTRACTOR STATUS

Entertainers have historically performed at this club as independent contractors who control if, when, where, how and for whom they perform. However, *if you wish to become an "EMPLOYEE" of this club, you may apply to do so.* The employee-entertainer arrangement is very different than a club-contractor arrangement. Please review this guideline which contains information concerning dancers as employees instead of independent contractors:

Statement of Impact of choice between employee vs. contractor status. Read this to understand your rights about being an employee or contractor. First, the club has important controls over *employees* which it does not have over *independent contractors*, including regarding scheduling, customers, costumes, music, dance sales, stage performances, and job assignments, among other things. On the other hand, an *employee* is entitled to important federal and state benefits and regulations to which a *contractor* is not entitled. This includes, among other things, workers' compensation, unemployment insurance, state leave and disability protections, minimum wage and overtime protections, meal and break periods, and more. Also, as an employee, the Club would take tax deductions from your payroll check and would be obligated to pay payroll taxes, including for social security, on your behalf. It would not be obligated to do this if you chose to be a *contractor*. To review employee rights, or to seek advice, visit the government web sites for the State of California (www.DLSE.gov) and for the federal government (www.DOL.gov).

With that background in mind, you should review the guideline below which will describe the basics of the arrangement if you chose to become an employee.

(1)    The job classification of employee-entertainer is to sell and perform private dance services, though you may, as needed, be required to fill in for other job positions including waitress, bartender, door person or other positions in the club;

(2)    As an employee-dancer, you will be provided an employee hire package;

(3)    As an employee, you will be placed on the Club's payroll and any current dancer contract will be terminated;

(4)    You will receive all employee benefits required by law;

(5)    You will be paid the applicable minimum wage for every hour you work at the club, and a premium as required by law for any overtime hours;

(6)    Federal and state tax withholdings will be made from all wages, tips and any bonuses you are paid;

(7)    The Club will collect and own 100% of all dance fees from patrons and pay you as provided in paragraph (5) above;

(8)    You will be expected to sell $200.00 per shift in dance sales (quota) and a failure to do so could result in termination;

(9)    You may be entitled to bonuses after six full months of employment;

(10)   You will be paid by check on a bi-weekly basis, with all required tax withholdings;

(11)   You will be entitled to retain all "tips" or gratuities given to you (the amounts given to you by patrons while you are on stage, or amounts voluntarily given and handed directly to you by patrons which are over and above the posted Dance Fee);

(12)   You will be required to report to the club all tips you receive to management, as required by federal tip reporting rules;

(13)   You will be required to perform in promotions, on stage, and fill in for other dancers or employees (for example, fill in for waitresses);

(14)   The Club will assign your days and hours of work for up to five shifts per week;

(15)   You will be required to arrive at work consistent with your scheduled time and to clock in and out, including for all meals;

(16)   The club will issue you one logo costume per month, at its own expense, which will be your required uniform;

(17)   You will be an "at will" employee, which means like all other club employees, you can be terminated with or without cause;

(18)   Nude and semi-nude entertainment is performed at this club; you must affirm a willingness to perform nude and semi-nude entertainment, you must affirm that you are not offended by being or viewing others who are nude or semi-nude; that you fully understand that you will be performing nude or semi-nude and that you fully understand that you may be exposed to sexual comment.

THIS GUIDELINE DESCRIBING THE EMPLOYEE ENTERTAINER ARRANGEMENT IS NOT AN EMPLOYMENT CONTRACT. IT IS A MERE GUIDELINE AND IS SUBJECT TO CHANGE. MANAGEMENT RESERVES ALL ITS RIGHTS TO DIRECT AND CONTROL EMPLOYEES AS PERMITTED BY LAW.

PLEASE NOTIFY THE MANAGER IMMEDIATELY IF YOU WOULD LIKE TO APPLY TO BECOME AN "EMPLOYEE ENTERTAINER". IF YOU DO NOT WISH TO BECOME AN "EMPLOYEE" YOU MAY CHOOSE TO PERFORM AT THE CLUB PURSUANT TO CONTRACT.

IMPORTANT NOTE: THE CLUB'S MANAGERS HAVE NO OPINION ON THIS MATTER, AND THEY WILL NOT ENCOURAGE OR DISCOURAGE YOUR DECISION. IT IS YOUR FREE CHOICE. YOU MAY WISH TO CONSULT YOUR ATTORNEY OR ACCOUNTANT PRIOR TO MAKING YOUR DECISION. YOU MAY ALSO SEEK ADVICE FROM THE STATE OF CALIFORNIA (SEE WEB SITES LISTED ABOVE).

STATE BELOW WHETHER YOU WISH TO BE AN EMPLOYEE OR CONTRACT ENTERTAINER – CHOOSE ONE OR THE OTHER.

I have read this Notice and understand that I may apply to perform as an employee. Please provide me with the employee Application Forms.

I have read this Notice and DECLINE employee status.

**I CHOOSE EMPLOYEE STATUS:**

**I CHOOSE CONTRACT STATUS:**

_____
Entertainer's Signature

Entertainer's Signature

DATE: _____

DATE: __4-11-14__

MANAGER SIGNATURE _____  MANAGER NAME PRINTED _____  CORPORATE NAME _____

4/1/2013

# Exhibit H

# GOLD CLUB SAN FRANCISCO - 2014 CLUB / PERFORMER CONTRACT

Sign this Contract ONLY if you genuinely agree with its terms. Read and consider it, seek the advice of counsel or a person you trust to assist you. ALSO, BEFORE SIGNING, BE SURE TO CONSIDER OWNER'S SEPARATE OFFER OF EMPLOYMENT.

OWNER, Gold Club SF, LLC ("Owner") operates a business authorized under zoning and licensing laws to permit nude or semi-nude entertainment on its' premises, and

PERFORMER ("Performer") is in the business of and holds required licenses or permits to market her adult oriented entertainment, and requires a venue which lawfully permits such entertainment, and

THE PARTIES desire to establish the terms of a mutually beneficial business relationship including the allocations of revenue from such entertainment; THEREFORE, the Parties agree as follows:

**I. TERM**  This Contract begins on signing and ends JANUARY 31, 2015 or when terminated as provided herein.

## II. DEFINITIONS

A. **Collection Boxes** are boxes (purses) issued and controlled by Owner for collecting Dance Fees from patrons in order to ensure that dance fees are distinguished from "tips" or "gratuities".

B. **"Private Dances"** are non-stage dances performed individually and sold to a patron for a set Dance Fee.

C. **"Dance Fees"** are the non-gratuitous cost or price for Private Dances. These fees are MANDATORY CHARGES to the patrons as the price for a personal or private dance. They are NOT tips or gratuities.

D. **"Gross Revenue"** is the total Dance Fees and other sales (including VIP charges for the use of designed areas) attributable to Performer. Gross Revenue does not include Tips or Gratuities.

E. **Tips"/"Gratuities"** are the amounts over and above the Dance Fee, voluntarily given by a patron and handed directly to Performer, and are the exclusive property of Performer.

F. **"Scheduled Performance Date"** is a date on which Performer has chosen to place herself on the schedule at least one week in advance.

G. **"Full Performance Date"** is a Performance Date which consists of up to 8 hours Performance Date.

H. **Good Standing"** means a Performer who is not

in breach of her contract and whose contract is not inactive because she has completed at least one Full Performance Date in the current month.

I. **Material Breach of Contract by Performer** means violating the law including laws on drugs, alcohol, soliciting or engaging in prostitution; it also includes failing to require patrons to deposit dance fees directly into Collection Boxes, or hand dance fees directly to a club employee, or otherwise allowing patrons to pay Dance Fees to her directly, failing to use her best efforts to sell private dances, and failing to appear on a Performance Date she chose to schedule. Material Breach of Contract by Owner includes failure to maintain appropriate venue licenses and permits, failure to advertise in a mutually beneficial manner, and failure to pay performer her contractual Allocation of Gross Revenues.

## II.ALLOCATION OF GROSS REVENUE:

A. **ALLOCATION OF GROSS REVENUE:**
Owner shall be entitled to retain the first $240 in Gross Revenues from Dance Fees and other sales (including use of VIP designed areas). Thereafter:

    (1) Performer shall receive 100% of the Gross Revenues from main floor dance performances;

    (2) Performer shall receive 80% of the Gross Revenues from VIP use or performances and Owner 20% ; however,

    (3) Performers who use, but sell no dances in the VIP area, shall not be entitled to any portion of any charges for such use imposed on a patron;

    (4) Performer shall receive 80% of the Gross Revenues from "3 for $100" and "2 for $60" dances and Owner 20%.

B. **Club Dollars.** Performer is not required to accept Club Dollars, but any Club Dollars she accepts will be redeemed by Owner at 85% of face value.

*The parties may negotiate to reduce the amount it retains from Gross Revenue based on business, scheduling and promotional needs.*

## IV. PERFORMER'S OBLIGATIONS

1. **Dance Fees.** Performer agrees to sell personal dances, and specifically agrees to ensure that patrons pay all Dance Fees by depositing the money directly into the Collection Boxes or handing the money directly to a club employee. Performer is prohibited from allowing patrons to pay or hand Dance Fees directly to her. This term is material term, breach of which subjects Performer to termination of contract and a claim of Conversion.

2. **Market Services.** Performer shall use her skills, artistic talents and her best efforts to market and sell

nude or semi nude performances as permitted by law.

**3. Tips /gratuities.** . Performer shall own all tips handed directly to her by patrons. *Performer is NOT required share her tips with any club employee. Performer should report to management if any one demands a portion of her tips.*

**4. Permits.** Performer agrees to maintain all licenses and permits required by laws governing her entertainment services and to know and comply with all related laws and regulations.

**5. Appear on Stage and in Promotions.** Performer agrees to appear on stage on a rotational basis and to participate in promotions held on site during her Performance Date. If Performer chooses to perform in off-site promotions, the Parties will negotiate such performances separately.

**6. Scheduling:** Performer is free to perform if and when she chooses. If Performer chooses to be on the schedule, it shall be set one week in advance. **NOTE:** a Performer who chooses not to schedule her performances may "walk-in" to perform, but her right to perform is then subject to availability and capacity restrictions.

**7. Respect Property, Law and Safety.** Performer agrees not to damage Owner's property and to comply with safety and legal requirements, including applicable laws on drugs, alcohol and soliciting or engaging in prostitution.

**8. No assignment:** This Contract is for Performer's personal skills and artistic talents. She may not assign her rights or obligations, but she may supply a qualified substitute (an experienced entertainer with a valid contract and permits).

**9. Non-Exclusive:** Performer's obligations under this contract are non-exclusive; PERFORMER IS FREE TO PERFORM AT OTHER BUSINESSES.

**10. Control of Performances, Costumes & Music.** Performer has the right, to select available music, and choose the patrons for whom she performs. She has the right to choose her costumes, provided they are consistent with industry standards for professional entertainers performing in upscale entertainment venues. Performer also has exclusive control over the character, manner and means of her performances, so long as no law is violated, and the end product (nude or semi-nude entertainment and sale of private dances) is accomplished. .

**11. Intellectual Property:** Performer shall retain all intellectual property rights to her performances, stage names and likeness unless assigned in writing.

**12. Nature of Business:** Performer may be subjected to nudity, sexually explicit language and depictions of explicit conduct. Performer represents that she does not find such sights or sounds offensive. NONETHE-LESS, OWNER PROHIBITS SEXUAL HARASSMENT: PERFORMER SHOULD

REPORT UN-WELCOME CONDUCT TO MANAGEMENT.

**V.   OWNER'S OBLIGATIONS**

**1. Premises/Licenses:** Owner shall maintain the premises and all applicable licenses and permits.

**2. Advertising and Music Copyright Fees.** Owner shall pay any music copyright fees, and shall advertise and host promotions in a commercially reasonable manner for the mutual benefit of the parties Performer may advertise her individual performance dates at her own expense

**3. Dance Records:** Owner will keep an accurate record of Gross Revenue attributable to Performer.

**4. Fees for Individual Dances.** Owner will announce the price for Private Dances and VIP rates so patrons have notice of the Fees and that they are allocated between the parties.

**5. Time of Payment.** Performer will receive her Allocation of Gross Revenue at the end of each performance date and will be provided a receipt.

**6. Income Tax Records.** Performer acknowledges she is required by law to pay taxes on all income generated by her. Owner will issue Performer a Form 1099 for monies paid to her under this contract. Performer is required to account separately for all tips given to her, as tip amounts are not reported to Owner and therefore not included in the Form 1099

**7. Privacy Rights:** Owner will not disclose Performer's personal information to any third party without written permission, unless required by law. Owner will notify Performer upon receipt of any request for information or documents concerning Performer unless prohibited by law.

**VI.   OTHER CONTRACT TERMS**

**1. No Employment Relationship. THE PARTIES DISAVOW AN EMPLOYEE RELATIONSHIP.**

**(a) PERFORMER ACKNOWLEDGES THAT SHE HAS BEEN PROVIDED WITH A WRITTEN STATEMENT CONCERNING HER RIGHTS IF SHE WERE AN EMPLOYEE AS OPPOSED TO A CONTRACTOR;**

**(b) PERFORMER REPRESENTS THAT SHE CONSIDERED AND REFUSED AN OPTION TO BE AN EMPLOYEE;**

**( c) PERFORMER ACKNOWLEDGES AND AGREES THAT AS A CONTRACTOR, OWNER WILL NOT REIMBURSE BUSINESS EXPENSES OR PROVIDE ANY EMPLOYEE-RELATED BENEFITS, SUCH AS WAGES, MEAL AND BREAK PERIODS, WORKERS COMPENSATION, UNEMPLOYMENT, PAID LEAVES OR DISABILITY BENEFITS.**

**(d) PERFORMER AGREES THAT IF THE PARTIES' RELATIONSHIP IS LATER DEEMED TO BE, OR IF SHE REPUDIATES HER CONTRACT AND ASSERTS THAT SHE IS OR SHOULD BE, AN EMPLOYEE, THEN OWNER SHALL CONVERT PERFORMER TO AN EMPLOYEE, AND RETAIN 100% OF GROSS REVENUES FROM DANCE SALES AND PAY PERFORMER THE LEGAL WAGE AND ALL OTHER BENEFITS REQUIRED BY LAW.**

**2. Unjust Enrichment.** Performer acknowledges that if she is later deemed to be an employee entitled to wage and hour benefits during any period under this Contract, it would be unjust for her to retain *both* the monies she collected under this contract *and* be paid wage benefits for the same period. Performer therefore agrees that all payments which she received under the terms of this Contract shall be offset or credited against any wage and hour claim.

**3. Material Breach/Notice:** In the event of a Material Breach as defined in Paragraph II(i) above, the non-breaching party may terminate this Contract on 3 days written notice, but in the case of drug, alcohol or allegations of violation of law, by 24 hours notice.

**4. Inactive or Voluntary Termination by Notice.** This contract shall be terminated as "inactive" if Performer has not appeared to perform on at least 1 performance date during each 30 day period the contract is in force. Either party may voluntarily terminate this Contract on 30 days written notice.

**5. Severability:** Any unenforceable portion of this Contract, to the extent possible, shall be severable from this Contract and not affect the enforceability of the remainder.

**6. Arbitration:** All disputes between the parties, whether statutory, contractual or tort, shall be decided by binding arbitration, shall be pursuant to the Federal Arbitration Act, and shall be before a neutral arbitrator agreed upon by the parties. Either party may demand an expert in the adult industry. The arbitrator shall be permitted to award any relief available in a Court, including fees and costs for enforcing this term. The costs of arbitration shall be borne equally by performer and owner unless the arbitrator concludes that a different allocation is required by law. Any award may be entered as a judgment in any court having jurisdiction. An arbitrator may not consolidate more than one person's claims, and may not preside over any form of representative or class proceeding. **NOTE: some agency claims may not be subject to arbitration.**

**7. Waiver of Class Action.** Performer agrees that any claim she may make against Owner shall be in her individual capacity, and not as a class or representative action; she agrees not to consolidate any claim she may have against Owner with the claims of others. Owner shall be entitled to fees and costs for enforcing this term. This clause shall survive termination of the contract, but is severable if the law is deemed to prohibit such waiver.

**8. LEGAL AGE: THIS CONTRACT IS VOID IF PERFORMER IS NOT AT LEAST AGE 18. PERFORMER HAS PROVIDED VALID IDENTIFICATION VERIFYING HER AGE.**

Owner: Gold Club SF, LLC
650 Howard Street
San Francisco, Ca. 94105

Manager/Assistant Manager

_____
Signature

Darius J Rodrigues
Print Name

DATED: 4-15-14

Est.4214

**I AGREE TO THESE TERMS**

DATED: 4-9-14

3

Exhibit I

*Welcome to DejaVu Centerfolds San Francisco*     *391 Broadway Street, San Francisco, CA 94133 ph.415-834-0662*

*Mo-Th 3pm-2am | Fr-Su 12pm-2am*

Home    Events    Specials    Reservations    Entertainers    Bachelor Parties    Party Packages    Bar Menu    Gallery    Jobs

evious                                                                                                    Next

TEXT **"CENTERFOLDS"** TO 33733 FOR DISCOUNTED ADMISSION!

CLICK HERE FOR TERMS AND CONDITIONS & PRIVACY POLICY. MESSAGE AND DATA RATES MAY APPLY.

Engage #CenterfoldsSF Live Feed

instagram.comMilitary Monday 1/2 off entry for all military personnel with valid Military ID! #CenterfoldsSF #CenterfoldsGirls #CenterfoldsSF - Open until 2am!

instagram.comFreaky Friday - 2 girl stage shows every top of the hour after 8pm! Plus, Cash Cannon Friday! Rent out our Cash Cannon to make it rain inside! #CenterfoldsGirls #CenterfoldsSF

instagram.com#WCW #CenterfoldsGirls RITA - 1/2 Off Hump Day, receive 1/2 off entry until 10pm! Couples pay only $20! #CenterfoldsSF

instagram.com #CenterfoldsGirls - ANGEL #CenterfoldsSF

instagram.comMilitary Monday - 1/2 off entry with valid Military ID! #CenterfoldsSF open 3pm-2am! #CenterfoldsGirls all night! ???? Don't forget to join us this Friday, November 21s for the Toy Drive Kickoff Party RSVP on our website at www.centerfoldssf.com



instagram.comText        instagram.com#tbt Miss        instagram.com#WCW        instagram.com        instagram.com2-4-1

# Check out what's new at DejaVu Centerfolds...

## SFFF Check Presentation Party

November 7th, 2014 by in Events by cfsfadmin Comments Off

*SFFF Local 798 Toy Drive Charity Fundraiser & Check Presentation…*

### Download Our App



ANDROID APP ON
Google play

## SECRET SANTA CHECK PRESENTATION

Thursday, December 18th

From 8:00pm until 10:00pm

Secret Santas Meet San Francisco Fire Fighters as the Season of Giving Culminates Tonight.

Text **SFTOY** to **33733** or…

**CLICK HERE**, to **RSVP** and bring an *unwrapped **NEW** toy* for complimentary admission, cocktails, & hors d'oeuvres.



Share:   0  0    0  0  0    0

## BSC Management Hosts 2014 San Francisco Job Fair (Press Release)

August 4th, 2014 by in Events by cfsfadmin Comments Off

Monday, Aug. 11, the consulting and management agency that manages 10 adult clubs in San Francisco will be interviewing and hiring job seekers on the spot.

BSC Management San Francisco is looking for the best in the business! On Monday, Aug. 11, the consulting and management agency will be hosting a job fair to find employees for a number of their 10 adult clubs. Those interested in a career at one of San Francisco's best gentlemen's clubs should stop by to apply in person.

READ THE FULL ARTICLE HERE:

http://www.prweb.com/releases/2014/08/prweb12070059.htm

*Search Centerfolds*

Search

*Club Features*

All Nude Entertainers

Girl on Girl Stage Shows

Showers Shows

Multi Level Stages

Bachelor Party Suite

VIP Rooms

VIP Booths

Concierge Service

*Join Our Mailing List*

FirstName*

LastName*

email*

phone

Submit

*Maps & Directions*

View Larger Map & Get Directions



Share:  2  0   0  0   0

## This is a Suit & Tie Thing…

June 11th, 2014 by in Specials by cfsfadmin Comments Off

DejaVu Centerfolds, All Nude Cabaret – San Francisco present…

## This is a SUIT & TIE THING

1/2 Price Admission to **ANYONE** wearing Business Attire

Dress Sharp!

Text CENTERFOLDS to 33733 for discount on admission before 11pm.



Share:  0  0   0  0     0  0

## Ca$h Cannon Fridays

June 11th, 2014 by in Events by cfsfadmin Comments Off

DejaVu Centerfolds presents…

## MAKE IT RAIN

Centerfolds Cash Cannon

To ANY Player Purchasing a 2 Hour VIP Booth

**EVERY FRIDAY**



Share:  0  0  0  0  0  0  0  0

## Mobile App Check in Offers

June 11th, 2014 by in Specials by cfsfadmin Comments Off

DejaVu Centerfolds All Nude Cabaret, San Francisco wants you to…

Use your Phone for Offers

## CHECK IN TONIGHT

20 Check Ins – Free VIP Booth & Free Round of Drinks

10 Check Ins – Free Entry to Shower Show

5 Check Ins – Free Fountain Drink & Centerfolds Gift



Share:  0  0  0  0  0  0  0   0

## *Déjà vu Centerfolds San Francisco Offers New Mobile App (Press Release)*

June 6th, 2014 by in Events by cfsfadmin Comments Off

The new app is now available on iTunes App and the Google Play Store.

Déjà vu Centerfolds San Francisco is now giving their customers the chance to have the Centerfolds Showgirls right in their hands. With the new app for iPhones and Android, customers of the San Francisco club gain access to exclusive information that can't be found anywhere else.

READ THE FULL ARTICLE HERE:

http://www.prweb.com/releases/2014/06/prweb11921538.htm



Share:  2  0  0  0  0   0

## Our App is NOW available in iTunes & Google Play Store

May 16th, 2014 by in Slider, Specials by cfsfadmin Comments Off

*Centerfolds All Nude Cabaret, San Francisco wants you to…*

## DOWNLOAD OUR APP

Now available on **iTunes** & **Google Store**!

Centerfolds Showgirls in your hands.

View Showgirls schedules updated daily.

Check-In for Discounts, VIP Offers, & Loyalty Rewards.

Make Reservations for Upcoming Events.



Share:  0  1    0   0      0

## Four for Forty Wristband

January 28th, 2014 by in Events, Slider, Specials by cfsfadmin Comments Off

Available Every Day

## FOUR for FORTY

**$40** All-Access Wristband

Here's your chance to party with 100s of entertainers at **FOUR** Broadway Clubs!

Centerfolds – Roaring 20s – Garden of Eden – Little Darlings



Share:   2  0   0  0  0     0

## Stub Sundays

January 16th, 2014 by in Slider, Specials by cfsfadmin Comments Off

*Centerfolds All Nude Cabaret presents*

Be our guest after the game…

**STUB SUNDAYS**

Bring Your Ticket Stub from any *SAME DAY* local sports event to receive *Half Off Admission*!

#StubSundays



Share:  0  0  0  0  0  0

# Military Mondays

January 16th, 2014 by in Slider, Specials by cfsfadmin Comments Off

*Centerfolds All Nude Cabaret presents…*

**MILITARY MONDAYS**

Half off Admission for…

Military Personnel EVERY MONDAY

Show your valid Military ID at the door!

(drink purchase required)

#MilitaryMondays



Share:  0  0  0  0  0  0

Next Page »

391 Broadway Street, San Francisco, CA 94133

Mo-Th 3pm-2am | Fr-Su 12pm-2am

Email: manager@centerfoldssf.com

ph.415-834-0662

Privacy Policy - Terms & Conditions

Site development by Wyldesites, Inc.

Welcome to DejaVu Centerfolds San Francisco                                    391 Broadway Street, San Francisco, CA 94133 ph.415-834-0662

Mo-Th 3pm-2am | Fr-Su 12pm-2am

Home    Events    Specials    Reservations    Entertainers    Bachelor Parties    Party Packages    Bar Menu    Gallery    Jobs

# Privacy Policy

*MOBILE SERVICES TERMS & CONDITIONS & PRIVACY:*

The following terms and conditions govern your use of the DejaVu Centerolfds and its management agency BSC Management (THE SERVICE). Your use of any aspect of THE SERVICE will constitute your agreement to comply with these terms and conditions.

*Text "STOP" to 33733 from your mobile phone and we will unsubscribe you from our SMS text messaging service immediately. You will receive an OPT OUT confirmation message and will not receive any additional messages until you re-register on our website OR you initiate additional text requests to the 33733 short code. From your mobile phone, you may request additional information at any time by texting HELP to 33733.*

You agree not to modify the format or branding of the content provided in THE SERVICE ("Content"), or to add any materials, including any advertisements or other promotional content, to such Content. The Content is owned by us, our affiliates or licensors and is protected by intellectual property laws. We grant you a limited, non-exclusive, non-transferable, revocable license to download and use the Content on a designated compatible mobile device, solely for your own personal, non-commercial use. You shall not reproduce, modify, perform, transfer, distribute, sell, create derivative works of or otherwise use or make available the Content or THE SERVICE except as expressly provided for in this Agreement.

We provide THE SERVICE "as is" and shall not be held liable for your use of the information, content, or material contained therein. We will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your network operator. TO THE FULLEST EXTENT ALLOWED BY LAW, WE DISCLAIM ALL WARRANTIES WITH REGARD TO THE SERVICE, INCLUDING WARRANTIES OF MERCHANT ABILITY, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE.

DejaVu Centerolfds respects your privacy. We will not share or use your mobile number for any other purpose. We will only use information you provide to transmit your text message. Nonetheless, we reserve the right at all times to disclose any information as necessary to satisfy any law, regulation or governmental request, to avoid liability, or to protect our rights or property. When you complete forms online or otherwise provide us information in connection with the Service, you agree to provide accurate, complete and true information. You agree not to use a false or misleading name or a name that you are not authorized to use. If we, in our sole discretion, believe that any such information is untrue, inaccurate or incomplete, we may refuse you access to the Service and pursue any appropriate legal remedies.

THE SERVICE offers text message offers delivered to your phone. Texting THE SERVICE from your cell phone will constitute an agreement to comply with these terms and conditions. DejaVu Centerolfds and its management agency will send no more than five text messages per month containing special offers from DejaVu Centerolfds and its management agency, affiliates, and licensors. Upon agreement, your mobile phone number will not be shared for other marketing purposes.

Supported carriers AT&T, Verizon Wireless, Sprint, T-Mobile, Nextel, Boost, Alltel, Cellular One Dobson and U.S. Cellular pending carrier approval. Standard messaging charges apply. Other costs may apply, please consult with your cell phone plan or service provider to verify service costs. All charges are billed by and payable to your mobile service provider.

You agree that the cell phone number you contact THE SERVICE with is registered in your name, and that you will not initiate messages to the cell phone of any other person or entity.

## Download Our App

Available on the App Store

ANDROID APP ON Google play

## Search Centerfolds

Search

## Club Features

All Nude Entertainers

Girl on Girl Stage Shows

Showers Shows

Multi Level Stages

Bachelor Party Suite

VIP Rooms

VIP Booths

Concierge Service

## Join Our Mailing List

FirstName*

LastName*

email*

phone

Submit

*Maps & Directions*

View Larger Map & Get Directions

391 Broadway Street, San Francisco, CA 94133

Mo-Th 3pm-2am | Fr-Su 12pm-2am

Email: manager@centerfoldssf.com

ph.415-834-0662

Privacy Policy - Terms & Conditions

Site development by Wyldesites, Inc.

**Hungry I**
**return to site here**

**MOBILE SERVICES TERMS & CONDITIONS:**

The following terms and conditions govern your use of the Hungry I and its management agency BSC Management (THE SERVICE). Your use of any aspect of THE SERVICE will constitute your agreement to comply with these terms and conditions.

Hungry I respects your privacy. We will not share or use your mobile number for any other purpose. We will only use information you provide to transmit your text message. Nonetheless, we reserve the right at all times to disclose any information as necessary to satisfy any law, regulation or governmental request, to avoid liability, or to protect our rights or property. When you complete forms online or otherwise provide us information in connection with the Service, you agree to provide accurate, complete and true information. You agree not to use a false or misleading name or a name that you are not authorized to use. If we, in our sole discretion, believe that any such information is untrue, inaccurate or incomplete, we may refuse you access to the Service and pursue any appropriate legal remedies.

THE SERVICE offers text message offers delivered to your phone. Texting THE SERVICE from your cell phone will constitute an agreement to comply with these terms and conditions. Hungry I and its management agency will send no more than five text messages per month containing special offers from Hungry I and its management agency, affiliates, and licensors. Upon agreement, your mobile phone number will not be shared for other marketing purposes.

Supported carriers AT&T, Verizon Wireless, Sprint, T-Mobile, Nextel, Boost, Alltel, Cellular One Dobson and U.S. Cellular pending carrier approval. Standard messaging charges apply. Other costs may apply, please consult with your cell phone plan or service provider to verify service costs. All charges are billed by and payable to your mobile service provider.

You agree that the cell phone number you contact THE SERVICE with is registered in your name, and that you will not initiate messages to the cell phone of any other person or entity.

**Text "STOP" to 33733 from your mobile phone and we will unsubscribe you from our SMS text messaging service immediately. You will receive an OPT OUT confirmation message and will not receive any additional messages until you re-register on our website OR you initiate additional text requests to the 33733 short code. From your mobile phone, you may request additional information at any time by texting HELP to 33733.**

You agree not to modify the format or branding of the content provided in THE SERVICE ("Content"), or to add any materials, including any advertisements or other promotional content, to such Content. The Content is owned by us, our affiliates or licensors and is protected by intellectual property laws. We grant you a limited, non-exclusive, non-transferable, revocable license to download and use the Content on a designated compatible mobile device, solely for your own personal, non-commercial use. You shall not reproduce, modify, perform, transfer, distribute, sell, create derivative works of or otherwise use or make available the Content or THE SERVICE except as expressly provided for in this Agreement.

We provide THE SERVICE "as is" and shall not be held liable for your use of the information, content, or material contained therein. We will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your network operator. TO THE FULLEST EXTENT ALLOWED BY LAW, WE DISCLAIM ALL WARRANTIES WITH REGARD TO THE SERVICE, INCLUDING WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE.

**Roaring 20s**
**return to site here**

**MOBILE SERVICES TERMS & CONDITIONS:**

The following terms and conditions govern your use of the Roaring 20s and its management agency BSC Management (THE SERVICE). Your use of any aspect of THE SERVICE will constitute your agreement to comply with these terms and conditions.

Roaring 20s respects your privacy. We will not share or use your mobile number for any other purpose. We will only use information you provide to transmit your text message. Nonetheless, we reserve the right at all times to disclose any information as necessary to satisfy any law, regulation or governmental request, to avoid liability, or to protect our rights or property. When you complete forms online or otherwise provide us information in connection with the Service, you agree to provide accurate, complete and true information. You agree not to use a false or misleading name or a name that you are not authorized to use. If we, in our sole discretion, believe that any such information is untrue, inaccurate or incomplete, we may refuse you access to the Service and pursue any appropriate legal remedies.

THE SERVICE offers text message offers delivered to your phone. Texting THE SERVICE from your cell phone will constitute an agreement to comply with these terms and conditions. Roaring 20s and its management agency will send no more than five text messages per month containing special offers from Roaring 20s and its management agency, affiliates, and licensors. Upon agreement, your mobile phone number will not be shared for other marketing purposes.

Supported carriers AT&T, Verizon Wireless, Sprint, T-Mobile, Nextel, Boost, Alltel, Cellular One Dobson and U.S. Cellular pending carrier approval. Standard messaging charges apply. Other costs may apply, please consult with your cell phone plan or service provider to verify service costs. All charges are billed by and payable to your mobile service provider.

You agree that the cell phone number you contact THE SERVICE with is registered in your name, and that you will not initiate messages to the cell phone of any other person or entity.

Text "STOP" to 33733 from your mobile phone and we will unsubscribe you from our SMS text messaging service immediately. You will receive an OPT OUT confirmation message and will not receive any additional messages until you re-register on our website OR you initiate additional text requests to the 33733 short code. From your mobile phone, you may request additional information at any time by texting HELP to 33733.

You agree not to modify the format or branding of the content provided in THE SERVICE ("Content"), or to add any materials, including any advertisements or other promotional content, to such Content. The Content is owned by us, our affiliates or licensors and is protected by intellectual property laws. We grant you a limited, non-exclusive, non-transferable, revocable license to download and use the Content on a designated compatible mobile device, solely for your own personal, non-commercial use. You shall not reproduce, modify, perform, transfer, distribute, sell, create derivative works of or otherwise use or make available the Content or THE SERVICE except as expressly provided for in this Agreement.

We provide THE SERVICE "as is" and shall not be held liable for your use of the information, content, or material contained therein. We will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your network operator. TO THE FULLEST EXTENT ALLOWED BY LAW, WE DISCLAIM ALL WARRANTIES WITH REGARD TO THE SERVICE, INCLUDING WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE.

**Garden of Eden
return to site here**

**MOBILE SERVICES TERMS &
CONDITIONS & PRIVACY:**

The following terms and conditions govern your use of the Garden of Eden and its management agency BSC Management (THE SERVICE). Your use of any aspect of THE SERVICE will constitute your agreement to comply with these terms and conditions.

Garden of Eden respects your privacy. We will not share or use your mobile number for any other purpose. We will only use information you provide to transmit your text message. Nonetheless, we reserve the right at all times to disclose any information as necessary to satisfy any law, regulation or governmental request, to avoid liability, or to protect our rights or property. When you complete forms online or otherwise provide us information in connection with the Service, you agree to provide accurate, complete and true information. You agree not to use a false or misleading name or a name that you are not authorized to use. If we, in our sole discretion, believe that any such information is untrue, inaccurate or incomplete, we may refuse you access to the Service and pursue any appropriate legal remedies.

THE SERVICE offers text message offers delivered to your phone. Texting THE SERVICE from your cell phone will constitute an agreement to comply with these terms and conditions. Garden of Eden and its management agency will send no more than five text messages per month containing special offers from Garden of Eden and its management agency, affiliates, and licensors. Upon agreement, your mobile phone number will not be shared for other marketing purposes.

Supported carriers AT&T, Verizon Wireless, Sprint, T-Mobile, Nextel, Boost, Alltel, Cellular One Dobson and U.S. Cellular pending carrier approval. Standard messaging charges apply. Other costs may apply, please consult with your cell phone plan or service provider to verify service costs. All charges are billed by and payable to your mobile service provider.

You agree that the cell phone number you contact THE SERVICE with is registered in your name, and that you will not initiate messages to the cell phone of any other person or entity.

Text "STOP" to 33733 from your mobile phone and we will unsubscribe you from our SMS text messaging service immediately. You will receive an OPT OUT confirmation message and will not receive any additional messages until you re-register on our website OR you initiate additional text requests to the 33733 short code. From your mobile phone, you may request additional information at any time by texting HELP to 33733.

You agree not to modify the format or branding of the content provided in THE SERVICE ("Content"), or to add any materials, including any advertisements or other promotional content, to such Content. The Content is owned by us, our affiliates or licensors and is protected by intellectual property laws. We grant you a limited, non-exclusive, non-transferable, revocable license to download and use the Content on a designated compatible mobile device, solely for your own personal, non-commercial use. You shall not reproduce, modify, perform, transfer, distribute, sell, create derivative works of or otherwise use or make available the Content or THE SERVICE except as expressly provided for in this Agreement.

We provide THE SERVICE "as is" and shall not be held liable for your use of the information, content, or material contained therein. We will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your network operator. TO THE FULLEST EXTENT ALLOWED BY LAW, WE DISCLAIM ALL WARRANTIES WITH REGARD TO THE SERVICE, INCLUDING WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE.

1031 Kearny Street
San Francisco, CA 94133
( North Beach @ Broadway. )
Phone: 415.434.1301

Home    Hustler Honeys    Bottle Service    Reservations    Events    Specials    Dining    Gallery    Mr. Flynt    Press    Jobs

## Search Hustler Club

[            ]  [ Search ]

## Club Services & Features

Conceirge Service

Private VIP Areas

Champagne Rooms

Bottle Services

Valet Parking

Party Reservations

Good for Groups

Free Limo Service

2 Full Bars

Afterhours Thu-Sat

## Join Our Email List

FirstName*  [            ]

LastName*   [            ]

email*      [            ]

phone       [            ]

[ Submit ]

## Maps & Directions

1031 Kearny Street
San Francisco, CA 94133
( North Beach @ Broadway )

# Privacy Policy

**MOBILE SERVICES TERMS & CONDITIONS & PRIVACY:**

The following terms and conditions govern your use of the Larry Flynt's Hustler Club and its management agency BSC Management (THE SERVICE). Your use of any aspect of THE SERVICE will constitute your agreement to comply with these terms and conditions.

**Text "STOP" to 33733 from your mobile phone and we will unsubscribe you from our SMS text messaging service immediately. You will receive an OPT OUT confirmation message and will not receive any additional messages until you re-register on our website OR you initiate additional text requests to the 33733 short code. From your mobile phone, you may request additional information at any time by texting HELP to 33733.**

You agree not to modify the format or branding of the content provided in THE SERVICE ("Content"), or to add any materials, including any advertisements or other promotional content, to such Content. The Content is owned by us, our affiliates or licensors and is protected by intellectual property laws. We grant you a limited, non-exclusive, non-transferable, revocable license to download and use the Content on a designated compatible mobile device, solely for your own personal, non-commercial use. You shall not reproduce, modify, perform, transfer, distribute, sell, create derivative works of or otherwise use or make available the Content or THE SERVICE except as expressly provided for in this Agreement.

We provide THE SERVICE "as is" and shall not be held liable for your use of the information, content, or material contained therein. We will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your network operator. TO THE FULLEST EXTENT ALLOWED BY LAW, WE DISCLAIM ALL WARRANTIES WITH REGARD TO THE SERVICE, INCLUDING WARRANTIES OF MERCHANT ABILITY, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE.

Larry Flynt's Hustler Club respects your privacy. We will not share or use your mobile number for any other purpose. We will only use information you provide to transmit your text message. Nonetheless, we reserve the right at all times to disclose any information as necessary to satisfy any law, regulation or governmental request, to avoid liability, or to protect our rights or property. When you complete forms online or otherwise provide us information in connection with the Service, you agree to provide accurate, complete and true information. You agree not to use a false or misleading name or a name that you are not authorized to use. If we, in our sole discretion, believe that any such information is untrue, inaccurate or incomplete, we may refuse you access to the Service and pursue any appropriate legal remedies.

THE SERVICE offers text message offers delivered to your phone. Texting THE SERVICE from your cell phone will constitute an agreement to comply with these terms and conditions. Larry Flynt's Hustler Club dnd its management agency will send no more than five text messages per month containing special offers from Larry Flynt's Hustler Club and its management agency, affiliates, and licensors. Upon agreement, your mobile phone number will not be shared for other marketing



...ses.

...orted carriers AT&T, Verizon Wireless, Sprint, T-Mobile, Nextel, Boost, Alltel, Cellular One ...on and U.S. Cellular pending carrier approval. Standard messaging charges apply. Other costs ...pply, please consult with your cell phone plan or service provider to verify service costs. All ...es are billed by and payable to your mobile service provider.

...gree that the cell phone number you contact THE SERVICE with is registered in your name, ...at you will not initiate messages to the cell phone of any other person or entity.

Larry Flynt's Hustler Club
1031 Kearny Street
San Francisco, CA 94133
( North Beach @ Broadway )
Phone: 415.434.1301
Email: manager@hustlerclubsf.com

Club Hours: Sun- Wed: 11:30am - 2:00am | Thursday: 11:30am - 4:00am | Fri-Sat: 11:30am - 5:00am

Content is ©2012 Larry Flynt's World Famous Hustler Club San Francisco
Privacy Policy - Terms & Conditions

Site design by Wyldesites, Inc.

**Little Darlings**
**return to site here**

**MOBILE SERVICES TERMS & CONDITIONS:**

The following terms and conditions govern your use of the Little Darlings and its management agency BSC Management (THE SERVICE). Your use of any aspect of THE SERVICE will constitute your agreement to comply with these terms and conditions.

Little Darlings respects your privacy. We will not share or use your mobile number for any other purpose. We will only use information you provide to transmit your text message. Nonetheless, we reserve the right at all times to disclose any information as necessary to satisfy any law, regulation or governmental request, to avoid liability, or to protect our rights or property. When you complete forms online or otherwise provide us information in connection with the Service, you agree to provide accurate, complete and true information. You agree not to use a false or misleading name or a name that you are not authorized to use. If we, in our sole discretion, believe that any such information is untrue, inaccurate or incomplete, we may refuse you access to the Service and pursue any appropriate legal remedies.

THE SERVICE offers text message offers delivered to your phone. Texting THE SERVICE from your cell phone will constitute an agreement to comply with these terms and conditions. Little Darlings and its management agency will send no more than five text messages per month containing special offers from Little Darlings and its management agency, affiliates, and licensors. Upon agreement, your mobile phone number will not be shared for other marketing purposes.

Supported carriers AT&T, Verizon Wireless, Sprint, T-Mobile, Nextel, Boost, Alltel, Cellular One Dobson and U.S. Cellular pending carrier approval. Standard messaging charges apply. Other costs may apply, please consult with your cell phone plan or service provider to verify service costs. All charges are billed by and payable to your mobile service provider.

You agree that the cell phone number you contact THE SERVICE with is registered in your name, and that you will not initiate messages to the cell phone of any other person or entity.

**Text "STOP" to 33733 from your mobile phone and we will unsubscribe you from our SMS text messaging service immediately. You will receive an OPT OUT confirmation message and will not receive any additional messages until you re-register on our website OR you initiate additional text requests to the 33733 short code. From your mobile phone, you may request additional information at any time by texting HELP to 33733.**

You agree not to modify the format or branding of the content provided in THE SERVICE ("Content"), or to add any materials, including any advertisements or other promotional content, to such Content. The Content is owned by us, our affiliates or licensors and is protected by intellectual property laws. We grant you a limited, non-exclusive, non-transferable, revocable license to download and use the Content on a designated compatible mobile device, solely for your own personal, non-commercial use. You shall not reproduce, modify, perform, transfer, distribute, sell, create derivative works of or otherwise use or make available the Content or THE SERVICE except as expressly provided for in this Agreement.

We provide THE SERVICE "as is" and shall not be held liable for your use of the information, content, or material contained therein. We will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your network operator. TO THE FULLEST EXTENT ALLOWED BY LAW, WE DISCLAIM ALL WARRANTIES WITH REGARD TO THE SERVICE, INCLUDING WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE.

**The Gold Club San Francisco**
650 Howard Street
San Francisco, CA 94105
415-536-0300

Mon - Fri: from 11:30am - 2:00am
Sat: from 7:00pm - Afterhours
Sun: from 7:00pm - 2:00am

HOME    CLUB FEATURES    EVENTS    ENTERTAINERS    RESERVATIONS    WINE & SPIRITS    DINING    GALLERY    JOBS

## Download Our App



## Search Gold Club

| | Search |

## Club Services & Features

Check out some of the club features and services that you'll find at GoldClub SF

## Map & Directions

**The Gold Club San Francisco**
650 Howard Street
San Francisco, CA 94105
415-536-0300



View Larger Map

# Privacy Policy

MOBILE SERVICES TERMS & CONDITIONS & PRIVACY:

The following terms and conditions govern your use of the Gold Club SF and its management agency BSC Management (THE SERVICE). Your use of any aspect of THE SERVICE will constitute your agreement to comply with these terms and conditions.

Gold Club SF  respects your privacy. We will not share or use your mobile number for any other purpose. We will only use information you provide to transmit your text message. Nonetheless, we reserve the right at all times to disclose any information as necessary to satisfy any law, regulation or governmental request, to avoid liability, or to protect our rights or property. When you complete forms online or otherwise provide us information in connection with the Service, you agree to provide accurate, complete and true information. You agree not to use a false or misleading name or a name that you are not authorized to use. If we, in our sole discretion, believe that any such information is untrue, inaccurate or incomplete, we may refuse you access to the Service and pursue any appropriate legal remedies.

THE SERVICE offers text message offers delivered to your phone. Texting THE SERVICE from your cell phone will constitute an agreement to comply with these terms and conditions. Gold Club SF and its management agency will send no more than five text messages per month containing special offers from Gold Club SF  and its management agency, affiliates, and licensors. Upon agreement, your mobile phone number will not be shared for other marketing purposes.

Supported carriers AT&T, Verizon Wireless, Sprint, T-Mobile, Nextel, Boost, Alltel, Cellular One Dobson and U.S. Cellular pending carrier approval. Standard messaging charges apply. Other costs may apply, please consult with your cell phone plan or service provider to verify service costs. All charges are billed by and payable to your mobile service provider.

You agree that the cell phone number you contact THE SERVICE with is registered in your name, and that you will not initiate messages to the cell phone of any other person or entity.

Text "STOP" to 33733 from your mobile phone and we will unsubscribe you from our SMS text messaging service immediately. You will receive an OPT OUT confirmation message and will not receive any additional messages until you re-register on our website OR you initiate additional text requests to the 33733 short code. From your mobile phone, you may request additional information at any time by texting HELP to 33733.

You agree not to modify the format or branding of the content provided in THE SERVICE ("Content"), or to add any materials, including any advertisements or other promotional content, to such Content. The Content is owned by us, our affiliates or licensors and is protected by intellectual property laws. We grant you a limited, non-exclusive, non-transferable, revocable license to download and use the Content on a designated compatible mobile device, solely for your own personal, non-commercial use. You shall not reproduce, modify, perform, transfer, distribute, sell, create derivative works of or otherwise use or make available the Content or THE SERVICE except as expressly provided for in this Agreement.

We provide THE SERVICE "as is" and shall not be held liable for your use of the information, content, or material contained therein. We will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your network operator. TO THE FULLEST EXTENT ALLOWED BY LAW, WE DISCLAIM ALL WARRANTIES WITH REGARD TO THE SERVICE, INCLUDING WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE.

## Best Of San Francisco

Winner of the Best of San Francisco Award for
four years running. 2011 - 2012 - 2013 - 2014

## Club News & Events Archive



Select Month

### The Gold Club San Francisco

650 Howard Street
San Francisco, CA 94105
415-536-0300

Club Open 7 days/week: Mon - Fri: from 11:30am - 2:00am
Sat: from 7:00pm - Afterhours | Sun: from 7:00pm - 2:00am
Click here to view our Terms & Privacy Policy

Copyright 2013 Gold Club SanFrancisco Design by Wyldesites

INTERNET ARCHIVE
WayBackMachine

http://www.msclive.com/    Go

369 captures
28 Nov 99 – 29 Sep 14

NOV    JAN    FEB
◀    9    ▶
2012    2013    2014

Close

Help



Home    The Dancers    Events    Gallery    Schedule    Contact

## WELCOME TO MARKET STREET CINEMA

### ABOUT MARKET STREET CINEMA



The All New **MSC** is Back! Raw Sexy & Totally Nude! Enjoy entertaining and energetic shows on our Main Stage . We were Voted "Best Lap Dance 2007" by the SF Weekly. Now Accepting All Major Credit Cards.

### VIP LIST

Log in with the email address you registered with to RSVP to special events & get discount admissions. Don't want to print out a pass? Try our new cellphone service below.

ENTER EMAIL

ENTER    NEW VIP REGISTRATION CLICK HERE

**Text "MSC" to 35350 for your VIP pass & receive $10 off admission***

## MARKET STREET CINEMA CLUB FEATURES

Beautiful Fully Nude Entertainers

Reservations Available Everyday

Bachelor and Bachelorette Party Specials

We Accomodate Large Parties or Groups

VIP Lounge Seating

Intimate VIP Rooms

Private Club Lounge

We Accept All Major Credit Cards

| MARKET STREET CINEMA | MSC HOURS |
| --- | --- |
| 1077 MARKET STREET SF, CA 94103 **4158612727** | Sun: 11:30am-4am<br>Mon: 11:30am-4am<br>Tues: 11:30am-4am<br>Wed: 11:30am-4am<br>Thurs: 11:30am-4am<br>Fri: 11:30am-5am<br>Sat: 11:30am-5am |

Gadgets powered by Google

## MARKET STREET CINEMA CURRENT EVENTS









**Market Street Current Events**

http://maps.google.com/maps?

View Larger Map



HOME | THE DANCERS | EVENTS | GALLERY | SCHEDULE | CONTACT

Copyright MARKET STREET CINEMA San Francisco 2010 All Rights Reserved.

\* Standard carrier message and data rates may apply. **Text STOP to cancel. Text HELP for help**. More info

# [Market Street Cinema return to site here](#)

**MOBILE SERVICES TERMS & CONDITIONS:**

The following terms and conditions govern your use of the Market Street Cinema and its management agency BSC Management (THE SERVICE). Your use of any aspect of THE SERVICE will constitute your agreement to comply with these terms and conditions.

THE SERVICE offers text message offers delivered to your phone. Texting THE SERVICE from your cell phone will constitute an agreement to comply with these terms and conditions. Market Street Cinema and its management agency will send no more than five text messages per month containing special offers from Market Street Cinema and its management agency, affiliates, and licensors. Upon agreement, your mobile phone number will not be shared for other marketing purposes.

Supported carriers AT&T, Verizon Wireless, Sprint, T-Mobile, Nextel, Boost, Alltel, Cellular One Dobson and U.S. Cellular pending carrier approval. Standard messaging charges apply. Other costs may apply, please consult with your cell phone plan or service provider to verify service costs. All charges are billed by and payable to your mobile service provider.

You agree that the cell phone number you contact THE SERVICE with is registered in your name, and that you will not initiate messages to the cell phone of any other person or entity.

**Text "STOP" to 35350 from your mobile phone and we will unsubscribe you from our SMS text messaging service immediately. You will receive an OPT OUT confirmation**

**message and will not receive any additional messages until you re-register on our website OR you initiate additional text requests to the 35350 short code. From your mobile phone, you may request additional information at any time by texting HELP to 35350.**

You agree not to modify the format or branding of the content provided in THE SERVICE ("Content"), or to add any materials, including any advertisements or other promotional content, to such Content. The Content is owned by us, our affiliates or licensors and is protected by intellectual property laws. We grant you a limited, non-exclusive, non-transferable, revocable license to download and use the Content on a designated compatible mobile device, solely for your own personal, non-commercial use. You shall not reproduce, modify, perform, transfer, distribute, sell, create derivative works of or otherwise use or make available the Content or THE SERVICE except as expressly provided for in this Agreement.

We provide THE SERVICE "as is" and shall not be held liable for your use of the information, content, or material contained therein. We will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your network operator. TO THE FULLEST EXTENT ALLOWED BY LAW, WE DISCLAIM ALL WARRANTIES WITH REGARD TO THE SERVICE, INCLUDING WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE.



816 Larkin St • San Francisco, CA • 94109 • +1-415-776-0212 (tel:+1-415-776-0212) • Open Sun-Thurs: 7pm to 4am • Fri & Sat: 7pm to 5am

# Terms & Conditions and Privacy Policy

MOBILE SERVICES TERMS & CONDITIONS & PRIVACY:

The following terms and conditions govern your use of the New Century Theater and its management agency BSC Management (THE SERVICE). Your use of any aspect of THE SERVICE will constitute your agreement to comply with these terms and conditions.

New Century Theater respects your privacy. We will not share or use your mobile number for any other purpose. We will only use information you provide to transmit your text message. Nonetheless, we reserve the right at all times to disclose any information as necessary to satisfy any law, regulation or governmental request, to avoid liability, or to protect our rights or property. When you complete forms online or otherwise provide us information in connection with the Service, you agree to provide accurate, complete and true information. You agree not to use a false or misleading name or a name that you are not authorized to use. If we, in our sole discretion, believe that any such information is untrue, inaccurate or incomplete, we may refuse you access to the Service and pursue any appropriate legal remedies.

THE SERVICE offers text message offers delivered to your phone. Texting THE SERVICE from your cell phone will constitute an agreement to comply with these terms and conditions. New Century Theater and its management agency will send no more than five text messages per month containing special offers from New Century Theater and its management agency, affiliates, and licensors. Upon agreement, your mobile phone number will not be shared for other marketing purposes.

Supported carriers AT&T, Verizon Wireless, Sprint, T-Mobile, Nextel, Boost, Alltel, Cellular One Dobson and U.S. Cellular pending carrier approval. Standard messaging charges apply. Other costs may apply, please consult with your cell phone plan or service provider to verify service costs. All charges are billed by and payable to your mobile service provider.

You agree that the cell phone number you contact THE SERVICE with is registered in your name, and that you will not initiate messages to the cell phone of any other person or entity.

**Text "STOP" to 33733 from your mobile phone and we will unsubscribe you from our SMS text messaging service immediately. You will receive an OPT OUT confirmation message and will not receive any additional messages until you re-register on our website OR you initiate additional text requests to the 33733 short code. From your mobile phone, you may request additional information at any time by texting HELP to 33733.**

You agree not to modify the format or branding of the content provided in THE SERVICE ("Content"), or to add any materials, including any advertisements or other promotional content, to such Content. The Content is owned by us, our affiliates or licensors and is protected by intellectual property laws. We grant you a limited, non-exclusive, non-transferable, revocable license to download and use the Content on a designated compatible mobile device, solely for your own personal, non-commercial use. You shall not reproduce, modify, perform, transfer, distribute, sell, create derivative works of or otherwise use or make available the Content or THE SERVICE except as expressly provided for in this Agreement.

We provide THE SERVICE "as is" and shall not be held liable for your use of the information, content, or material contained therein. We will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your network operator. TO THE FULLEST EXTENT ALLOWED BY LAW, WE DISCLAIM ALL WARRANTIES WITH REGARD TO THE SERVICE, INCLUDING WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE.

search here …    Search

## VIP Mailing List

**First Name***

**Last Name***

**Email***

**Phone**

Join Newsletter

## Map & Directions

**New Century Theater**
816 Larkin St.
San Francisco, CA 94109
+1-415-776-0212 (tel:+1-415-776-0212)
Open Sun-Thurs: 7pm to 4am
Fri & Sat: 7pm to 5am

View Larger Map (http://maps.google.com/maps?f=q&source=embed&hl=en&geocode=&q=816+Lark

## Upcoming Events

**SFFF Check Presentation Par (http://www.newcenturysf.co check-presentation-party/)**

December 18 @ 8:00 pm - 10:00 pm

View All Events
(http://www.newcenturysf.com/ev

Home (http://www.newcenturysf.com/)  |  Live Social Feed (http://www.newcenturysf.com/social/)  |  Events (http://www.newcenturysf.com/events)
|  The Hotties (http://www.newcenturysf.com/all-hotties)  |  Hotties Schedule (http://www.newcenturysf.com/hotties-schedule)  |  Hotties Auditions
(http://www.newcenturysf.com/hotties-application/)  |  Club Gallery (http://www.newcenturysf.com/new-century-theater-media-gallery/)  |  Reservations
(http://www.newcenturysf.com/reservations/)  |  Jobs (https://my.peoplematter.com/newcenturyofsf/Hire?businessUnitId=49df1db4-222b-4050-bfb6-
a1a900bdccbc)

(https://twitter.co

(http://www.yelp.
century-theater
san-francisco)
(http://instagram.

(https://plus.goog

(http://facebook.c

(https://www.you

**New Century Theater San Francisco**
816 Larkin St. • San Francisco, CA • 94109 • +1-415-776-0212 (tel:+1-415-776-0212)
Open Sun-Thurs: 7pm to 4am | Fri & Sat: 7pm to 5am

All content is Copyright ©2014 NewCenturyTheater.
Design by Wyldesites, Inc. (http://wyldesites.co

TEXT "PHSF" TO 33733 FOR COMPLIMENTARY ADMISSION!

CLICK HERE FOR TERMS AND CONDITIONS & PRIVACY POLICY. MESSAGE AND DATA RATES MAY APPLY.

Penthouse Club San Francisco

412 Broadway Street / North Beach
San Francisco, CA 94133
415-391-2800

HOME     EVENTS     SPECIALS     KEY GIRLS     DINING     RESERVATIONS     BOTTLE SERVICE     GALLERY     PRESS     JOBS

# Terms & Conditions and Privacy Policy

MOBILE SERVICES TERMS & CONDITIONS & PRIVACY:

The following terms and conditions govern your use of the PenthouseSF Club and its management agency BSC Management (THE SERVICE). Your use of any aspect of THE SERVICE will constitute your agreement to comply with these terms and conditions.

PenthouseSF Club respects your privacy. We will not share or use your mobile number for any other purpose. We will only use information you provide to transmit your text message. Nonetheless, we reserve the right at all times to disclose any information as necessary to satisfy any law, regulation or governmental request, to avoid liability, or to protect our rights or property. When you complete forms online or otherwise provide us information in connection with the Service, you agree to provide accurate, complete and true information. You agree not to use a false or misleading name or a name that you are not authorized to use. If we, in our sole discretion, believe that any such information is untrue, inaccurate or incomplete, we may refuse you access to the Service and pursue any appropriate legal remedies.

THE SERVICE offers text message offers delivered to your phone. Texting THE SERVICE from your cell phone will constitute an agreement to comply with these terms and conditions. PenthouseSF Club and its management agency will send no more than five text messages per month containing special offers from PenthouseSF Club and its management agency, affiliates, and licensors. Upon agreement, your mobile phone number will not be shared for other marketing purposes.

Supported carriers AT&T, Verizon Wireless, Sprint, T-Mobile, Nextel, Boost, Alltel, Cellular One Dobson and U.S. Cellular pending carrier approval. Standard messaging charges apply. Other costs may apply, please consult with your cell phone plan or service provider to verify service costs. All charges are billed by and payable to your mobile service provider.

You agree that the cell phone number you contact THE SERVICE with is registered in your name, and that you will not initiate messages to the cell phone of any other person or entity.

Text "STOP" to 33733 from your mobile phone and we will unsubscribe you from our SMS text messaging service immediately. You will receive an OPT OUT confirmation message and will not receive any additional messages until you re-register on our website OR you initiate additional text requests to the 33733 short code. From your mobile phone, you may request additional information at any time by texting HELP to 33733.

You agree not to modify the format or branding of the content provided in THE SERVICE ("Content"), or to add any materials, including any advertisements or other promotional content, to such Content. The Content is owned by us, our affiliates or licensors and is protected by intellectual property laws. We grant you a limited, non-exclusive, non-transferable, revocable license to download and use the Content on a designated compatible mobile device, solely for your own personal, non-commercial use. You shall not reproduce, modify, perform, transfer, distribute, sell, create derivative works of or otherwise use or make available the Content or THE SERVICE except as expressly provided for in this Agreement.

We provide THE SERVICE "as is" and shall not be held liable for your use of the information, content, or material contained therein. We will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your network operator. TO THE FULLEST EXTENT ALLOWED BY LAW, WE DISCLAIM

## Club Business Hours

Club Hours:
Mon-Fri: 6:00pm - 2:00am
Sat-Sun: 7:00pm - 2:00am

Happy Hour:
Mon-Fri: 6:00pm - 8:00pm

Dinner Hours:
Mon-Fri: 6:00pm - 1:00am
Sat-Sun: 7:00pm - 1:00am

## Search Penthouse

Search for: [_____]

[ SEARCH ]

## Join Our Newsletter

* First Name: [_____]

* Last Name: [_____]

* Email: [_____]

Phone: [_____]

[ JOIN NEWSLETTER ]

## Map & Directions

ALL WARRANTIES WITH REGARD TO THE SERVICE, INCLUDING WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE.

**Penthouse Club San Francisco**
**412 Broadway Street**
**San Francisco, CA 94133**

415-391-2800

Contact us by email at manager@penthousesf.com

Club Hours:
Monday       6:00 PM - 2:00 AM
Tuesday      6:00 PM - 2:00 AM
Wednesday 6:00 PM - 2:00 AM
Thursday    6:00 PM - 2:00 AM
Friday        6:00 PM - 2:00 AM
Saturday    7:00 PM - 2:00 AM
Sunday       7:00 PM - 2:00 AM
Happy Hour:
Mon-Fri 6:00pm-8:00pm
Dinner Hours:
Mon-Fri 6:00pm - 1:00am
Sat-Sun: 7:00pm - 1:00am

Content is ©2013 San Francisco Strip Club and Adult Entertainment
Penthouse Club is a registered trademark of GMCI and is used under license

Privacy Policy - Terms & Conditions

Site design by Wyldesites, Inc.

Condor Gentlemen's Club
560 Broadway St.
San Francisco, CA 94133
(415)-781-8222
Email: manager@condorsf.com

Mon - Wed: 6pm - 2am
Thurs - Sun: 12pm - 2am

**Live Music • Full Bar & Restaurant • Topless Adult Entertainment**

HOME    EVENTS    SPECIALS    CONDOR CUTIES    RESERVATIONS    MENUS    GALLERY    PRESS    JOBS

### Download Our App

### Search Condor Club

[                    ] [ Search ]

### Club Features

**Concierge Services**

**Topless Dancing**

**VIP Lounge**

**Champagne Rooms**

**Bottle Service**

**Full Bar & Restaurants**

**Party Packages**

**Souvenier Items**

### Join Our Newsletter

FirstName* [                    ]

LastName* [                    ]

email* [                    ]

phone [                    ]

[ Submit ]

## Privacy Policy

**MOBILE SERVICES TERMS & CONDITIONS & PRIVACY:**

The following terms and conditions govern your use of the The Condor Club and its management agency BSC Management (THE SERVICE). Your use of any aspect of THE SERVICE will constitute your agreement to comply with these terms and conditions.

**Text "STOP" to 33733 from your mobile phone and we will unsubscribe you from our SMS text messaging service immediately. You will receive an OPT OUT confirmation message and will not receive any additional messages until you re-register on our website OR you initiate additional text requests to the 33733 short code. From your mobile phone, you may request additional information at any time by texting HELP to 33733.**

You agree not to modify the format or branding of the content provided in THE SERVICE ("Content"), or to add any materials, including any advertisements or other promotional content, to such Content. The Content is owned by us, our affiliates or licensors and is protected by intellectual property laws. We grant you a limited, non-exclusive, non-transferable, revocable license to download and use the Content on a designated compatible mobile device, solely for your own personal, non-commercial use. You shall not reproduce, modify, perform, transfer, distribute, sell, create derivative works of or otherwise use or make available the Content or THE SERVICE except as expressly provided for in this Agreement.

We provide THE SERVICE "as is" and shall not be held liable for your use of the information, content, or material contained therein. We will not be liable for any delays in the receipt of any messages as delivery is subject to effective transmission from your network operator. TO THE FULLEST EXTENT ALLOWED BY LAW, WE DISCLAIM ALL WARRANTIES WITH REGARD TO THE SERVICE, INCLUDING WARRANTIES OF MERCHANT ABILITY, NON-INFRINGEMENT AND FITNESS FOR A PARTICULAR PURPOSE.

The Condor Club respects your privacy. We will not share or use your mobile number for any other purpose. We will only use information you provide to transmit your text message. Nonetheless, we reserve the right at all times to disclose any information as necessary to satisfy any law, regulation or governmental request, to avoid liability, or to protect our rights or property. When you complete forms online or otherwise provide us information in connection with the Service, you agree to provide accurate, complete and true information. You agree not to use a false or misleading name or a name that you are not authorized to use. If we, in our sole discretion, believe that any such information is untrue, inaccurate or incomplete, we may refuse you access to the Service and pursue any appropriate legal remedies.

THE SERVICE offers text message offers delivered to your phone. Texting THE SERVICE from your cell phone will constitute an agreement to comply with these terms and conditions. The Condor Club and its management agency will send no more than five text messages per month containing special offers from The Condor Club and its management agency, affiliates, and licensors. Upon agreement, your mobile phone number will not be shared for other marketing purposes.

Supported carriers AT&T, Verizon Wireless, Sprint, T-Mobile, Nextel, Boost, Alltel, Cellular One Dobson and U.S. Cellular pending carrier approval. Standard messaging charges apply. Other costs may apply, please consult with your cell phone plan or service provider to verify service costs. All charges are billed by and payable to your mobile service provider.

You agree that the cell phone number you contact THE SERVICE with is registered in your name, and that you will not initiate messages to the cell phone of any other person or entity.

**560 Broadway Street, San Francisco, CA 94133**

Mon - Wed: 6pm - 2am | Thurs - Sun: 12pm - 2am

Email: manager@condorsf.com

(415) 781-8222

Privacy Policy - Terms & Conditions

Site development by Wyldesites, Inc.

Exhibit J

*Welcome to DejaVu Centerfolds San Francisco*                    *391 Broadway Street, San Francisco, CA 94133 ph.415-834-0662*

*Mo-Th 3pm-2am | Fr-Su 12pm-2am*

Home    Events    Specials    Reservations    Entertainers    Bachelor Parties    Party Packages    Bar Menu    Gallery    Jobs



Previous                                                                                                    Next

TEXT **"CENTERFOLDS"** TO 33733 FOR DISCOUNTED ADMISSION!

CLICK HERE FOR TERMS AND CONDITIONS & PRIVACY POLICY. MESSAGE AND DATA RATES MAY APPLY.

Engage #CenterfoldsSF Live Feed

instagram.comMilitary Monday 1/2 off entry for all military personnel with valid Military ID! #CenterfoldsSF #CenterfoldsGirls #CenterfoldsSF - Open until 2am!

instagram.comFreaky Friday - 2 girl stage shows every top of the hour after 8pm! Plus, Cash Cannon Friday! Rent out our Cash Cannon to make it rain inside! #CenterfoldsGirls #CenterfoldsSF

instagram.com#WCW #CenterfoldsGirls RITA - 1/2 Off Hump Day, receive 1/2 off entry until 10pm! Couples pay only $20! #CenterfoldsSF

instagram.com #CenterfoldsGirls - ANGEL #CenterfoldsSF

instagram.comMilitary Monday - 1/2 off entry with valid Military ID! #CenterfoldsSF open 3pm-2am! #CenterfoldsGirls all night! ???? Don't forget to join us this Friday, November 21s for the Toy Drive Kickoff Party RSVP on our website at www.centerfoldssf.com

instagram.comText

instagram.com#tbt Miss

instagram.com#WCW

instagram.com

instagram.com2-4-1

## Check out what's new at DejaVu Centerfolds...

### SFFF Check Presentation Party

November 7th, 2014 by in Events by cfsfadmin Comments Off

*SFFF Local 798 Toy Drive Charity Fundraiser & Check Presentation...*

### Download Our App



ANDROID APP ON
Google play

## SECRET SANTA CHECK PRESENTATION

Thursday, December 18th

From 8:00pm until 10:00pm

Secret Santas Meet San Francisco Fire Fighters as the Season of Giving Culminates Tonight.

Text **SFTOY** to **33733** or…

**CLICK HERE**, to **RSVP** and bring an *unwrapped* **NEW** *toy* for complimentary admission, cocktails, & hors d'oeuvres.



Share:    0  0   0  0   0     0

## BSC Management Hosts 2014 San Francisco Job Fair (Press Release)

August 4th, 2014 by in Events by cfsfadmin Comments Off

Monday, Aug. 11, the consulting and management agency that manages 10 adult clubs in San Francisco will be interviewing and hiring job seekers on the spot.

BSC Management San Francisco is looking for the best in the business! On Monday, Aug. 11, the consulting and management agency will be hosting a job fair to find employees for a number of their 10 adult clubs. Those interested in a career at one of San Francisco's best gentlemen's clubs should stop by to apply in person.

READ THE FULL ARTICLE HERE:

http://www.prweb.com/releases/2014/08/prweb12070059.htm

### Search Centerfolds

Search

### Club Features

All Nude Entertainers

Girl on Girl Stage Shows

Showers Shows

Multi Level Stages

Bachelor Party Suite

VIP Rooms

VIP Booths

Concierge Service

### Join Our Mailing List

FirstName*

LastName*

email*

phone

Submit

### Maps & Directions

View Larger Map & Get Directions



Share:   2   0    0  0   0

## This is a Suit & Tie Thing…

June 11th, 2014 by in Specials by cfsfadmin Comments Off

DejaVu Centerfolds, All Nude Cabaret – San Francisco present…

## This is a SUIT & TIE THING

1/2 Price Admission to **ANYONE** wearing Business Attire

Dress Sharp!

Text CENTERFOLDS to 33733 for discount on admission before 11pm.



Share:   0   0    0  0    0

## Ca$h Cannon Fridays

June 11th, 2014 by in Events by cfsfadmin Comments Off

DejaVu Centerfolds presents…

## MAKE IT RAIN

Centerfolds Cash Cannon

To ANY Player Purchasing a 2 Hour VIP Booth

**EVERY FRIDAY**



Share:   0  0   0  0   0  0

## Mobile App Check in Offers

June 11th, 2014 by in Specials by cfsfadmin Comments Off

*DejaVu Centerfolds All Nude Cabaret, San Francisco wants you to…*

Use your Phone for Offers

## CHECK IN TONIGHT

*20 Check Ins* – Free VIP Booth & Free Round of Drinks

*10 Check Ins* – Free Entry to Shower Show

*5 Check Ins* – Free Fountain Drink & Centerfolds Gift



Share:   0  0  0  0  0  0  0   0

## *Déjà vu Centerfolds San Francisco Offers New Mobile App (Press Release)*

June 6th, 2014 by in Events by cfsfadmin Comments Off

The new app is now available on iTunes App and the Google Play Store.

Déjà vu Centerfolds San Francisco is now giving their customers the chance to have the Centerfolds Showgirls right in their hands. With the new app for iPhones and Android, customers of the San Francisco club gain access to exclusive information that can't be found anywhere else.

READ THE FULL ARTICLE HERE:

http://www.prweb.com/releases/2014/06/prweb11921538.htm



Share:  2  0  0  0  0   0

## Our App is NOW available in iTunes & Google Play Store

May 16th, 2014 by in Slider, Specials by cfsfadmin Comments Off

Centerfolds All Nude Cabaret, San Francisco wants you to…

## DOWNLOAD OUR APP

Now available on **iTunes** & **Google Store**!

Centerfolds Showgirls in your hands.

View Showgirls schedules updated daily.

Check-In for Discounts, VIP Offers, & Loyalty Rewards.

Make Reservations for Upcoming Events.



Share:   0   1    0   0   0  0

## Four for Forty Wristband

January 28th, 2014 by in Events, Slider, Specials by cfsfadmin Comments Off

Available Every Day

## FOUR for FORTY

**$40** All-Access Wristband

Here's your chance to party with 100s of entertainers at **FOUR** Broadway Clubs!

Centerfolds – Roaring 20s – Garden of Eden – Little Darlings



Share:  2  0   0   0   0   0

## Stub Sundays

January 16th, 2014 by in Slider, Specials by cfsfadmin Comments Off

*Centerfolds All Nude Cabaret presents*

Be our guest after the game…

**STUB SUNDAYS**

Bring Your Ticket Stub from any *SAME DAY* local sports event to receive *Half Off Admission*!

#StubSundays



Share:  0  0  0  0  0  0

## Military Mondays

January 16th, 2014 by in Slider, Specials by cfsfadmin Comments Off

*Centerfolds All Nude Cabaret presents…*

**MILITARY MONDAYS**

Half off Admission for…

Military Personnel EVERY MONDAY

Show your valid Military ID at the door!

(drink purchase required)

#MilitaryMondays



Share:  0  0  0  0  0  0  0

Next Page »

391 Broadway Street, San Francisco, CA 94133

Mo-Th 3pm-2am | Fr-Su 12pm-2am

Email: manager@centerfoldssf.com

ph.415-834-0662

Exhibit K



United States     Login

Front Page | Arts | Business | Education | Environment | Government | Industry | Lifestyle | Sports | Tech | Other

Sunday, October 5, 2014

RSS | E-mail Newsletters | Put PRWeb on your site

# BSC Management Hosts 2014 San Francisco Job Fair

Monday, Aug. 11, the consulting and management agency that manages 10 adult clubs in San Francisco will be interviewing and hiring job seekers on the spot.

San Francisco, CA (PRWEB) August 04, 2014

Tweet   Like   +1   in Share   EMAIL

BSC Management San Francisco is looking for the best in the business! On Monday, Aug. 11, the consulting and management agency will be hosting a job fair to find employees for a number of their 10 adult clubs. Those interested in a career at one of San Francisco's best gentleman's clubs should stop by to apply in person.

BSC Management will be hiring for a number of hospitality positions, including managers, entertainers (no experience necessary), VIP hosts, bartenders, cashiers, DJs and more. Job-seekers are encouraged to bring a resume and cover letter to apply in person. The agency will be interviewing and hiring on the spot.

"We're looking to find some fresh faces for all of our clubs," said Axel Sang, director of marketing for BSC Management. "If you think you have what it takes, we encourage you to come down and see us. You could end up leaving with a job offer!"

BSC Management is the consulting and management company for the Gold Club, Penthouse Club, Larry Flynt's Hustler Club, Déjà Vu Centerfolds, New Century Theater, Garden of Eden, Roaring 20's, Hungry I, Little Darlings, and the Condor Club, and is looking to hire for all the clubs.



**Contact**

**Axel Sang**
BSC Management
415-434-2868 Ext: 8
Email

The job fair will run from 10 a.m. to 5 p.m. on Monday, Aug. 11 at the Holiday Inn at Fisherman's Wharf, located at 1300 Columbus Ave 415-771-9000. Parking is available, and after interviewing, attendees are eligible for a free ride up to $25 powered by LYFT.

BSC Management looks forward to seeing all potential candidates at the job fair. Job-seekers should not miss out on this great opportunity for a fantastic career. For more information, text "SFJOB" to 33733 or call 415-434-2868 ext 8.

About Us:
BSC Management is a consulting and management company that manages 10 adult clubs in the San Francisco area. Some of their clubs include the Gold Club, Condor Club, Penthouse Club, Larry Flynt's Hustler Club, Centerfolds, Roaring 20's and more. Several of these clubs have significant historical value. BSC is committed to providing a superior club experience for all guests. They operate each and every club with a level of professionalism, and are always looking to increase each customer's satisfaction. BSC Management is located at 250 Columbus Ave, Suite 207, San Francisco, CA 94133. For more information, call 415-434-2868 ext 8.

            PDF   Print

---

**News Center**

Why PRWeb        About Vocus
How It Works      Contact Us
Who Uses It       Partners
Pricing           Subscribe to News
Learning          Terms of Service
Blog              Privacy Policy
                  Copyright
                  Site Map

Twitter        LinkedIn

Facebook       Google





©Copyright 1997-2014, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.

Exhibit L



United States     Login

| Front Page | Arts | Business | Education | Environment | Government | Industry | Lifestyle | Sports | Tech | Other |

Tuesday, November 25, 2014                          RSS  |  E-mail Newsletters  |  Put PRWeb on your site

# Celebrate Back to School at Larry Flynt's Hustler Club in San Francisco

The Back 2 School Girls party takes place Friday, Sept. 19 and Saturday, Sept. 20.

**Contact**

**Axel Sang**
BSCManagement3
415-726-7257
Email

San Francisco, CA (PRWEB) October 13, 2014

   

Larry Flynt's Hustler Club in San Francisco is kicking off the back-to-school season the right way with a celebration unlike any other. The club presents Back 2 School Girls, featuring Hustler Magazine September 2014 Cover Model Samantha Saint Performing Live! This event takes place Friday, Sept. 19 and Saturday, Sept. 20.

"There's no better place to celebrate back to school with the world famous Hustler Honeys at the Hustler Club San Francisco," said Axel Sang, director of marketing for BSC Management. "Enjoy some live adult entertainment from Samantha Saint as well as delicious drinks and an exciting atmosphere. RSVP or purchase front row tickets today!"

Samantha Saint will be performing live on stage in two shows each night. She is a pornographic actress and Wicked Pictures Contract Girl. She was recently the September 2014 Hustler Magazine Cover Model.

The event starts at 8 p.m. and ends at 4 a.m. both Friday, Sept 19 and Saturday, Sept. 20. Saint's first show will be at 11:30 p.m. and the second show will be at 1 a.m. both nights.



Receive $10 off admission by texting "SAINT" to 33733 or RSVP online. Guests must present a valid ID at the door to redeem the discount.

VIP front row packages are available, which include the price of admission, a September 2014 Hustler Magazine signed by Saint, a guaranteed front row seat and a complimentary well drink or beer.

Join the Hustler Club at 1031 Kearny St., San Francisco, CA 94133 for a chance to see this once-in-a-lifetime show!

About Us: Larry Flynt's Hustler Club is a world famous gentleman's club which delivers the ultimate adult entertainment experience to all their customers. Located in the North Beach district of San Francisco, The Hustler Club features two full bars, valet parking, private VIP booths, party packages, free limo service, concierge service and VIP bottle service. Home to the stunning Hustler Honeys, the party at The Hustler Club never truly stops, offering San Francisco's true afterhours entertainment until 4 a.m. all weekend long. Hustler Club San Francisco is always ready to accommodate all their guests and show them a great time. To learn more about Larry Flynt's Hustler Club San Francisco, visit the Hustler Club website.

                 PDF  Print

---

**News Center**

Twitter          LinkedIn

Facebook          Google

| Why PRWeb | About Vocus |
|---|---|
| How It Works | Contact Us |
| Who Uses It | Partners |
| Pricing | Subscribe to News |
| Learning | Terms of Service |
| Blog | Privacy Policy |
| | Copyright |
| | Site Map |





©Copyright 1997-2014, Vocus PRW Holdings, LLC. Vocus, PRWeb, and Publicity Wire are trademarks or registered trademarks of Vocus, Inc. or Vocus PRW Holdings, LLC.