Douglas J. Melton, Bar No. 161353
Shane M. Cahill, Bar. No. 227972
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone:    (415) 397-2222
E-mail:    dmelton@longlevit.com
    scahill@longlevit.com

Attorneys for Defendant
SFBSC Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SFBSC MANAGEMENT, LLC; and DOES 1-200,<br><br>    Defendants. | Case No.  3:14-cv-03616-LB<br><br>**DECLARATION OF MARK CALCAGNI IN SUPPORT OF MOTION TO COMPEL ARBITRATION RE PLAINTIFFS JANE ROE 1 AND JANE ROE 2**<br><br>Date:    February 5, 2015<br>Time:    9:30 a.m.<br>Place:    Courtroom C, 15th Floor<br>Judge:    Hon. Laurel Beeler |

- 1 -

Decl. of Calcagni ISO Motion to Compel
Arbitration Re Plaintiffs Jane Roe 1 and 2
CASE NO. 3:14-CV-03616-LB

I, Mark Calcagni, declare:

1. I am the General Manager of the Condor Club—a dba of SAW Entertainment, Ltd.—located at 560 Broadway Street in San Francisco (the "Condor"). I have personal knowledge of all the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so in court.

2. I understand Jane Roe 1's identity has been designated as "Confidential." I have reviewed the Stipulated Protective Order in this case and have signed the "Acknowledgment and Agreement to Be Bound" attached thereto. I was then informed of the true identity of Jane Roe 1.

3. I am not employed by BSC Management ("BSC"). I understand BSC is a management consulting company the Condor contracts with for management and administrative services. I, like all the Condor's employees, am employed by SAW Entertainment, Ltd.

4. During my employment with the Condor, entertainers who want to perform at the club have been given the option of either employee or independent contractor status. The differences between the two classifications are outlined in a form we give them entitled:

NOTICE TO ENTERTAINERS OFFER OF EMPLOYEE STATUS

STATEMENT OF IMPACT CHOICE OF CONTRACTOR STATUS.

5. The Offer of Employee Status form says that entertainers have the option of performing either as employees or independent contractors and how their choice will affect their relationship with the club. Entertainers who choose to perform as independent contracts specifically decline employee status on the Offer of Employee Status form and sign a "Performer Contract."

6. I have never told prospective entertainers that they "had to sign" a Performer Contract in order to perform at the Condor. The Offer of Employee Status form says that "Entertainers have historically performed at this club as independent contractors who control if, when, where, how and for whom they perform. However, if you wish to become an 'EMPLOYEE' of this club, you may apply to do so." This statement tells entertainers they do not have to sign a Performer Contract to perform at the Condor.

7. In some older versions of the Performer Contract, entertainers could accept or

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 1 -

Decl. of Calcagni ISO Motion to Compel
Arbitration Re Plaintiffs Jane Roe 1 and 2
CASE NO. 3:14-CV-03616-LB

reject the arbitration provisions. As far as I know, it was never the policy at the Condor to "force" entertainers to accept the arbitration language, to retaliate against entertainers who rejected it, or pretend to lose entertainer contracts, or to make the entertainer fill out a new Performer Contract and accept the arbitration provision, or to do anything like that.

8. I remember Jane Roe 1. I don't remember Jane Roe 1 asking me questions about the Performer Contract she signed in 2014 or about the arbitration language. If she had, I would have tried to answer her questions or directed her to someone who could. Jane Roe 1 was free to ask someone else about the Performer Contract. It had a section that said she should "Read and consider it, seek the advice of counsel or a person you trust to assist you."

9. The Condor management does not have a policy of making entertainers review Performer Contracts only when they were "mostly naked." Most new entertainers get their initial set of entertainer documents (including the Performer Contract and Offer of Employee Status) when they are wearing their street clothes. Sometimes entertainers review and sign renewal Performer Contracts when they are at the club to perform. If they have chosen to change out of their street clothes and into their costumes before they look at the Performer Contract, that is their choice not ours. Entertainers are "mostly naked" most of the time when they are at the club since they are there to perform. Management does not make a point of waiting until entertainers have changed out of their street clothes before asking them to review a new Performer Contract.

10. To my knowledge, the Condor management never had a policy of rushing entertainers to review Performer Contracts. We do not tell entertainers they can't take a copy of the Performer Contract home. In fact, as stated above, the contract itself advised entertainers to "read and consider it, seek the advice of counsel or a person you trust to assist you."

11. I am not aware of any entertainer ever being intoxicated from alcohol, or under the influence of illegal drugs, at a time when she was being asked to review and sign a Performer Contract. Entertainers are free to drink alcohol while performing at the Condor. However, we expect entertainers to drink responsibly at the club and to not get drunk. If an entertainer were to get drunk, we would not ask her to try to review a new Performer Contract. Also, the Condor has a strict zero tolerance policy for illegal drugs on its premises and the Performer Contract specifies

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -

Decl. of Calcagni ISO Motion to Compel
Arbitration Re Plaintiffs Jane Roe 1 and 2
CASE NO. 3:14-CV-03616-LB

that use of illegal drugs on premises by entertainers is a material breach of the contract.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was signed at San Francisco, California, on January 17, 2015.

Mark Calcagni

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 3 -

Decl. of Calcagni ISO Motion to Compel Arbitration Re Plaintiffs Jane Roe 1 and 2
CASE NO. 3:14-CV-03616-LB