Douglas J. Melton, Bar No. 161353
Shane M. Cahill, Bar. No. 227972
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, California 94104
Telephone: (415) 397-2222
E-mail: dmelton@longlevit.com
scahill@longlevit.com

Attorneys for Defendant
SFBSC Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SFBSC MANAGEMENT, LLC; and DOES 1-200,<br><br>    Defendants. | Case No. 3:14-cv-03616-LB<br><br>**SECOND SUPPLEMENTAL DECLARATION OF GARY MARLIN IN SUPPORT OF MOTION TO COMPEL ARBITRATION RE PLAINTIFFS JANE ROE 1 AND 2**<br><br>Date: February 5, 2015<br>Time: 9:30 a.m.<br>Place: Courtroom C, 15th Floor<br>Judge: Hon. Laurel Beeler |

- 1 -

Second Supp. Decl. of Marlin ISO Motion to
Compel Arb. Re Plaintiffs Jane Roe 1 and 2
CASE NO. 3:14-CV-03616-LB

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

I, Gary Marlin, declare:

1. I have personal knowledge of all the facts stated in this declaration. I could and would competently testify to these facts if called upon to do so in court.

2. Attached hereto as exhibit "A" and "B" are true and correct copies of documents entitled "Extension of Club Performer Contract" ("Contract Extensions") between Jane Roe 1 and Jane Roe 2, on the one hand, and Gold Club-San Francisco, LLC, on the other hand (which have been redacted to protect Jane Roe 1's and Jane Roe 2's identities). As detailed therein, the Contract Extensions extended the term of Jane Roe 1's and Jane Roe 2's 2013/2014 Performer Contracts with Gold Club-San Francisco, LLC (true and correct copies of which are attached to my December 22, 2014 declaration in support of this motion to compel arbitration) for a 90-day period beginning January 15, 2014.

3. The attached Contract Extensions were not submitted with my December 22, 2014 declaration or my supplemental declaration because they were not discovered until this past weekend (January 24, 2015). When the Contract Extensions were executed in January 2014, they were not placed in each performer's file. Rather, they were grouped together in a separate file. Accordingly, I did not see them during my review of Jane Roe 1's and Jane Roe 2's performer files in preparation of this motion and the reply brief.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was signed at San Francisco, California, on January 27, 2015.

_____
Gary Marlin

DOCS\S0301-204\740960.1

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 1 -

Second Supp. Decl. of Marlin ISO Motion to
Compel Arb. Re Plaintiffs Jane Roe 1 and 2
CASE NO. 3:14-CV-03616-LB