# EXHIBIT B

# EXTENSION OF
# CLUB PERFORMER CONTRACT

This Agreement is made for the purpose of extending the 2012-2013 Club Performer Contract ("Original Contract") between Gold Club - San Francisco, LLC, DBA: Gold Club and Performer ("the Parties").

1. The Original Contract is incorporated herein, and made a part of this extension;

2. The Original Contract expires January 31, 2014;

3. The Parties agree to extend the Original Contract for up to 90 days commencing January 15, 2014;

4. All other terms and conditions of the Original Contact remain unchanged;

5. This extension binds and benefits both Parties;

6. This document and the Original 2013-2014 Contract (and its addendum 'A') constitute the entire agreement between the Parties.

Agreed to by CLUB:

_____       Date 1-26-14
Manager Signature

Darius Rodriguez
Manager Name (printed)


Agreed to by PERFORMER:

_____       Date [signature]
Performer Signature
                                     1/21/14

_____
Performer Legal Name (printed)


_____
Performer Stage Name