1  SHANNON LISS-RIORDAN (State Bar No. 310719)
   sliss@llrlaw.com
2  LICHTEN & LISS-RIORDAN, P.C.
   729 Boylston Street, Suite 2000
3  Boston, MA 02116
   Telephone:   (617) 994-5800
4
   MICHAEL L. FREEDMAN (State Bar No. 262850)
5  mfreedman@llrlaw.com
   MATTHEW D. CARLSON (State Bar No. 273242)
6  mcarlson@llrlaw.com
   LICHTEN & LISS-RIORDAN, P.C.
7  466 Geary St., Suite 201
   San Francisco, CA 94102
8  Telephone:   (415) 630-2651

9  Attorneys for Objector Nicole Hughes

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12 | JANE ROES 1-2, on behalf of themselves and all others similarly situated, | Case No.: 14-cv-03616-LB
   |                                                                          |
   |                         Plaintiffs,                                      | **DECLARATION OF NICOLE HUGHES IN SUPPORT OF OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT**
   | v.                                                                       |
   | SFBSC MANAGEMENT, LLC; and DOES 1-200,                                   |
   |                         Defendants                                       |

DECLARATION OF NICOLE HUGHES IN SUPPORT OF OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT

I, Nicole Hughes, declare as follows:

1. I am a named plaintiff and proposed class representative in the <u>Hughes, et al. v. S.A.W Entertainment, Ltd. d/b/a/ Larry Flynt's Hustler Club, et al.</u>, N.D. Cal. No. 16-3371. I have personal knowledge of all facts stated in this Declaration and, if called to testify as a witness, I could and would competently testify thereto.

2. I worked as an exotic dancer at Larry Flynt's Hustler Club ("Hustler Club") from January 2015 to October 2015. Prior to working at Hustler Club, from September 2014 to December 2014, I worked as an exotic dancer at Gold Club San Francisco ("Gold Club").

3. I filed a class and collective action lawsuit on behalf of all dancers at Hustler Club and Gold Club in 2016. This lawsuit was filed directly against the clubs, alleging violations of various state and federal wage laws. After filing that lawsuit, I learned that there was another case against a consulting company called SFBSC that was related to Hustler Club, Gold Club, and many of the other clubs in San Francisco.

4. I understand that the attorneys in the case against SFBSC have reached a proposed class action settlement of behalf of all dancers at eleven clubs in San Francisco, including Hustler Club and Gold Club, spanning 2011 to the present.

5. When I learned that this proposed settlement on behalf of over 4,500 dancers only provided a maximum cash recovery of $800 for a dancer who worked two years or more at the clubs, I felt that this amount was insulting. I know that this is a very small amount compared to the settlements and judgments on behalf of exotic dancers in similar wage cases.

6. Because of the small amount of money available in the <u>SFBSC</u> settlement, I will continue to pursue my own claims in the pending lawsuit directly against Hustler Club and Gold Club.

7. I believe that my co-workers should also be given the clear option of pursuing their claims in the <u>Hughes</u> case directly against the clubs, as opposed to accepting the small amount of money available in the proposed settlement in the case against SFBSC. If this option

1

DECLARATION OF NICOLE HUGHES IN SUPPORT OF OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT

1  was clearly presented to the dancers, I believe that many of them would choose to join the

2  <u>Hughes</u> case and decline to accept the small amount of money offered in the <u>SFBSC</u> case.

3        8.     If the dancers are not notified that they have the opportunity to participate in the

4  other cases that have already been filed directly against Gold Club and Hustler Club, I think that

5  many of them will just ignore the proposed <u>SFBSC</u> settlement because provides such a small

6  amount of money.

7        9.     I also understand that the proposed <u>SFBSC</u> settlement gives dancers the option,

8  going forward, of becoming an "employee" of the clubs, as opposed to an "independent

9  contractor." This is already an option that the clubs provide when they hire new dancers, and it

10  seems like this is included in the settlement as window dressing to make the settlement look

11  better than it is.

12       10.    The portion of the proposed <u>SFBSC</u> settlement that gives dancers coupons or

13  credits to use toward future dance fees provides no benefit to the dancers, including myself, who

14  no longer work at the clubs. For those dancers who currently work at the clubs, this "credit" may

15  provide a benefit in theory, but in practice I do not think that many women will take it because

16  they are scared of being terminated or blacklisted from all the clubs, and they would not want to

17  identify themselves with having participated in the settlement of the lawsuit.

18       11.    I understand that one of the central claims in the <u>SFBSC</u> case is that the dancers

19  seek unpaid minimum wage under federal and state law for all hours they spent performing at the

20  clubs. At both Hustler Club and Gold Club, dancers usually worked three shifts per week,

21  approximately seven hours per shift. Tip-outs, House Fees, and other policies were similar at

22  both clubs, but Gold Club was larger than Hustler Club and had more dancers in an average week.

23  \

24  \

25  \

26  \

27  \

28

2
DECLARATION OF NICOLE HUGHES IN SUPPORT OF OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT

1   I declare under penalty of perjury and the laws of the State of California and the United
2   States of America that the foregoing is true and correct and that this declaration was signed at San
3   Francisco, California, on _____3/23/2017 | 12:58 AM EDT_____.

    _____
    B4F10B8168DD4FB...
    NICOLE HUGHES