THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Plaintiffs JANE ROES 1-2 *et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROES 1-2 *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>SFBSC MANAGEMENT, LLC; and DOES 1-200,<br><br>Defendants. | Civil Case No. 3:14-cv-03616-LB<br><br>**DECLARATION OF JOCELYN D. LARKIN RE: MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Jocelyn D. Larkin, declare:

1. I am a lawyer licensed to practice law in the State of California and have done so for 34 years. I am the Executive Director of the Impact Fund, in Berkeley, California. I have personal knowledge of the facts contained in this declaration and, if called to testify as a witness, am competent to testify to those facts.

2. Mission of the Organization: The Impact Fund was founded in 1993 and is a 501(c) (3) non-profit organization. The mission of the organization is to provide support for

public interest litigation to achieve economic, environmental, and social justice throughout the United States. The Impact Fund provides grants, technical support, and training on issues that arise in impact litigation, particularly class action litigation. The Impact Fund also serves as co-counsel and amicus counsel in select class action and impact litigation.

3. Grants - The Impact Fund's Grant Program provides grants to non-profit organizations and small firms to help defray out-of-pocket litigation expenses in impact litigation, such as experts, transcripts or travel expenses. The average grant is about $12,000. If grantees are successful in their cases, they pay the organization back the grant from any cost recovery in the case. Over the past 25 years, the Impact Fund has provided over $6 million in grants to cases involving issues of civil and human rights, poverty and environmental justice. Those grants have been made for cases in California, in dozens of other states, and in international courts.

4. Training - Because class and impact litigation is complicated and difficult, the Impact Fund has created a variety of training programs to assist non-profit and private practitioners to better do this work. We focus particularly on training lawyers to ethically represent class members. Among our training programs is our Class Action Training Institute, held each fall in Oakland and Los Angeles, where a group of 20 students spends three days working through a hypothetical class action case file. With the help of experienced practitioners, the students take the case from the first client meeting, through case development, discovery, motion practice and mediation. Local judges and magistrates participate as guest speakers and mock mediators. The Institute combines hands-on training exercises with facilitated lectures and discussions. Over 250 students have completed the training over the past decade. The Impact Fund subsidizes the tuition and travel expenses in order to ensure that non-profit practitioners receive this vital training.

5. Technical Assistance - The legal staff at the Impact Fund responds on a daily basis to questions or problems that arise in class action or impact cases from practitioners around the nation. The Impact Fund also manages a Google Group of approximately 550 practitioners to communicate new case developments, provide resources, and answer inquiries.

6. Co-Counsel and Amicus Counsel – The Impact Fund also litigates a small number of class action cases, typically involving employment discrimination, disability access or other employment and civil rights matters. The Impact Fund was lead counsel in *Wal-Mart Stores v. Dukes,* 564 U.S. 338 (2011), a gender discrimination class action on behalf of low wage retail stores workers at the nation's largest employer. The Impact Fund also authors a number of amicus briefs each year in courts across the country on class action, civil rights, wage and hour, attorneys' fees and ethical issues. More information about the work of the Impact Fund is available at www.impactfund.org.

7. Prior Cy Pres Recipient: The Impact Fund has been approved as a *cy pres* recipient in dozens of cases over the past 20 years in state and federal courts around the country. Because our work supports impact litigation nationally and in many different substantive law areas, courts have found the organization an appropriate *cy pres* recipient in a wide range of cases, including wage and hour, consumer fraud, mortgage fraud, civil rights, WARN Act, environmental justice and sex discrimination.

8. Prior Wage and Hour Case Designations: Over the last decade, the Impact Fund has been approved as a *cy pres* recipient in approximately 15 wage and hour class actions, including two cases brought on behalf of exotic dancers, *Vasquez v. Escort Sunnyvale Corp. dba The Brass Rail* (No. 114CV272861) (California Superior Court, Santa Clara County), and *Doe v. Déjà Vu Services, Services* (No. 1:16-cv-11807)(U.S. District Court, Eastern District of Michigan). The cases are:

<u>2008</u>

*Stanfield v. First NLC Fin. Servs.* (No. 06-038292) (U.S. District Court, Northern District of California): Action by loan officer employees alleging failure to pay overtime wages, failure to provide meal breaks, and other labor violations.

<u>2010</u>

*LaBrie v. UPS Supply Chains Solutions, Inc.* (No. 08-3182) (U.S. District Court, Northern District of California): Action by drivers alleging misclassification as independent contractors, and other labor violations.

*Mickelson v. World of Good Tastes, Inc.* (No. 07AS02431) (California Sup. Court, Sacramento County): Action by employees alleging unpaid wages and failure to provide meal and rest periods.

*Lachapelle v. Davita, Inc.* (No. FCS028959) (California Superior Court, Solano County): Action by employees alleging failure to provide meal and rest breaks.

*Aponte v. Marquez Bros. Int'l* (No. 060262) (California Sup. Court, Marin County): Action by salespersons, drivers, and other employees alleging misclassification as independent contractors.

<u>2011</u>

*Coronado v. M.A.C. Cosmetics, Inc.* (No. 09-0233) (California Sup. Court, Orange County): Action by employees alleging failure to pay minimum wage, failure to provide meal and rest periods, and other labor violations.

*Simpson v. AAA Rest. Fire Control, Inc.* (No. RG1049416) (California Sup. Court, Alameda County): Action by construction craft employees alleging failure to pay for off-the-clock work, and other labor violations.

<u>2012</u>

*Salgado v. Driveline Retail Merch.* (No. 34-2008-00006420) (California Sup. Court, Sacramento County): Class action by employees alleging failure to pay overtime wages, failure to reimburse expenses, and other labor violations.

<u>2013</u>

*Aceves v. M.A.C. Cosmetics, Inc.* (No. 11-568124) (California Sup. Court, Alameda County): Action by hourly retail employees alleging labor violations.

<u>2014</u>

*Barber v. U.S. Bank, N.A.* (No. C11-02173) (California Sup. Court, Contra Costa County): Class action by current and former mortgage loan officers alleging failure to reimburse business-related expenses, unlawful deductions from compensation, and other labor violations

*Womack v. Decisive Comms., Inc.* (American Arbitration Association): Action by installation technicians alleging state and federal labor violations.

2015

*Jenkins v. Goodwill of the Greater East Bay, Inc.* (No. RG12659632) (California Sup. Court, Alameda County): Action by employees for unpaid wages, meal and rest period violations, and other labor violations.

*Vasquez v. Escort Sunnyvale Corp. dba The Brass Rail* (No. 114CV272861) (California Superior Court, Santa Clara County): Action alleging wage and hour violations and systemic sexual harassment of class of exotic dancers.

2016

*Alexander v. FedEx Ground Package System* (No. 3:05-cv-38 EMC) (U.S. District Court, Northern District of California) Action alleging wage and hour violations on behalf of package delivery drivers.

2017

*Doe v. Déjà Vu Services* (No. 1:16-cv-11807)(U.S. District Court, Eastern District of Michigan) Action alleging wage and hour violations on behalf of class of exotic dancers.

I have not attached copies of the individual court orders in these cases but will be pleased to provide them to the Court if requested.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed this 3rd day of August, 2017 at Berkeley, California.

By: ______________________

Jocelyn D. Larkin
IMPACT FUND