Trenton R. Kashima, Esq. (SBN 291405)
tkashima@sommerspc.com
SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 762-2125
Facsimile: (619) 762-2127

Jason J. Thompson, Esq. (*Pro Hac Vice*)
jthompson@sommerspc.com
SOMMERS SCHWARTZ, PC
One Town Square, Suite 1700
Southfield, MI 48076
Telephone: 248-784-6613
Facsimile: 248-936-2143

THE TIDRICK LAW FIRM LLP
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail:sgt@tidricklaw.com
E-mail:jby@tidricklaw.com

*Attorneys for Plaintiffs*
*and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JANE ROES 1-2,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**DÉJÀ VU SERVICES, INC., et al.,** jointly and severally,<br><br>Defendants. | Case No: 19-cv-03960-LB<br><br>**DECLARATION OF JANE ROE 3**<br><br>The Honorable Laurel Beeler |

I, JANE ROE 3, declare:

1. I make this Declaration in support of Plaintiffs' Motion for Preliminary Approval of the Class Settlement based on my personal knowledge. I am prepared and competent to testify to the matters set forth in this declaration.

2. I have spent a lot of time working with my attorneys on this case. Throughout the time that I have spent in connection with this case, I have understood that I act as a representative of other, unnamed class members and that, as such a representative, I owe a duty of good faith to the unnamed class members, and that I will not act just in my own self-interest. Moreover, I am willing to assume the responsibilities as class representative, have no disabling conflicts of interest, and intend to vigilantly protect and advance the rights of the Settlement Class

3. I understand that the parties have agreed, for settlement purposes, to certification of a settlement class consisting of any individual who performed as an independent professional entertainer (independent contractor) at one or more of the Clubs at any time during the applicable class periods, but does not include those individuals who provide or who have provided services as "headliner" or "feature" performers unless such individual was otherwise a party to a dancer contract with one of Defendant's club during the class periods. The time period of the settlement is August 8, 2010 to November 16, 2018 for entertainers who performed as independent professional entertainers (independent contractors) at one or more of the San Francisco Clubs (the "San Francisco Class Period"); and February 8, 2017 to November 16, 2018 for entertainers who performed as independent professional entertainers (independent contractors) at one or more of the Greater California Clubs (the "Greater California Class Period").

4. I am a member of the settlement class. I believe that I am similarly situated with the members of the settlement class because the class members experienced the same compensation policies and practices. In connection with this lawsuit, I feel that I am a good representative of the other class members. My interest in assisting with the prosecution (and settlement) of the lawsuit is to secure compensation for all of the members of the class with

respect to violations of the labor laws, and to ensure that all current and former Entertainers be treated fairly. I have not been promised any special monetary reward or treatment for doing so. I have no interest adverse to the members of the class as a whole and I believe that my individual claims are typical of the claims of the members of the class as a whole.

5. I have taken an active role in this litigation by conferring with my counsel and assisting in gathering information and documents for the prosecution of the lawsuit. I have met with my counsel numerous times during the course of the lawsuit. During those meetings, my counsel advised me about this lawsuit and class action lawsuits generally, and I provided relevant information. I also reported to my counsel information that I learned from other Entertainers regarding their work experiences. I have spent time explaining the compensation policies and practices, locating witnesses, reviewing documents, and providing information to assist with the prosecution of the lawsuit and in the settlement negotiations, and attending and participating in settlement negotiations. I have been actively involved in following what has been occurring in the case and I have provided information and documents in order to assist in the lawsuit on several occasions. I understood when I became a named plaintiff that there was some personal risk to me as a named plaintiff, because there have been other wage-and-hour actions in which a defendant had prevailed and the named plaintiffs had been held liable, jointly and severally, for the defendant's attorneys' fees. Nevertheless, I believed that prosecution of the lawsuit was in the interests of justice.

6. I have been advised by my counsel throughout the settlement discussions that have occurred in this case and that resulted in the settlement. I have reviewed the settlement agreement, and I believe that the terms are fair, adequate, and reasonable to the class.

7. I have read the foregoing and the facts set forth herein are true and correct of my own personal knowledge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2022.

Jane row (Jan 19, 2022 12:06 PST)

JANE ROE 3