Trenton R. Kashima, Esq. (SBN 291405)
tkashima@sommerspc.com
SOMMERS SCHWARTZ, P.C.
402 West Broadway, Suite 1760
San Diego, CA 92101
Telephone: (619) 762-2125
Facsimile: (619) 762-2127

Kevin J. Stoops, Esq. (SBN 332200)
kstoops@sommerspc.com
SOMMERS SCHWARTZ, PC
One Town Square, Suite 1700
Southfield, MI 48076
Telephone: 248-784-6613
Facsimile: 248-936-2143

*Attorneys for Plaintiffs*
*and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**JANE ROE, et al.** individually and on behalf of all others similarly situated,

Plaintiffs,

**v.**

**DÉJÀ VU SERVICES, INC., et al.,** jointly and severally,

Defendants.

Case No: 14-cv-03616-LB

Related Cases:
16-cv-03371-LB
17-cv-00138-LB
17-cv-05288-LB
17-cv-06971-LB
19-cv-03960-LB

**DECLARATION OF** Azaiah Diaz **IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, LEAVE TO FILE AMENDED COMPLAINTS, AND CONSOLIDATION**

The Honorable Laurel Beeler

Date: ****, 2021
Time: **** a.m.

**DECLARATION OF** Azaiah Diaz

I, Azaiah Diaz, hereby declare as follows:

1. I make this declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, Leave to File Amended Complaints, and Consolidation and in support of my request to be named class representative.

2. I understand that I have filed this class action lawsuit against Defendant Deja Vu Services, Inc. and the California Deja Vu clubs, trying to remedy Defendants' labor code violations stemming from their misclassification of employees as independent contractors, including to pay the legally required minimum and overtime premium wages, as well as meal and rest period wages, resulting in unlawful wage deductions, inaccurate wage statements, and waiting time penalties under California law. I further understand that the instant action seeks penalties pursuant to the Private Attorneys General Act of 2004 ("PAGA") and Fair Labor Standards Act ("FLSA").

3. In order to prosecute my lawsuit, I have retained Class Counsel and sought appointment as class representative. I have neither been promised, nor have accepted (nor expect) to receive any compensation in connection with my role as the class representative in this matter other than what may be awarded by the Court, arising out of the purposed settlement. I further understand that a class representative is not permitted to compromise, undermine, or dismiss the class action in return for any special consideration not provided to other members of the class, nor do I intend to do so in this action.

4. I volunteered to represent all others with similar claims on my own because I believed that my former coworkers would benefit from the lawsuit through any recovery obtained. I agreed to prosecute this case despite the inherent risk associated with litigating against your former employer.

5. I am aware of no conflicts of interest that would render me unqualified to carry out my duties and responsibilities to the class as a plaintiff class representative for this matter.

6. I have been actively involved in prosecution of this case since 2018. I originally filed by case in Superior Court of the State of California, County of San Diego before it was removed and transferred to this Court. During the litigation, I provided substantial assistance to Class Counsel in their investigation and prosecution of my claims, including participating in telephone calls, electronic correspondences, and other meetings to discuss the factual and legal issues involved in my individual,

as well as the Class's claims.

7. During the course of the litigation, I was asked by Class Counsel to provide insight on my understanding of and personal experiences with Defendants' business operations to aid in Class Counsel's efforts. I also made myself available before and during three mediations in this case to answer Class Counsel's questions.

8. I spoke with Class Counsel about ongoing settlement negotiations that had been occurring in this case. We discussed the possibility of settlement, and I expressed my views about what I believed would be a reasonable settlement for absent Class members.

9. I understand that in 2021, these negotiations resulted in an agreement on the material terms that would form the Settlement Agreement. Upon reviewing the Settlement Agreement, I found its terms to be fair, reasonable and in the best interests of absent Class members. Accordingly, I signed the Settlement Agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 2/9/2022 in San Diego, California.

DocuSigned by:
Azaiah Diaz
060CA392095146C...
Azaiah Diaz