SHANNON LISS-RIORDAN (State Bar No. 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800
Facsimile: (617) 994-5801

*Attorney for Objectors Nicole Hughes, Elana Pera, Sarah Murphy, Penny Nunez, Angelynn Hermes, Poohrawn Mehraban, Gypsey Vidal, Tiffany Zoumer, Devon Locke, and Diana Tejada*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE ROE, et al.<br>*Plaintiffs,*<br>v.<br>SFBSC MANAGEMENT, LLC, et al.,<br>*Defendants.* | Case No. 14-cv-03616-LB<br>The Honorable Laurel Beeler<br>**NOTICE OF WITHDRAWAL OF OPPOSITION FILED AT DKT. 244** |

As discussed in the Declaration filed this same day, Objectors hereby withdraw the Opposition previously docketed as ECF Entry No. 244 in this matter.

Dated: June 15, 2022

Respectfully submitted,

OBJECTORS,

By their attorneys,

*/s/ Shannon Liss-Riordan*

Shannon Liss-Riordan (State Bar No. 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic filing on June 15, 2022, on all counsel of record.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan