SHANNON LISS-RIORDAN (State Bar No. 310719)
sliss@llrlaw.com
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Telephone: (617) 994-5800

Attorneys for Plaintiffs in Civil Action No.'s
16-cv-03371, 17-cv-00138, and 17-cv-05288

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE ROE, et al.

Plaintifs,

v.

SFBSC MANAGEMENT, LLC, et al.,

Defendants.

---

NICOLE HUGHES, et al.

Plaintiffs,

v.

S.A.W. ENTERTAINMENT, LTD., et al.,

Defendants.

---

ELANA PERA, et al.

Plaintiffs,

v.

S.A.W. ENTERTAINMENT, LTD., et al.,

Defendants.

---

Civil Case No. 14-cv-03616-LB

Related Cases: 16-cv-03371-LB, 17-cv-00138-LB, 17-cv-05288-LB 17-cv-06971-LB, 19-cv-03960-LB

**DECLARATION OF SHANNON LISS-RIORDAN REGARDING IMPROVEMENTS TO PROPOSED CLASS ACTION SETTLEMENT**

POOHRAWN MEHRABAN,

Plaintiffs,

v.

BT California, LLC, et al.,

Defendants.

ELAINE GOMEZ-ORTEGA, et al.

Plaintiffs,

v.

DÉJÀ VU – SAN FRANCISCO, LLC, et al.,

Defendants.

JANE ROES 1 AND 2, et al.

Plaintiffs,

v.

DÉJÀ VU SERVICES, INC., et al.,

Defendants.

I, Shannon Liss-Riordan, declare as follows:

1. On behalf of several of our clients (the "Objectors"), my law firm previously filed an Opposition to the Motion for Preliminary Approval of the Proposed Class Action Settlement in Jane Roes 1-2 v. SFBSC Management, LLC, No. 3:14-cv-03616-LB ("Roe San Francisco") and in Jane Roe 1 and 2 v. Deja Vu Services, Inc., et al., No. 19-cv-03960-LB ("Roe San Diego").

2. After filing these pleadings on behalf of our clients, my law firm has engaged in further discussions directly with counsel for the Roe San Francisco Defendants.

3. As discussed in a recent filing by the Roe San Diego Plaintiffs, docketed at ECF No. 123 in Roe San Diego, the result of these discussions is that the proposed class action settlement in this matter has been amended and improved to provide for additional notice as well as an extension of the time period for the so-called "Enhanced Terms of Employment."

4. We believe that these improvements provide a significant benefit to the proposed settlement class.

5. Given these improvements to the settlement, the Objectors' understanding is that their objections to the prior version of the settlement are now moot.

6. Further, because of the additional benefits provided in the amended settlement as well as further information that has been revealed regarding Defendants' financial viability, the undersigned has formally withdrawn the Opposition filed at ECF No. 244 in the Roe San Francisco matter and the Opposition filed at ECF No. 109 in the Roe San Diego matter.

Executed on June 15, 2022, in Boston, Massachusetts.

By: */s/ Shannon Liss-Riordan*______
Shannon Liss-Riordan (State Bar No. 310719)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic filing on June 15, 2022, on all counsel of record.

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riorda