**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRIC OF CALIFORNIA**

| | |
|---|---|
| JANE ROES 1-2 *et al*.,<br>Plaintiffs,<br>v.<br>SFBSC MANAGEMENT, LLC, et al.,<br>Defendants. | Case No.**:** 14-cv-03616-LB<br><br>Related Cases:<br>16-cv-03371-LB<br>17-cv-00138-LB<br>17-cv-05288-LB<br>17-cv-06971-LB<br>19-cv-03960-LB<br><br>**DECLARATION OF MARY BUTLER REGARDING NOTICE AND SETTLEMENT ADMINISTRATION**<br><br>The Honorable Laurel Beeler |

**DECLARATION OF MARY BUTLER**

I, MARY BUTLER, declare the following facts to be true and correct and if called as a witness would testify competently to the same:

1. I am employed as a Project Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action. My business address is 3194-C Airport Loop Drive, Costa Mesa, CA 92626. My telephone number is (714) 640-5607. I am over 21 years of age and authorized to make this declaration on behalf of Simpluris and myself.

2. Simpluris is a class action Settlement Administration Company headquartered in Costa Mesa, California. It was founded by individuals who have each managed hundreds of Settlements along with professionals in the areas of software development, third-party claims administration, mail-house operations and call center support management.

3. Simpluris was appointed by the Court as Settlement Administrator to administer the Settlement in accordance with the terms of the Release and Settlement Agreement, (the "Settlement"). Simpluris is responsible, among other things, for: (a) establishing and maintaining a related settlement fund account; (b) establishing and maintaining a settlement email address and case specific website (SFBSCSettlement@Simpluris.com and www.SFBSCSettlement.com); (c) printing and mailing the Class Action/Collective Action Settlement Notice and the Dance Fee Payment Election Form ("Notice Packet") to Settlement Class Members; (d) emailing the Notice Packet to Settlement Class Members with an email address on file; (e) electronically posting the notice through various online message boards and relevant organizations; (f) sending reminder notices by mail and email; (g) re-post the electronically posted notice on StripperWeb.com and request IEAU to post on their website and message board; (h) receiving undeliverable Notice Packets; (i) receiving requests for exclusions; (j) and answering questions from Class Members. If the Court grants final approval of the Settlement, Simpluris will be responsible, among other things, for: (k) calculating individual Settlement payments, distributing funds, and tax-reporting following final approval; (l) mailing Settlement checks; (m) and for such other tasks as the Parties mutually agree or the Court orders Simpluris to perform.

## NOTIFICATION TO THE CLASS

4. On July 15, 2022, Simpluris received the Court-approved Notice Packet. The Notice Packet advises Class Members of their right to submit a Dance Fee Payment Election Form, opt out from the Settlement, object to the Settlement, or do nothing, and the implications of each such action. The Notice Packet advises Class Members of applicable deadlines and other events, including the Final Approval Hearing, and how Class Members could obtain additional information.

5. On July 29, 2022, Defendants' Counsel provided Simpluris with a mailing list containing the following information for the Settlement Class Members: legal name, most recent mailing address if available, email address if available, phone numbers if available, Social Security Numbers if available, and the amount of Form 1099 payments paid to each Class Member. The Class List contained data for 8,402 unique Class Members.

6. On August 19, 2022, Simpluris sent a physical copy of the Notice Packet, via USPS, to 8,261 Settlement Class Members with a valid address. Prior to the mailing, the addresses were processed and updated utilizing the National Change of Address Database ("NCOA") maintained by the U.S. Postal Service. The NCOA contains changes of address filed with the U.S. Postal Service. In the event that any individual had filed a U.S. Postal Service change of address request, the address listed with the NCOA was utilized in connection with the mailing of the Notice Packets. For the 141 Settlement Class Members who did not have a valid address, Simpluris performed a skip trace search through Lexis Nexis (Accurint) and was unable to locate a valid address for these members and therefore a physical Notice Packet was not mailed to these 141 Settlement Class Members. Of the 8,261 Notice Packets mailed, a total of 2,259 Notice Packets were returned to Simpluris. Through advanced address searches (skip-trace), Simpluris was able to locate 1,770 updated addresses and promptly mailed a Notice Packet to those updated addresses. As of today, there are 483 Notice Packets that remain undeliverable via USPS, reflecting 5.84% of the total Settlement Class that was mailed a notice. A copy of the physical Notice Packet is attached hereto as **Exhibit A.**

7. On August 19, 2022, Simpluris also sent the Court-approved notice via e-mail to 643 Settlement Class Members with a valid e-mail address. A copy of the e-mail is attached hereto as **Exhibit B.** Of the 643 emails sent, 14 were undeliverable.

8. Thus, the initial Notice was successfully delivered to 92.57% of the Settlement Class by physical mailing and to 7.49% of the Settlement Class by e-mail. After accounting for individuals who were sent notice via both methods (*i.e.*, by physical mail and by e-mail), the Notice was successfully delivered to 93.78% of the Settlement Class.

**DANCE FEE ELECTION FORM, REQUESTS FOR EXCLUSIONS, AND OBJECTIONS**

9. The deadline for Settlement Class Members to submit a Dance Fee Election Form, request exclusion from the proposed settlement, or object to the proposed settlement is October 17, 2022.

10. To date, Simpluris has received 65 valid Dance Fee Election Forms.

11. To date, Simpluris has received 1 request for exclusion from the proposed settlement sent by individuals Settlement Class Members.

12. To date, Simpluris has not received any objections.

**TOLL FREE TELEPHONE HELPLINE & WEBSITE**

13. A toll-free telephone number was included in the Class Notice for the purpose of allowing the Class Members to call Simpluris and to make inquiries regarding the Settlement. The system is accessible 24 hours a day, 7 days a week, and will remain in operation throughout the settlement process. Callers have the option to speak with a live call center representative during normal business hours or to leave a message and receive a return call during non-business hours. The toll-free telephone number included in the Class Notice was (866) 603-6949 and was live July 10, 2022.

14. Simpluris is also maintaining a settlement case website at https://www,SFBSCsettlement.com/ which includes the Court-approved class notice and copies of important case documents, as well as sections that identify important dates and deadlines, and also

includes an online portal for submission of the "Dance Fee Payment Election Form." The website includes PDF copies of the following documents: Release and Settlement Agreement; Amendment to Release and Settlement Agreement; Second Amended Complaint Against SFBSC Management, LLC, et al.; Second Amended Complaint Against Déjà vu Services, Inc., et al.; Class Action/Collective Action Settlement Notice. A printout of that website is attached hereto as **Exhibit C.** The website was live as of the date when notice was mailed and e-mailed to the Settlement Class (i.e., as of August 19, 2022).

## SOCIAL MEDIA POSTINGS

15. Simpluris effectuated the posting of the Electronically Posted Notice on StripperWeb.com in the "Stripping (was Stripping General" discussion thread on August 19, 2022, which shall continue to be posted for a period of 8 weeks. A copy of that Electronically Posted Notice is attached hereto as **Exhibit D.** On July 29, 2022, Simpluris also contacted the IEAU and requested the IEAU to post the Electronically Posted Notice (with hyperlink) on its message board and email the same to their subscribers list. On August 3, 2022, Simpluris mailed a physical letter and the electronic notice to the union's address. On August 31, 2022 the IEAU has posted the electronic notice on their website. A copy of the posted notice is attached hereto as **Exhibit E.** Simpluris effectuated the posting of the Social Media Notice through an online advertising campaign with Facebook that went live on August 19, 2022 and shall continue until October 17, 2022. A copy of the message appearing on Facebook is attached hereto as **Exhibit F**.

## ADMINISTRATION COSTS

16. The total costs to be charged by Simpluris for services in connection with the administration of this Settlement, including fees incurred and anticipated future costs for completion of the administration, are capped at $150,000.00. The work by Simpluris in connection with this matter will continue with the calculation of the Settlement checks, issuance and mailing of those Settlement checks, etc., and to do the necessary tax reporting on such payments.

## SUPPLEMENTAL DECLARATION

17. Simpluris will provide a supplemental declaration to the Court prior to the Final Approval Hearing to advise the Court of any developments that may have arisen since the filing of this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 2nd day of September, 2022, at Frisco, TX.

Mary C Butler

Mary Butler

# Exhibit A

# CLASS ACTION/COLLECTIVE ACTION SETTLEMENT NOTICE

*Jane Roes 1-2 et al. v. SFBSC Management, LLC, et al.*
United States District Court for the Northern District of California, Case No. 3:14-cv-03616-LB

*Jane Roe, et al. v. Deja Vu Services, et al.,*
United States District Court for the Northern District of California, Case No. 19-cv-03960-LB

**YOU MAY BE ENTITLED TO RECEIVE MONEY UNDER A PROPOSED SETTLEMENT**
**THIS NOTICE MAY AFFECT YOUR RIGHTS**
**PLEASE READ THE ENTIRE NOTICE CAREFULLY**

*A court authorized this notice. This is not a solicitation. This is not a lawsuit against you and you are not being sued. However, your legal rights are affected whether you act or not.*

You are receiving this Class Action/Collective Action Settlement Notice (the "Notice") because you are entitled to participate in a class action/collective action Settlement; you are what is referred to as a "Class Member." The purpose of this Notice is to provide a brief description of the claims alleged in the case, inform you about the proposed Settlement, and advise you of your rights and options with respect to the Settlement.

If you take no action and the Court approves the Settlement, you will automatically be mailed a settlement check (or series of checks) for your share of the Settlement. You will be bound by the Settlement unless you take action to exclude yourself in the manner described in this Notice.

***WHY IT IS IMPORTANT TO READ THIS NOTICE:***

The United States District Court for the Northern District of California has approved the sending of this Notice regarding the proposed Settlement of the class action/collective action known as Jane Roes 1-2 *et al*. v. SFBSC Management, LLC, *et al*. United States District Court for the Northern District of California Case No. 3:14-cv-03616-LB, and the related case of Jane Roe, *et al*. v. Deja Vu Services, et al., United States District Court for the Northern District of California Case No. 19-cv-03960-LB (collectively, the "Action").

Because your rights may be affected by this Settlement, it is extremely important that you read this Notice carefully. You are a "Class Member" in this Action.

| **SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT (SEE PAGE 6 FOR MORE DETAILS)** | |
|---|---|
| **DO NOTHING** | If you do nothing, you will automatically be issued a Cash Payment in the form of a mailed check, or a series of checks over time, for your share of the Settlement funds, which will release all of your claims under California state law and under the Fair Labor Standards Act ("FLSA"). |
| **SUBMIT A DANCE FEE PAYMENT ELECTION FORM** | You may choose to receive Dance Fee Payments in lieu of a Cash Payment by performing at one of the Clubs subject to this Settlement. To do so, you must complete, sign, and date the Dance Fee Payment Election Form that is enclosed, as described below. If you select to receive Dance Fee Payments you will release all claims brought in this Action, or that could have been pleaded based upon the factual allegations set forth in this Action, including claims under the FLSA. The amount of compensation that you will receive as part of the Settlement WILL BE THE SAME regardless of whether you do nothing and are then issued a check (or a series of checks) for a Cash Payment, or whether you select to obtain Dance Fee Payments. |
| **EXCLUDE YOURSELF ("OPT OUT")** | You may exclude yourself from the Settlement by submitting a letter as described below. If you request to be excluded, you will not be releasing any claims, except that claims for penalties authorized under the California Private Attorney's General Act ("PAGA") will be released regardless of whether you exclude yourself or not. If you exclude yourself, you may not object to the Settlement. |
| **OBJECT** | You can object to the Settlement as described below and ask the Court to reject the Settlement. You may also appear at the Final Approval Hearing, either in person or through your own attorney. If you submit an objection, you do not need to come to Court to discuss it. So long as it is a timely and valid objection, the Court will consider it. You cannot object to the Settlement if you have excluded yourself from the Settlement. |

**TABLE OF CONTENTS**

**WHAT THE CASE IS ABOUT**......Page 3
**THE PARTIES AND THE ATTORNEYS IN THIS CASE**......Page 4
**THE SETTLEMENT**......Page 4
**Gross Amount of the Settlement**......Page 4
**Distribution of the Settlement Funds**......Page 4
Cash Pool......Page 4
Dance Fee Pool......Page 5
Enhancement Payment......Page 5
The PAGA Payment......Page 5
Administrative Costs......Page 5
Attorneys' Fees and Expenses......Page 5
Changes to Defendant's Business Practices......Page 5
**RELEASES OF CLAIMS**......Page 6
**Settlement Class Members' Released Claims**......Page 6
**Participating Class Members' Released Claims**......Page 6
**WHAT TO DO IN RESPONSE TO THIS NOTICE**......Page 6
**Do Nothing**......Page 6
**Submit a Dance Fee Payment Election Form**......Page 6
**Exclude Yourself**......Page 6
**Object**......Page 7
**FINAL APPROVAL HEARING ON PROPOSED SETTLEMENT**......Page 7
**CLASS COUNSEL RECOMMEND THE SETTLEMENT**......Page 7
**HOW TO OBTAIN ADDITIONAL INFORMATION**......Page 7

***WHAT THE CASE IS ABOUT:***

The United States District Court for the Northern District of California is presiding over the Action. The Plaintiffs are individuals who have worked, pursuant to a dancer contract, at one or more of the nightclubs listed on Exhibit A to this Notice (referred to in this Notice as the "Clubs") during the time period from August 8, 2010 to November 16, 2018 for entertainers who performed at one or more of the "San Francisco Clubs" and the time period from February 8, 2017 to November 16, 2018 for entertainers who performed at one or more of the "Greater California Clubs" (collectively, the periods of time referred to as the "Class Periods"). The Defendants are SFBSC Management, LLC, Deja Vu Services, Inc., Harry Mohney, and all of the Clubs and other entities listed on Exhibit A(collectively, the "Defendants"). Plaintiffs allege that the Defendants are responsible for alleged violations of certain labor laws in regard to their operation of the Clubs. Defendants have denied any wrongdoing of any kind with respect to the Action and assert that they have complied with all applicable laws at all times.

Through the Action, Plaintiffs have alleged claims against Defendants for: (1) failure to pay minimum wages and overtime wages in violation of the FLSA; (2) failure to pay straight time for hours worked in violation of California Labor Code §§ 1194, 1194.2, 1197, 1197.1, 1198 and IWC Wage Order Nos. 4, 5, and/or 10; (3) failure to pay minimum wage for all hours worked in violation of the San Francisco Minimum Wage Ordinance; (4) failure to pay overtime as required by California state law in violation of California Labor Code §§ 510, 558, 1194, and 1198 and Wage Order Nos. 4, 5 and/or 10; (5) failure to provide itemized wage statements in violation of California Labor Code § 226 and IWC Wage Orders; (6) waiting time penalties under California Labor Code §§ 201, 202, and 203, and seeking remedies pursuant to Labor Code §§ 203, 218, 218.5, and 218.6; (7) failure to pay all wages owed every pay period under California Labor Code § 204, and seeking remedies pursuant to Labor Code §§ 218, 218.5 and 218.6; (8) common law conversion; (9) failure to reimburse for expenses in violation of Cal. Labor Code §§ 450, 2802; (10) violation of California's Unfair Competition Law, Bus. & Prof. Code §§ 17200 *et seq.*; (11) for violation of several provisions of the California Labor Code for which Plaintiffs are seeking recovery of civil penalties under the Labor Code Private Attorneys General Act of 2004, California Labor Code § 2698 *et seq*. ("PAGA"), including but not limited to Labor Code §§ 201, 202, 204, 210, 223, 226, 226.3, 226.8, 245-249, 351, 353, 432.5, 450, 510, 558, 1174, 1194, 1194.2, 1194.5, 1197, 1197.1, 1198, 1199, 2753, 2802, 3700, 3700.5, 3712, 3715, and Wage Order Nos. 4, 5, and/or 10. Plaintiffs have sought various forms of relief, including but not limited to: wages, overtime pay, minimum wage, premium pay, penalties, interest, liquidated damages, attorneys' fees and costs, and equitable relief. Plaintiffs have claimed that the alleged violations of law occurred during the Class Periods.

If you wish to learn more details regarding the claims at stake in the Action, please review the complaints for the Action, which are available at www.SFBSCSettlement.com. In addition, certain capitalized words and phrases in this Notice, which are not defined in this document, are defined in the Settlement Agreement, which can also be found on that website.

Plaintiffs have contended that this Action is suitable for class treatment. Defendants have vigorously denied that they violated any laws and have denied that they engaged in any wrongdoing. Defendants contend that they have complied with all applicable laws at all


«Barcode_156450»
SIMID «SIMID»

times and also dispute Plaintiffs' ability to maintain the case as a class or collective action, arguing that, among other things, each of Plaintiffs' claims arise from very individualized and unique circumstances which would require numerous individualized inquiries.

In an effort to resolve their disputes, the parties mediated this case with the assistance of an impartial mediator. The mediation resulted in this Settlement. The Court has not ruled on the merits of Plaintiffs' claims or Defendants' defenses. Although Defendants deny all of the Plaintiffs' allegations, deny that they violated the law, and deny that the Action should be maintained as a class action, they have chosen to resolve this matter based upon the terms and conditions set forth in the Settlement Agreement now before the Court for approval in order to avoid further expenditures of time and money litigating these matters. By entering into this Settlement, Defendants do not admit any liability or wrongdoing of any kind.

***THE PARTIES AND THE ATTORNEYS IN THIS CASE:***

The "Class" for the Settlement is defined as all persons who, during the Class Periods, have performed as exotic dancers at one or more of the Clubs pursuant to a Dancer Contract, but does not include those who provided services as "headliner" or "feature" performers unless such individual was otherwise a party to a Dancer Contract with a Club. "Dancer Contract" means a contract entered into between a Class Member and a Club, which permitted the Class Member to engage in personal dance sales for remuneration at the Club's premises. The Class is comprised of approximately 8,408 people.

The lead attorneys for the Settlement Class (the group of Class Members who do not exclude themselves from the Settlement) are:

Sommers Schwartz, P.C.
Jason Thompson
One Towne Square, 17th Floor
Southfield, MI 48076
Telephone: (248) 415-3176

Pitt, McGehee, Palmer, Bonanni & Rivers, P.C
Megan Bonanni
117 West 4th Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 939-5081

The Tidrick Law Firm LLP
Steven G. Tidrick, Esq.
Joel B. Young, Esq.
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: 510-788-5100

If you do not request exclusion (as explained later in this Notice), the lawyers above will represent you automatically. The Court has decided that the lawyers listed above, also known as "Class Counsel," are qualified to represent you and all Class Members. However, nothing prohibits you from consulting with or retaining your own attorney at your own personal expense.

***THE SETTLEMENT:***

The following is a summary of monetary terms of the proposed Settlement:

**1. <u>Gross Amount of the Settlement</u>**

Defendant has agreed to provide six million five hundred thousand dollars ($6,500,000), consisting of Cash Payments, Dance Fee Payments, Enhancement Payments, PAGA Payments, Administrative Costs, Attorneys' Fees and Expenses, and changes to the Defendants' business practices.

**2. <u>Distribution of the Settlement Funds</u>**

The following is a summary of how settlement funds will be distributed, if approved by the Court:

a. <u>Cash Pool</u>: The sum of $4,000,000 to be paid by Defendants will provide cash compensation to Class Members who neither exclude themselves from the Settlement nor select to receive Dance Fee Payments, and to pay the Attorneys' Fees and Expenses, the Enhancement Awards, the PAGA Payment, and the Administrative Costs of the Settlement. Because of the impact of the global pandemic upon the operation of the Clubs, the Settlement Agreement provides for the Cash Pool to be

funded over a period of two years. The earliest that a portion of your Cash Payment could be sent to you, if you do not decide to obtain your Settlement Payment in the form of Dance Fee Payments, would be December 1, 2022. If you want to understand the Cash Pool funding obligations, the conditions that apply to those funding obligations, and provisions for distributions from the Cash Pool, review Sections 5.3 - 5.5 of the Settlement Agreement, which can be found at: www.SFBSCSettlement.com.

b. Dance Fee Pool: Defendants shall make five hundred thousand dollars ($500,000) available for use as Dance Fee Payments. They are to be made available immediately upon the Settlement becoming Final.

c. Enhancement Payment: Class Counsel will ask the court to award various Class Members a service award of up to $35,000 for their service and assistance to the Class in procuring this Settlement.

d. The PAGA Payment: Defendants shall pay, as consideration for settlement of alleged civil penalties due pursuant to PAGA, the sum of one hundred twenty-five thousand dollars ($125,000), which shall resolve all PAGA Claims. Seventy-five percent (75%) of this, or ninety-three thousand seven hundred fifty dollars ($93,750), shall be paid out of the Cash Pool to the California Labor & Workforce Development Agency (the "LWDA"). The remaining twenty-five percent (25%), or thirty-one thousand two hundred fifty dollars ($31,250), shall be distributed out of the Cash Pool.

e. Administrative Costs: Funds estimated at no more than $150,000 shall be paid to the Settlement Administrator for the administrative costs of settlement, including but not limited to the preparation and copying of this Notice, mailing of this Notice, and other administrative tasks.

f. Attorneys' Fees and Expenses: Class Counsel will apply to the Court for an award of: (1) attorneys' fees in an amount that does not exceed thirty-five percent (35%) of the settlement consideration; and (2) up to eighty thousand dollars ($80,000) in litigation expenses.

g. Changes to Defendants' Business Practices: As a result of the Settlement, the Nightclubs agreed to treat all entertainers who would be performing in their facilities in the future as employees in accordance with applicable law and subject to various "Enhanced Terms of Employment" (such as certain Dance Fee commissions) through at least the one-year anniversary after the Final Approval Date of the Settlement. Such changes to Defendants' business practices are being valued at a minimum of $2,000,000.

h. All payments set forth herein, except for the payment to the LWDA in satisfaction of Plaintiffs' PAGA claim and the Dance Fee Payments, are payments for which the Settlement Administrator shall issue IRS Form 1099-MISC statements to you, the IRS, and to the state taxing authorities (as well as to Class Counsel and Defense Counsel). Nothing in the Settlement or this Notice shall be construed as Class Counsel, Defense Counsel, Defendants, or the Released Parties of the Settlement, providing any advice to you regarding your payment of taxes for, or the tax consequences of, participating in this Settlement; simply put, nothing in this Notice or the Settlement is intended to be tax advice of any kind. You should consult your tax advisor for any tax issues pertaining to this Settlement. In addition, notwithstanding any payment that you may receive as part of this Settlement, in the event that you perform at any of the Clubs in the future as an employee under the terms of this Settlement, you are obligated to report to the applicable Club all of the tip income that you earn in accordance with applicable law, as well as to the IRS and state taxing authorities.

The Settlement Administrator shall determine your Settlement Payment and PAGA Payment as follows:

a. The amount of your Settlement Payment shall be determined on a pro rata basis by first dividing your Form 1099 Payments earned during the Class Periods into the amount of Form 1099 Payments earned by all Settlement Class Members during the Class Periods, and then multiplying that number by the combined sum of the Net Cash Fund and the Dance Fee Pool. That amount shall then constitute the Settlement Payment that you are entitled to receive irrespective of whether you obtain a Cash Payment or decide to receive Dance Fee Payments.

b. The amount of your PAGA Payment shall be determined on a pro rata basis by first dividing your Form 1099 Payments earned during the Class Periods into the amount of Form 1099 Payments earned by all Settlement Class Members during the Class Periods, and then multiplying that number by the Settlement Class Members' PAGA Payment.

c. Based on the information provided to the Settlement Administrator, it has determined that your total Form 1099 Payments earned during the Class Periods is: $«MERGED_1099MISC_payments».

The description above is a summary. If you wish to review the specific terms of Settlement in detail, please review the entirety of the Settlement Agreement which, again, is available at: www.SFBSCSettlement.com.

***RELEASES OF CLAIMS:***

Because this Action is a class action under Rule 23 of the Federal Rule of Civil Procedure and a collective action under the FLSA, there are two sets of releases, which are summarized below.

(1) Even if you do not sign, deposit, and/or cash any of your Settlement Checks, or if you elect to receive Dance Fee Payments, you will still be a part of the Settlement Class. You will be bound by the Settlement as summarized below in the section entitled "Settlement Class Members' Released Claims," unless you have timely excluded yourself in the manner described in this Notice.

(2) If you are issued a check for a Cash Payment, and/or elect to receive Dance Fee Payments, you will become a party plaintiff pursuant to Section 216(b) of the FLSA and will be subject to the release summarized below in the section entitled "Participating Class Members' Released Claims."

**1. Settlement Class Members' Released Claims**

Even if you do not sign, deposit, and/or cash your settlement check, or if you elect to receive Dance Fee Payments, and if you do not exclude yourself in the manner described below, you will release the following claims: Any and all Claims that are based on or reasonably related to the Claims asserted in the Action, including as are set forth in the Amended Complaints for Settlement, which are available at www.SFBSCSettlement.com, **with the exception of claims under the FLSA**. As detailed in the Settlement Agreement, this release includes all Claims based on or reasonably related to the Claims asserted in the Action, including without limitation Claims under state law for unpaid minimum wage, unpaid overtime, unpaid final wages, unpaid meal and rest period premium pay, and reimbursement of expenses; to recover unpaid tips; for penalties under PAGA; as well as all Claims for interest, penalties, liquidated damages, or attorneys' fees and costs.

**2. Participating Class Members' Released Claims**

If you are issued a check for a Cash Payment and/or elect to receive Dance Fee Payments, you will release all of the Claims described in the above section entitled "Settlement Class Members' Released Claims," and all Claims that have been or could have been brought in this Action under the FLSA.

This is a summary of the releases. If you wish to review the releases in detail, please review the Settlement Agreement, which is available at: www.SFBSCSettlement.com.

***WHAT TO DO IN RESPONSE TO THIS NOTICE:***

You have the options described below. Each option has its own consequences, which you should understand before making your decision. Your rights regarding each option, and the procedure you must follow to select each option, follow.

1. **Do Nothing**. If you do nothing and the Court approves the Settlement, you will automatically be mailed a check (or series of checks) for a Cash Payment and for your PAGA Payment. You will remain a part of the case and you will release claims that were or could have been brought in the Action, as set forth more fully in the section of this Notice above entitled "Settlement Class Members' Released Claims" and "Participating Class Members' Released Claims."

2. **Submit a Dance Fee Payment Election Form**. You may complete, sign, and date the Dance Fee Payment Election Form that is enclosed with this Notice and submit it to the Settlement Administrator postmarked by **OCTOBER 17, 2022**. By doing this, you will waive your right for to obtain a Cash Payment and you will, instead, be entitled to receive Dance Fee Payments from one of the Clubs (in addition to your PAGA Payment). The Dance Fee Payment Election Form describes both of these options in more detail. You will release all Claims brought in the Action or that could have been pleaded based upon the factual allegations set forth in the Action, as is discussed more fully in the section of this Notice entitled "Participating Class Members' Released Claims."

3. **Exclude Yourself**. You may exclude yourself from the Settlement by submitting a letter in accordance with the directions in this paragraph. This is the only option that could allow you to bring your own lawsuit or claim under California state law, or to be a part of another lawsuit against the Defendants making such Claims; however, even if you exclude yourself from the Settlement, you and all other Class Members will still be bound by a release of Claims under PAGA. To exclude yourself from the Settlement, you must send your request to be excluded by mail, email, or submission via the Settlement Website, which includes the words "I request to be excluded from the Settlement," to the Settlement Administrator's mailing address or email address, or to the Settlement Website, listed at the end of this Notice. You must sign the letter and include your full name, address, and telephone number on any submission. If you make this request by mailed letter, it must be **postmarked no later than OCTOBER 17, 2022**. Similarly, a request for exclusion submitted by email or via the Settlement Website

must be received **no later than OCTOBER 17, 2022**. Excluding yourself is telling the Court that you don't want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because the Action no longer affects you.

4. **Object**. You can ask the Court to deny approval by filing an objection. You cannot ask the Court to order a larger settlement; the Court can only approve or deny the Settlement. If the Court denies approval, no Settlement Payments will be sent out, no settlement benefits will be provided by the Defendants, and the Action will continue. If that is what you want to happen, you must object. If you are going to object to the Settlement, you must do so in writing. You may also appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for paying that attorney. All written objections and supporting papers must contain at least the following: (i) your full name, or, if you wish to preserve your right to privacy, the name or names under which you performed at a Club or Clubs, and the location (city) of such Club(s), (ii) you or your legally authorized representative's signature, (iii) the address and telephone number at which you or your legally authorized representative can be contacted; (iv) a clear reference to the Action; (v) the nature of the objection; and (vi) a statement whether you intend to appear at the hearing on Plaintiffs' motion for Final Approval, either in person or through counsel and, if through counsel, a statement identifying that counsel by name, bar number, address, and telephone number. Objections must be mailed to the Settlement Administrator postmarked on or before **OCTOBER 17, 2022**. If you submit an objection, you do not have to come to Court to talk about it. As long as you submit a timely, valid written objection, the Court will consider it. If you exclude yourself from the Settlement, you may not object.

***FINAL APPROVAL HEARING ON PROPOSED SETTLEMENT:***

The Final Approval Hearing on the fairness and adequacy of the proposed Settlement, the plan of distribution, Class Counsel's request for attorneys' fees and costs, and the request for Enhancement Payments, will be held on November 17, 2022, at 9:30 a.m., at the United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, California, 15th Floor, in Courtroom C. The Final Approval Hearing may be rescheduled to a different date, time, or location without further notice. It is not necessary for you to appear at this hearing unless you have timely filed an objection to the Settlement and wish to be heard. The Court will not hear any objections at such hearing unless such objections have been timely submitted in writing as detailed in this Notice.

***CLASS COUNSEL RECOMMEND THE SETTLEMENT:***

The Settlement was reached with the assistance of an impartial mediator. Class Counsel (the attorneys who were appointed by the Court to represent the Settlement Class) strongly recommend that you accept the Settlement. The Defendants dispute all of the Claims and have raised numerous defenses (including that all Claims must be brought by each Entertainer in an individual arbitration proceeding) and have the ability to raise numerous other defenses if the Settlement is not approved. In light of the substantial risk that you might receive less, or nothing at all, if the case proceeds to trial (either in court or in an arbitration proceeding), Class Counsel believe that the Settlement is in your best interests and is a reasonable compromise of disputed claims.

***HOW TO OBTAIN ADDITIONAL INFORMATION:***

This Notice only summarizes the class action lawsuits that comprise the Action, the Settlement, and related matters. For the precise terms and conditions of the Settlement, please see the Settlement Agreement available at www.SFBSCSettlement.com, by accessing the Court docket in this case through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov (which may require payment of a nominal fee), or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays. The motion for attorneys' fees, costs, and Enhancement Payments, will also be available on the websites specified above.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT, PROCEDURES TO EXCLUDE YOURSELF FROM THE SETTLEMENT OR TO OBJECT TO IT, OR THE CLAIMS PROCESS.**

**IF YOU HAVE QUESTIONS ABOUT THIS NOTICE OR THE SETTLEMENT, PLEASE CALL THE SETTLEMENT ADMINISTRATOR AT:**

SFBSC/Deja Vu Services Settlement
P.O. Box 26170
Santa Ana, CA 92799
Telephone: (866) 603-6949
Email: SFBSCSettlement@Simpluris.com
Website: www.SFBSCSettlement.com

You may also call Class Counsel:

Sommers Schwartz, P.C.
Jason Thompson
One Towne Square, 17th Floor
Southfield, MI 48076
Telephone: (248) 415-3176

Pitt, McGehee, Palmer, Bonanni & Rivers, P.C
Megan Bonanni
117 West 4th Street, Suite 200
Royal Oak, MI 48067
Telephone: (248) 939-5081

The Tidrick Law Firm LLP
Steven G. Tidrick, Esq.
Joel B. Young, Esq.
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: 510-788-5100

DATED: August 19, 2022

# DANCE FEE PAYMENT ELECTION FORM

If you are a Class Member in *Jane Roe v. SFBSC Management, LLC* (the "San Francisco Action") or *Jane Roe 1 and 2 v. Deja Vu Services, Inc.* (the "San Diego Action"), you have the option to obtain your Settlement Payment in the form of increased commissions, or **Dance Fee Payments,** by performing at one of the Clubs listed below. Under this option, you will obtain **100%** of the Dance Fees you generate out of your services, up to the amount of your Settlement Payment.

You will have one (1) year from the Effective Date of the Settlement to obtain Dance Fee Payments. If you do not obtain the full amount of your Settlement Payment during this one-year period, you will receive a check for the balance. When the Effective Date of the Settlement occurs, the Clubs will post the instructions, both in the Club dressing rooms and at the website at www.SFBSCsettlement.com, of what you must do in order to begin collecting your Dance Fee Payments.

**To be entitled to receive Dance Fee Payments you must complete and submit this Dance Fee Payment Election Form by October 17, 2022.** You have two options:

1. File Online: File online at www.SFBSCsettlement.com using the personalized Login ID**: «MERGED_UniqueID»** ; or
2. File by Mail: Complete and sign this form below and mail it to:

SFBSC/Deja Vu Services Settlement
P.O. Box 26170
Santa Ana, CA 92799

**If you do not elect to receive Dance Fee Payments**, you will be entitled to receive a Cash Payment as your Settlement Payment (which you will receive in installment payments discussed below). The amount you will be eligible to receive as a Cash Payment is the same as what you will be eligible to receive as Dance Fee Payments. Cash Payments will be paid in up to three installments after the Effective Date of the Settlement, beginning no sooner than December 2022. If there is an appeal from the Court's approval of the Settlement, Cash Payments will not start until the appeal is completed and Court approval has been affirmed. Depending on whether an appeal is filed to the Settlement, you may be able to obtain your Settlement Payment quicker by collecting Dance Fee Payments than by receiving a Cash Payment in installment payments.

Please review Articles V, VI, and VII of the Release and Settlement Agreement for details regarding Dance Fee Payments and Cash Fee Payments, a full copy of which is at www.SFBSCsettlement.com.

## COMPLETE FORM BELOW TO SELECT DANCE FEE PAYMENTS

Your Name ______________________________________________________________

Street Address ______________________________________________________________

City ________________________ State __________________ ZIP ________

E-mail Address __________________________________________________

**These are the Potential Clubs at Which Dance Fee Payments May be Collected**:

| | |
|---|---|
| THE PENTHOUSE CLUB & STEAKHOUSE | SAN FRANCISCO |
| NEW CENTURY THEATRE | SAN FRANCISCO |
| DEJA VU CENTERFOLDS | SAN FRANCISCO |
| LITTLE DARLINGS OF SAN FRANCISCO | SAN FRANCISCO |
| GOLD CLUB | SAN FRANCISCO |
| LARRY FLYNT'S HUSTLER CLUB | SAN FRANCISCO |
| CONDOR CLUB | SAN FRANCISCO |
| GARDEN OF EDEN | SAN FRANCISCO |
| ROARING 20'S | SAN FRANCISCO |
| ADULT SUPERSTORE | SAN DIEGO |
| DÉJÀ VU SHOWGIRLS | CITY OF INDUSTRY |
| DÉJÀ VU SHOWGIRLS | N. HOLLYWOOD |
| DEJA VU SHOWGIRLS | RANCHO CORDOVA |
| DEJA VU OF LA - MAIN ST. | LOS ANGELES |
| DEJA VU SHOWGIRLS | TORRENCE |
| DÉJÀ VU SHOWGIRLS | BAKERSFIELD |
| DEJA VU SHOWGIRLS | LOS ANGELES |
| JOLAR CINEMA | SAN DIEGO |
| LITTLE DARLINGS | LEMON GROVE |
| DÉJÀ VU SHOWGIRLS | SAN DIEGO |
| DÉJÀ VU SHOWGIRLS | STOCKTON |

[redacted]

I understand that by submitting this Dance Fee Payment Election Form, I consent to join, as applicable to where and when I performed, the collective action(s) known as *Jane Roe, et al. v. SFBSC Management, LLC*, Civil Case No. 3:14-cv-03616-LB and/or *Jane Roe 1 and 2 v. Deja Vu Services, Inc., et al*., Civil Case No. 19-cv-03960-LB, as a party plaintiff.

[redacted]

____________________________________ **Your Signature**

___________________________ **Date**

# Exhibit A

# LIST OF DEFENDANT ENTITIES INVOLVED IN THIS SETTLEMENT

## AFFILIATED COMPANIES

| | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|
| DEJA VU SERVICES, INC. | 8252 E. LANSING ROAD | DURAND | MICHIGAN | 48429 |
| LA CLUB MANAGEMENT, LLC | 8252 E. LANSING ROAD | DURAND | MICHIGAN | 48429 |
| PINE TREE ASSETS, INC., F/K/A DEJA VU CONSULTING, INC. | 8252 E. LANSING ROAD | DURAND | MICHIGAN | 48429 |
| SFBSC MANAGEMENT, LLC | 250 COLUMBUS AVE, SUITE 207 | SAN FRANCISCO | CALIFORNIA | 94133 |
| TORRANCE FOOD & BEVERAGE, LLC | 8252 E. LANSING ROAD | DURAND | MICHIGAN | 48429 |
| WORLDWIDE PROMOTIONS, LLC | 8252 E. LANSING ROAD | DURAND | MICHIGAN | 48429 |

## THE "SAN FRANCISCO CLUBS"

| "CLASS PERIOD": 08-08-2010 TO 11-16-2018 | DOING BUSINESS AS | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| B.T. CALIFORNIA, LLC | THE PENTHOUSE CLUB & STEAKHOUSE | 412 BROADWAY | SAN FRANCISCO | CALIFORNIA | 94133 |
| BIJOU - CENTURY, LLC | NEW CENTURY THEATRE | 816 LARKING ST | SAN FRANCISCO | CALIFORNIA | 94109 |
| CHOWDER HOUSE, INC. | HUNGRY I | 546 BROADWAY | SAN FRANCISCO | CALIFORNIA | 94133 |
| DEJA VU - SAN FRANCISCO, LLC | DEJA VU CENTERFOLDS | 391 BROADWAY | SAN FRANCISCO | CALIFORNIA | 94133 |
| DEJA VU SHOWGIRLS OF SAN FRANCISCO, LLC | LITTLE DARLINGS OF SAN FRANCISCO | 312 COLUMBUS AVE | SAN FRANCISCO | CALIFORNIA | 94133 |
| GOLD CLUB - SF, LLC | GOLD CLUB | 650 HOWARD ST | SAN FRANCISCO | CALIFORNIA | 94105 |
| S.A.W. ENTERTAINMENT, LTD. | LARRY FLYNT'S HUSTLER CLUB | 1031 KEARNY ST | SAN FRANCISCO | CALIFORNIA | 94133 |
| S.A.W. ENTERTAINMENT, LTD. -- CONDOR CLUB | CONDOR CLUB | 300 COLUMBUS AVE. | SAN FRANCISCO | CALIFORNIA | 94133 |
| SAN FRANCISCO - GARDEN OF EDEN, LLC | GARDEN OF EDEN | 529 BROADWAY | SAN FRANCISCO | CALIFORNIA | 94133 |
| SAN FRANCISCO - ROARING 20'S, LLC | ROARING 20'S | 552 BROADWAY | SAN FRANCISCO | CALIFORNIA | 94133 |

## THE "GREATER CALIFORNIA CLUBS"

| "CLASS PERIOD": 02-08-2017 TO 11-16-2018 | DOING BUSINESS AS | ADDRESS | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| 3610 BARNETT AVE., LLC | ADULT SUPERSTORE | 3610 BARNETT AVE. | SAN DIEGO | CALIFORNIA | 92110 |
| CATHAY ENTERTAINMENT, INC. | DÉJÀ VU SHOWGIRLS | 16025 GALE AVE, STE A11-A12 | CITY OF INDUSTRY | CALIFORNIA | 91745 |
| COLDWATER, LLC | DÉJÀ VU SHOWGIRLS | 7350 COLDWATER CANYON | N. HOLLYWOOD | CALIFORNIA | 91605 |
| DEJA VU SHOWGIRLS - SACRAMENTO, LLC | DEJA VU SHOWGIRLS | 11252 TRADE CENTER DR | RANCHO CORDOVA | CALIFORNIA | 95742 |
| DV of LA, LLC | DEJA VU OF LA - MAIN ST. | 1800 S. MAIN ST | LOS ANGELES | CALIFORNIA | 90015 |
| EF5 ACQUISITIONS GROUP, LLC | DEJA VU SHOWGIRLS | 20320 HAMILTON AVE | TORRENCE | CALIFORNIA | 90502 |
| GRAPEVINE ENTERTAINMENT, INC. | DÉJÀ VU SHOWGIRLS | 1524 GOLDEN STATE HWY | BAKERSFIELD | CALIFORNIA | 93301 |
| HOLLYWOOD & VINE CLUB, LLC | DEJA VU SHOWGIRLS | 6315 HOLLYWOOD BLVD | LOS ANGELES | CALIFORNIA | 90028 |
| JOLAR CINEMA OF SAN DIEGO, LTD | JOLAR CINEMA | 6321 UNIVERSITY AVE | SAN DIEGO | CALIFORNIA | 92115 |
| NITE LIFE EAST, LLC | LITTLE DARLINGS | 8290 BROADWAY | LEMON GROVE | CALIFORNIA | 91945 |
| SHOWGIRLS OF SAN DIEGO INC | DÉJÀ VU SHOWGIRLS | 2720 MIDWAY DR | SAN DIEGO | CALIFORNIA | 92110 |
| STOCKTON ENTERPRISES, LLC | DÉJÀ VU SHOWGIRLS | 4206 WEST LANE | STOCKTON | CALIFORNIA | 95204 |

# Exhibit B

Subject Line: IMPORTANT NOTICE – SFBSC / Déjà vu Services Settlement

## NOTICE OF CLASS ACTION / COLLECTIVE ACTION SETTLEMENT

*Jane Roes 1-2 et al. v. SFBSC Management, LLC, et al.*
United States District Court for the Northern District of California
Case No. 3:14-cv-03616-LB

*Jane Roe, et al. v. Deja Vu Services, et al.,*
United States District Court for the Northern District of California
Case No. 19-cv-03960-LB

***The Court authorized this notice. This is not a solicitation from a lawyer.***

You may be entitled to receive compensation under a proposed settlement if: (1) you worked at one of the "San Francisco" Nightclubs listed below between August 8, 2010 and November 16, 2018, or (2) you worked as an exotic dancer at one or more of the "Greater California" nightclubs listed below between February 8, 2017 and November 16, 2018:

San Francisco Nightclubs
- The Penthouse Club & Steakhouse
- New Century Theatre
- Hungry I
- Deja Vu Centerfolds
- Little Darlings
- Gold Club
- Larry Flynt's Hustler Club
- Condor Club
- Garden of Eden
- Roaring 20's

Greater California Nightclubs
- Adult Superstore (San Diego)
- Déjà Vu Showgirls (City of Industry)
- Déjà Vu Showgirls (N. Hollywood)
- Deja Vu Showgirls (Rancho Cordova)
- Deja Vu Of La - Main St. (Los Angeles)
- Deja Vu Showgirls (Torrence)
- Déjà Vu Showgirls (Bakersfield)
- Deja Vu Showgirls (Los Angeles)
- Jolar Cinema (San Diego)
- Little Darlings (Lemon Grove)
- Déjà Vu Showgirls (San Diego)
- Déjà Vu Showgirls (Stockton)

For more information regarding the settlement, please visit **insert link to website**, or visit: www.SFBSCSettlement.com.

**SIMID: «SIMID»**
**Personalized Login ID: «MERGED_UniqueID»**

Attachments:

File: Notice (Click to Download)
File: Claim Form (Click to Download)

*SIMID:* ***«SIMID»***

# Exhibit C

## Case Information

- Roe v SFBSC Management LLC et al.
- United States District Court Northern District of California
- Case No. 14-cv-03616-LB
- Roes 1 and 2 v Déjà vu Services
- United States District Court Northern District of California
- Case No. 19-cv-03960-LB
- (866) 603-6949

## About This Case

**CLASS ACTION/COLLECTIVE ACTION SETTLEMENT NOTICE**

Roe *et al.*, v SFBSC Management, LLC, *et al.*

United States District Court for the Northern District of California, Case No. 3:14-cv-03616-LB

Janes Roes 1 and 2, *et al.* v Déjà vu Services, Inc., *et al.*

United States District Court for the Northern District of California, Case No. 19-cv-03960-LB

**YOU MAY BE ENTITLED TO RECEIVE MONEY UNDER A PROPOSED SETTLEMENT**

**THIS NOTICE MAY AFFECT YOUR RIGHTS**

**PLEASE READ THE ENTIRE NOTICE CAREFULLY**

*A court authorized this notice. This is not a solicitation. This is not a lawsuit against you and you are not being sued.*

*However, your legal rights are affected whether you act or not.*

You are receiving this Class Action/Collective Action Settlement Notice (the "Notice") because you are entitled to participate in a class action/collective action Settlement; you are what is referred to as a "Class Member." The purpose of this Notice is to provide a brief description of the claims alleged in the case, inform you about the proposed Settlement, and advise you of your rights and options with respect to the Settlement.

If you take no action and the Court approves the Settlement, you will automatically be mailed a settlement check (or series of checks) for your share of the Settlement. You will be bound by the Settlement unless you take action to exclude yourself in the manner described in this Notice.

***WHY IT IS IMPORTANT TO READ THIS NOTICE:***

The United States District Court for the Northern District of California has approved the sending of this Notice regarding the proposed Settlement of the class action/collective action known as Jane Roes 1-2 et al. v. SFBSC Management, LLC, *et al.* United States District Court for the Northern District of California Case No. 3:14-cv-03616-LB, and the related case of *Jane Roe, et al. v. Deja Vu Services, et al.*, United States District Court for the Northern District of California Case No. 19-cv-03960-LB (collectively, the "Action").

Because your rights may be affected by this Settlement, it is extremely important that you read the full Notice carefully. You are a "Class Member" in this Action.

### SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT (SEE FULL NOTICE FOR MORE DETAILS)

| | |
|---|---|
| **DO NOTHING** | If you do nothing, you will automatically be issued a Cash Payment in the form of a mailed check, or a series of checks over time, for your share of the Settlement funds, which will release all of your claims under California state law and under the Fair Labor Standards Act ("FLSA"). |
| **SUBMIT A DANCE FEE PAYMENT ELECTION FORM** | You may choose to receive Dance Fee Payments in lieu of a Cash Payment by performing at one of the Clubs subject to this Settlement. To do so, you must complete, sign, and date the Dance Fee Payment Election Form that is displayed on the website. If you select to receive Dance Fee Payments you will release all claims brought in this Action, or that could have been pleaded based upon the factual allegations set forth in this Action, including claims under the FLSA. The amount of compensation that you will receive as part of the Settlement WILL BE THE SAME regardless of whether you do nothing and are then issued a check (or a series of checks) for a Cash Payment, or whether you select to obtain Dance Fee Payments. |
| **EXCLUDE YOURSELF ("OPT OUT")** | You may exclude yourself from the Settlement by submitting a letter as described in the full notice. If you request to be excluded, you will not be releasing any claims, except that claims for penalties authorized under the California Private Attorney's General Act ("PAGA") will be released regardless of whether you exclude yourself or not. If you exclude yourself, you may not object to the Settlement. |
| **OBJECT** | You can object to the Settlement as described in the full notice and ask the Court to reject the Settlement. You may also appear at the Final Approval Hearing, either in person or through your own attorney. If you submit an objection, you do not need to come to Court to discuss it. So long as it is a timely and valid objection, the Court will consider it. You cannot object to the Settlement if you have excluded yourself from the Settlement. |

## Case Forms

DANCE FEE PAYMENT ELECTION FORM

## Case Documents

- Release and Settlement Agreement
- Amendment to Release and Settlement Agreement
- Second Amended Complaint Against SFBSC Management, LLC, et al.
- Second Amended Complaint Against Déjà Vu Services, Inc., et al.
- Class Action/Collective Action Settlement Notice

## Important Dates

- **Objection Deadline** 10/17/2022
- **Opt Out Deadline** 10/17/2022
- **Dance Fee Payment Election Form Deadline** 10/17/2022
- **Final Approval Hearing** 11/17/2022

# Exhibit D

stripper web

Log in | Help | Join for FREE!

Remember Me?

What's New? | Forum | Blogs | Club Reviews

FAQ Calendar Forum Actions Quick Links Forum Rules — Advanced Search

Forum › Industry Discussions - Female Dancers, Ex-dancers, and Dancers To-Be ONLY › Stripping (was Stripping General)

If this is your first visit, be sure to check out the **FAQ** by clicking the link above. You may have to **register** before you can post: click the register link above to proceed. To start viewing messages, select the forum that you want to visit from the selection below.

**Announcement: California 'Deja Vu' Class Action Settlement Information** — 08-19-2022
StripperWeb (Super Moderator) — Views: 28

Threads 1 to 30 of 18456 — Page 1 of 616 1 2 3 11 51 101 501 ... Last

**Forum: Stripping (was Stripping General)**
Have a topic about stripping but it doesn't fit in the other sections below? Then it belongs here!

Forum Tools | Search Forum

| Title / Started By | Replies / Views | Last Post By |
|---|---|---|
| Important: Preserving Your Emotional/Psychological Well Being<br>Started by J.D., 06-18-2011 04:16 PM 1 2 3 4 5 ... 7 | Replies: 153<br>Views: 162,918 | bbyaura<br>07-18-2022, 09:03 AM |
| Important: The Instructional Video Thread<br>Started by firemaiden04, 02-06-2012 09:00 PM 1 2 3 4 5 | Replies: 119<br>Views: 167,171 | sara2114<br>06-14-2022, 06:31 PM |
| Important: Please welcome your new moderator - Aurora_Sunset!<br>Started by StripperWeb, 10-09-2013 02:21 PM | Replies: 20<br>Views: 27,647 | rawatneelam129<br>03-07-2022, 06:31 AM |
| Important: The Best of SW<br>Started by Addison, 04-12-2011 11:27 AM 1 2 3 | Replies: 70<br>Views: 78,945 | samkamalpoonam<br>02-03-2022, 12:21 AM |
| Important: Missing girls in new Orleans<br>Started by lady_lazarus, 06-17-2012 02:53 AM 1 2 3 4 5 | Replies: 103<br>Views: 122,647 | somyapandey<br>11-10-2021, 09:23 PM |
| Important: Important Information!!!<br>Started by VenusGoddess, 08-29-2005 04:26 PM 1 2 | Replies: 31<br>Views: 58,438 | VenusGoddess<br>10-07-2005, 02:38 PM |
| Why Working With Strippers Makes Sense for Financial Planners | Replies: 1 | Optimist |

# Exhibit E




HOME ABOUT JOIN NOW WHY JOIN INSURANCE DISCOUNTS BENEFITS GOALS FAQ DONATE LEGAL CONTACT US

## CALIFORNIA DANCERS WIN LAWSUIT!

A CLASS ACTION LAW SUIT WAS FILED AND WON FOR MISSCLASSIFICATION OF CALIFORNIA DANCERS AND THERE IS A SETTLEMENT AGREEMENT!

TO VIEW THIS AGREEMENT AND APPLY FOR YOUR PART OF THE FUNDS WE ARE ASKING THAT YOU REGISTER WITH THIS WEBISTE SO THAT WE CAN PROTECT THE INFORMATION. (SINCE ALL INFORMATION WE PUT OUT IS ALWAYS TANTED, THIS IS JUST A MEANS TO PROTECT THE INFORMATION).

PLEASE REGISTER THEN ONCE WE HAVE VERFIFIED YOU ARE A DANCER WITHIN THE STATE OF CALIFORNIA, YOU WILL BE GIVEN ACCESS TO THE WHOLE DOCUMENT THAT WAS GIVEN TO US, AND INSTRUNCTIONAL LINK TO CLAIM YOUR FUNDS!

## THE FOLLOWING QUALIFY:

You may be entitled to receive compensation under a proposed settlement if: (1) you worked at one of the "San Francisco" Nightclubs listed below between August 8, 2010 and November 16, 2018, or (2) you worked as an exotic dancer at one or more of the "Greater California" nightclubs listed below between February 8, 2017 and November 16, 2018:

San Francisco Nightclubs

- The Penthouse Club & Steakhouse
- New Century Theatre
- Hungry I
- Deja Vu Centerfolds
- Little Darlings
- Gold Club
- Larry Flynt's Hustler Club
- Condor Club
- Garden of Eden
- Roaring 20's

Greater California Nightclubs

- Adult Superstore (San Diego)
- Déjà Vu Showgirls (City of Industry)
- Déjà Vu Showgirls (N. Hollywood)
- Deja Vu Showgirls (Rancho Cordova)
- Deja Vu Of La - Main St. (Los Angeles)
- Deja Vu Showgirls (Torrence)
- Déjà Vu Showgirls (Bakersfield)
- Deja Vu Showgirls (Los Angeles)
- Jolar Cinema (San Diego)
- Little Darlings (Lemon Grove)
- Déjà Vu Showgirls (San Diego)

Déjà Vu Showgirls (Stockton

FOR MORE INFORMATION ON HOW TO CLAIM YOUR FUNDS PLEASE REGISTER OR CONTACT THE IEAU.

## UPDATED COVID CRISIS

<< August 2022 >>

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

Follow Us!

ONLINE STORE

Member Resources

Organize Today

Learn more about organizing your workplace!

Click Here



# Exhibit F

**Roe v. SFBSC Management**
Sponsored ·

A settlement has been preliminarily approved in the class/collective actions Roe v. SFBSC Management, LLC and Roes 1 and 2 v. Déjà Vu Services Settlement, United States District Court for the Northern District of California Case No. 14-cv-03616-LB and 19-cv-03960-LB. Plaintiffs representing the class allege violations of certain California labor laws with respect to the defendants' operation of their nightclubs.

You may be eligible for a class action settlement. For more information please click on the following link: www.SFBSCSettlement.com.



sfbscsettlement.com
**Class Action Notice**
Roe v. SFBSC Management

**Learn More**

Guadalupe Vasq... 2 comments 2 shares

Like Comment Share