Michael R. Bracamontes (SBN 242655)
Ryan Vlasak (SBN 241581)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, California 94104
Phone: (415) 835-6777
Fax: (415) 835-6780
mbracamontes@bvlawsf.com

Melody R. Rissell (SBN 330025)
RISSELL LAW, APC
201 Spear Street, Suite 1100
San Francisco, California 94105
Phone: (415) 874-7288
Fax: (415) 874-7292
melody@risselllawfirm.com

Attorneys for Class Members Lapasia Colbert and Mackenzie Banks

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE ROE, et al.,<br>Plaintiffs,<br>v.<br>SFBSC MANAGEMENT, LLC, et al.,<br>Defendants. | **Civil Case No. 14-cv-03616-LB**<br>**Related Cases:16-cv-03371-LB, 17-cv-00138-LB, 17-cv-05288-LB, 17-cv-06971-LB, 19-cv-03960-LB**<br><br>**CLASS MEMBERS LAPASIA COLBERT'S AND MACKENZIE BANKS' OBJECTION TO PROPOSED CLASS ACTION SETTLEMENT** |
| NICOLE HUGHES, et al.,<br>Plaintiffs,<br>v.<br>S.A.W. ENTERTAINMENT, LTD., et al.,<br>Defendants.<br><br>ELANA PERA, et al., | |

| |
|---|
| Plaintiffs,<br><br>v.<br><br>S.A.W. ENTERTAINMENT, LTD., et al.,<br><br>Defendants. |
| POOHRAWN MEHRABAN,<br><br>Plaintiffs,<br><br>v.<br><br>BT California, LLC, et al.,<br><br>Defendants. |
| ELAINE GOMEZ-ORTEGA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DÉJÀ VU – SAN FRANCISCO, LLC, et al.,<br><br>Defendants. |
| JANE ROES 1 AND 2, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DÉJÀ VU SERVICES, INC., et al.,<br><br>Defendants. |

Lapasia Colbert and Mackenzie Banks ("class members") received notice of the proposed settlement in this matter. They object on the grounds that Defendant Bijou Century, LLC dba New Century Theater ("Bijou" or "Defendant") has been improperly named as a released party in the proposed settlement agreement. Bijou filed for bankruptcy on March 13, 2022. (See Exhibit A, Case No. 22-30126 in the United States Bankruptcy for the Northern District of California).

There has been no motion to lift the stay of the bankruptcy as to Bijou. There further has been no notice to the Bankruptcy Court regarding this settlement. The matter should have been automatically stayed as to Bijou, and Bijou should not be able to reap the benefit of settlement of the instant matter.

Respectfully submitted,

RISSELL LAW, APC

Melody Rissell

Dated: October 10, 2022

By:________________________________
Melody R. Rissell, Esq.
Attorney for Class Members Mackenzie Banks and Lapasia Colbert

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by electronic filing on October 10, 2022, on all counsel of record.

RISSELL LAW, APC

Melody Rissell

Dated: October 3, 2022

By:______________________________________
Melody R. Rissell, Esq.
Attorney for Class Members Mackenzie Banks and Lapasia Colbert

EXHIBIT A

CM-180

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Douglas J. Melton (161353) / Shane M. Cahill (227972) / Tahnee S. Baker (293717)<br>LONG & LEVIT LLP<br>465 California Street, Ste. 500<br>San Francisco, CA 94104<br>TELEPHONE NO.: 415.397.2222 FAX NO. *(Optional)*: 415.397.6392<br>E-MAIL ADDRESS *(Optional)*: dmelton@longlevit.com / scahill@longlevit.com / tbaker@longlevit.com<br>ATTORNEY FOR *(Name)*: Defendants BIJOU CENTURY, LLC and KEN DOE | ELECTRONICALLY<br>**FILED**<br>*Superior Court of California, County of San Francisco*<br>**03/14/2022**<br>**Clerk of the Court**<br>**BY: EDNALEEN ALEGRE**<br>**Deputy Clerk** |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO**<br>STREET ADDRESS: 400 McAllister Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, CA 94102<br>BRANCH NAME: Civic Center Courthouse | |
| PLAINTIFF/PETITIONER: LAPASIA COLBERT, et al.<br>DEFENDANT/RESPONDENT: BIJOU-CENTURY, LLC, et al. | |
| **NOTICE OF STAY OF PROCEEDINGS** | CASE NUMBER:<br>CGC-20-587067<br>JUDGE: Samuel K. Feng<br>DEPT.: 206 |

**To the court and to all parties:**

1. Declarant *(name)*: SHANE M. CAHILL
   a. ☐ is ☐ the party ☒ the attorney for the party who requested or caused the stay.
   b. ☐ is ☐ the plaintiff or petitioner ☐ the attorney for the plaintiff or petitioner. The party who requested the stay has not appeared in this case or is not subject to the jurisdiction of this court.

2. This case is stayed as follows:
   a. ☐ With regard to all parties.
   b. ☒ With regard to the following parties *(specify by name and party designation)*: Defendant BIJOU-CENTURY, LLC

3. Reason for the stay:
   a. ☒ Automatic stay caused by a filing in another court. *(Attach a copy of the Notice of Commencement of Case, the bankruptcy petition, or other document showing that the stay is in effect, and showing the court, case number, debtor, and petitioners.)*
   b. ☐ Order of a federal court or of a higher California court. *(Attach a copy of the court order.)*
   c. ☐ Contractual arbitration under Code of Civil Procedure section 1281.4. *(Attach a copy of the order directing arbitration.)*
   d. ☐ Arbitration of attorney fees and costs under Business and Professions Code section 6201. *(Attach a copy of the client's request for arbitration showing filing and service.)*
   e. ☐ Other:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 14, 2022

SHANE M. CAHILL
(TYPE OR PRINT NAME OF DECLARANT)

(SIGNATURE)



Form Adopted for Mandatory Use
Judicial Council of California
CM-180 [Rev. January 1, 2007]

**NOTICE OF STAY OF PROCEEDINGS**

Cal. Rules of Court, rule 3.650
www.courts.ca.gov

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* ______ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Bijou-Century, LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names — **DBA New Century Theater**

**3. Debtor's federal Employer Identification Number** (EIN) — **94-3309910**

**4. Debtor's address**

**Principal place of business**

**250 Columbus Ave, Suite 207**
**San Francisco, CA 94133**
Number, Street, City, State & ZIP Code

**San Francisco**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**816 Larkin Street San Francisco, CA 94109**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL) — **https://www.newcenturysf.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ______

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7224**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

Debtor **Bijou-Century, LLC** Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______
Contact name ______
Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Bijou-Century, LLC** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 13, 2022**
MM / DD / YYYY

*X* **/s/ Joseph Carouba**
Signature of authorized representative of debtor

**Joseph Carouba**
Printed name

Title **Managing Member of the LLC**

**18. Signature of attorney**

*X* **/s/ Michael St. James**
Signature of attorney for debtor

Date **March 13, 2022**
MM / DD / YYYY

**Michael St. James 95653**
Printed name

**St. James Law, P.C.**
Firm name

**22 Battery Street, Suite 810**
**San Francisco, CA 94111**
Number, Street, City, State & ZIP Code

Contact phone **415-391-7566** Email address **ecf@stjames-law.com**

**95653 CA**
Bar number and State

Fill in this information to identify the case:

Debtor name **Bijou-Century, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF CALIFORNIA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bank of America Bankruptcy Department/SBA Loans<br>PO Box 15220<br>Wilmington, DE 19850 | Attn: Small Business Assistance<br><br>answerdesk@sba.gov<br>(866) 457-4892 | SBA Loan made through the Paycheck Protection Program (PPP). | | | | $696,670.00 |
| CA Department of Tax and Fee Admin.<br>Attn: Insolvency<br>250 South Second Street<br>San Jose, CA 95113 | Attn: Insolvency<br><br>SanFranciscoInquiries@cdtfa.ca.gov<br>(415) 356-6600 | Accrued State Sales Tax | | | | $825.00 |
| City & County of San Francisco Treasurer<br>1 Dr. Carlton B. Goodlett Place<br>City Hall, Room 140<br>Attn: Bankruptcy Dept./Property Tax<br>San Francisco, CA 94102 | Attn: Bankruptcy/Property Taxes<br><br>Email Unknown<br>(415) 554-4400 | Per Debtor's Lease (Sch. G): Lessee agrees to pay as additional rent One Hundred percent (100%) of all real property taxes and assessments of any kind | | | | $14,450.70 |
| GIG COMPUTERS, INC.<br>ATTN: CINDY GESE<br>7700 CALM WATERS St.<br>Las Vegas, NV 89131 | ATTN: CINDY GESE<br><br>mk@gigsystems.com<br>(518) 438-2444 | Business trade debt | | | | $554.85 |
| Jane Doe<br>c/o THE SIMON LAW GROUP, LLP<br>Attn: Greg C. Shaffer, Esq.<br>34 Hermosa A venue<br>Hermosa Beach, CA 90254 | Attn: Greg C. Shaffer, Esq.<br><br>schaffer@justiceteam.com<br>(855) 855-8910 | Pending litigation in CA superior Court: Jane Doe vs. DEJA VU SAN FRANCISCO, LLC, ET AL.; Case No. CGC-20-586943 | Contingent<br>Unliquidated<br>Disputed | | | $0.00 |



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bijou-Century, LLC** Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JANE ROE, et al. c/o SOMMERS SCHWARTZ, P.C. Attn: Trenton R. Kashima, Esq. 402 West Broadway, Suite 1760 San Diego, CA 92101** | **Attn: Trenton R. Kashima, Esq. tkashima@sommerspc.com (619) 762-2125** | **Pending litigation in CA Superior Court: JANE ROE, et al. individually and on behalf of all others similarly situated v. DEJA VU SERVICES, INC., et al** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Jenny Rhee 425 1st Street Unit 2307 San Francisco, CA 94105** | **Attn: Rebecca Coll, Esq. rcoll@quadracoll.com (415) 426-3502** | **Settlement Agreement Re: BIJOU CENTURY LLC AND GOLD CLUB-SF, LLC; Complaint filed with Department of Fair Employment and Housing.** | | | | **$56,246.10** |
| **John Doe c/o ADZ LAW, LLP Attn: Tülin D. Açikalin, Esq. 2000 ALAMEDA DE LAS PULGAS Ste. 161 San Mateo, CA 94403** | **Attn: Tülin D. Açikalin, Esq. tacikalin@adzlaw.com (650) 410-8671** | **Pending litigation in CA Superior Court: John Doe vs. Bijou - Century, LLC, etc., et al; Case No. CGC-19-574590** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Kimberly Wallace Attn: Erika Heath, Esq. 541 Britannia Dr. Vallejo, CA 94591-7007** | **Attn: Erika Heath, Esq. erika@heathlegal.com (415) 426-7850** | **Pending complaint filed with CA Dept. of Fair Employment and Housing: Kimberly Wallace vs. Bijou - Century, LLC; DFEH No. 202112-15648816.** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Long & Levit, LLP Attn: Douglas Melton, Esq. 465 California Street, 5th Fl. San Francisco, CA 94104** | **Attn: Douglas Melton, Esq. dmelton@longlevit.com (415) 438-4493** | **Legal fees for representation in multiple legal actions.** | **Unliquidated** | | | **$100,000.00** |
| **MANEGOLD ENGINEERING Attn: Billing/Accounting 272 CHURCH STREET Pawtucket, RI 02860** | **Attn: Billing/Accounting Email Unknown (401) 213-9517** | **Business trade debt** | | | | **$160.00** |



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bijou-Century, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PACIFIC MOBILE LOCK & SAFE Attn: Billing/Accounting 416 VISTA MAR AVENUE Pacifica, CA 94044** | **Attn: Billing/Accounting Email Unknown Phone # Unknown** | **Business trade debt** | | | | **$381.40** |
| **Rebecca Coll, Esq. Quadra & Coll, LLP 649 Mission Street San Francisco, CA 94105** | **Attn: Rebecca Coll, Esq. rcoll@quadracoll.com (415) 426-3502** | **Settlement Agreement Re: BIJOU CENTURY LLC AND GOLD CLUB-SF, LLC; Complaint filed with Department of Fair Employment and Housing.** | | | | **$50,000.00** |
| **Recology Golden Gate Attn: Billing/Accounting 250 Executive Park Blvd. Suite 2100 San Francisco, CA 94134** | **Attn: Billing/Accounting Email Unknown (415) 626-4000** | **Trash & recycling service** | | | | **$467.80** |
| **San Francisco Water Attn: Billing/Accounting P.O. BOX 7369 San Francisco, CA 94120** | **Attn: Billing/Accounting customerservice@sfwater.org (415) 551-3000** | **Utilities** | | | | **$223.53** |
| **Shindel Rock and Associates P.C. Attn: David H. Shindel, C.P.A. 28100 Cabot Dr #102 Novi, MI 48377** | **Attn: David H. Shindel, C.P.A. DShindel@shindelrock.com (248) 855-8833** | **Accounting/CPA fees.** | | | | **$2,261.34** |
| **Social Security Administration Attn: CARES ACT 1100 West High Rise 6401 Security Blvd. Baltimore, MD 21235** | **Attn: CARES ACT Cust. Service Email Unknown (800) 772-1213** | **Deferred Social Security Tax - CARES ACT** | | | | **$3,365.10** |
| **SONIC.NET Attn: Billing/Accounting 2260 APOLLO WAY Alamo, CA 94507** | **Attn: Billing/Accounting enterprise-billing@sonic.com (707) 547-3400** | **Business trade debt** | | | | **$555.18** |



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Bijou-Century, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sysco San Francisco Attn: Billing/Accounting 5900 Stewart Ave Fremont, CA 94538** | **Attn: Billing/Accounting<br><br>Email Unknown (510) 226-3000** | **Wholesale Restaurant Food Supplies** | | | | **$503.87** |
| **The Boon Group, Inc. Attn: Billing/Accounting 6300 Bridge Point Pkwy Bldg 3, Ste. 500 Austin, TX 78730** | **Attn: Billing/Accounting<br><br>info@boongroup.com (800) 368-2666** | **Business trade debt** | | | | **$809.90** |



Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

816 Larkin, LLC
c/o BSC Management
207 Columbus St. Suite 207
San Francisco, CA 94133

Bank of America
Bankruptcy Department/SBA Loans
PO Box 15220
Wilmington, DE 19850

CA Department of Tax and Fee Admin.
Attn: Insolvency
250 South Second Street
San Jose, CA 95113

CA Dept. of Fair Employment and Housing
2218 Kausen Drive, Suite 100
Elk Grove, CA 95758

CA Franchise Tax Board
Attn: Corporate Bankruptcy
PO Box 942857
Sacramento, CA 94257-0050

City & County of San Francisco Treasurer
1 Dr. Carlton B. Goodlett Place
City Hall, Room 140
Attn: Bankruptcy Dept./Property Tax
San Francisco, CA 94102

DEJA VU SERVICES, INC
Attn: Billing/Accounting
8252 EAST LANSING ROAD
Durand, MI 48429

Douglas J. Melton, Esq.
465 California Street, 5th Floor
San Francisco, CA 94104

Déjà vu San Francisco
Attn: Billing/Accounting
391 Broadway
San Francisco, CA 94133

EDD-California Employee Development Dept
Attn: Bankruptcy
PO Box 826846
Sacramento, CA 94246

Erika Heath, Esq.
369 Pine Street, Suite 410
San Francisco, CA 94140

FIORE ACHERMANN, A Law Corp.
340 Pine Street, Suite 503
San Francisco, CA 94104

GIG COMPUTERS, INC.
ATTN: CINDY GESE
7700 CALM WATERS
St.
Las Vegas, NV 89131

Gold Club-SF, LLC
Attn: Billing/Accounting
650 Howard Street
San Francisco, CA 94105

Internal Revenue Service
Central Insolvency Section
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Centralized Lien Unit Division
Cincinnati IRS Campus
PO Box 145595
Cincinnati, OH 45250-5595

Jane Doe
c/o THE SIMON LAW GROUP, LLP
Attn: Greg C. Shaffer, Esq.
34 Hermosa A venue
Hermosa Beach, CA 90254

JANE ROE, et al.
c/o SOMMERS SCHWARTZ, P.C.
Attn: Trenton R. Kashima, Esq.
402 West Broadway, Suite 1760
San Diego, CA 92101

Jenny Rhee
425 1st Street Unit 2307
San Francisco, CA 94105

John Doe
c/o ADZ LAW, LLP
Attn: Tülin D. Açikalin, Esq.
2000 ALAMEDA DE LAS PULGAS Ste. 161
San Mateo, CA 94403

Kimberly Wallace
Attn: Erika Heath, Esq.
541 Britannia Dr.
Vallejo, CA 94591-7007

LAPASIA COLBERT, ET AL
c/o BRACAMONTES & VLASAK, P.C.
Attn: Michael R. Bracamontes, Esq.
220 Montgomery Street, Suite 870
San Francisco, CA 94104

Long & Levit, LLP
Attn: Douglas Melton, Esq.
465 California Street, 5th Fl.
San Francisco, CA 94104

Long & Levit, LLP
465 CALIFORNIA ST., SUITE 500
San Francisco, CA 94104

MANEGOLD ENGINEERING
Attn: Billing/Accounting
272 CHURCH STREET
Pawtucket, RI 02860

Office of Management and Budget
Attn: SBA Desk Officer
New Executive Office Building
Rm. 10202
Washington, DC 20503

Orkin
Attn: Billing/Accounting
PO BOX 7161
Pasadena, CA 91109

PACIFIC MOBILE LOCK & SAFE
Attn: Billing/Accounting
416 VISTA MAR AVENUE
Pacifica, CA 94044

Rebecca Coll, Esq.
Quadra & Coll, LLP
649 Mission Street
San Francisco, CA 94105

Recology Golden Gate
Attn: Billing/Accounting
250 Executive Park Blvd.
Suite 2100
San Francisco, CA 94134

Rissell Law Firm
Melody R. Rissell
201 Spear Street, Suite 1100
San Francisco, CA 94105

S.A.W. Entertainment Limited
250 Columbus Ave
San Francisco, CA 94133

San Francisco Tax Collector
Attn: Unsecured Property Tax
P.O. Box 7427
San Francisco, CA 94120

San Francisco Water
Attn: Billing/Accounting
P.O. BOX 7369
San Francisco, CA 94120

SAW Entertainment, Ltd
Attn: Billing/Accounting
560 Broadway
San Francisco, CA 94133

SFBSC Management LLC
250 Columbus Ave , Ste. 207
Attn: Billing/Accounting
San Francisco, CA 94133

Shane Cahill
465 California Street, 5th Floor
San Francisco, CA 94104

Shindel Rock and Associates P.C.
Attn: David H. Shindel, C.P.A.
28100 Cabot Dr #102
Novi, MI 48377

Social Security Administration
Attn: CARES ACT
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

SONIC.NET
Attn: Billing/Accounting
2260 APOLLO WAY
Alamo, CA 94507

Sysco San Francisco
Attn: Billing/Accounting
5900 Stewart Ave
Fremont, CA 94538

The Boon Group, Inc.
Attn: Billing/Accounting
6300 Bridge Point Pkwy Bldg 3, Ste. 500
Austin, TX 78730

THE TIDRICK LAW FIRM LLP
STEVEN G. TIDRICK
1300 Clay Street, Suite 600
Oakland, CA 94612

U.S. Small Business Administration
Attn: Director, RMD
409 3rd St., SW
Washington, DC 20416

U.S. Small Business Administration
Attn: PPP Loans
455 Market St. suite 600
San Francisco, CA 94105

U.S. Small Business Administration
Attn: Bankruptcy
10737 Gateway West, 11300
El Paso, TX 79935

YANN DALRYMPLE
Attn: Billing/Accounting
510 PARKER #3
San Francisco, CA 94118

# United States Bankruptcy Court
## Northern District of California

In re **Bijou-Century, LLC** Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bijou-Century, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**LITTLE DARLINGS OF SAN FRANCISCO, L.L.C.**
**8252 E. Lansing Rd.**
**Durand, MI 48429**

☐ None [*Check if applicable*]

**March 13, 2022**
Date

**/s/ Michael St. James**
**Michael St. James 95653**
Signature of Attorney or Litigant
Counsel for **Bijou-Century, LLC**

**St. James Law, P.C.**
**22 Battery Street, Suite 810**
**San Francisco, CA 94111**
**415-391-7566 Fax:415-391-7568**
**ecf@stjames-law.com**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**PROOF OF SERVICE**

I, the undersigned, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 465 California Street, 5th Floor, San Francisco, California 94104. On March 14, 2022, I served the document(s) named below on the following attorney(s) of record and/or interested parties in the case of *Lapasia Colbert, et al. v. Bijou-Century, LLC (d/b/a New Century Theater), et al.*, San Francisco County Superior Court Case No. CGC-20-587067.

**NOTICE OF STAY OF PROCEEDINGS**

| ***Attorneys for Plaintiff*** | ***Attorneys for Plaintiff*** |
|---|---|
| Michael R. Bracamontes<br>Betzy Bras-Gonzalez<br>BRACAMONTES & VLASAK, P.C.<br>1901 Harrison Street, Ste. 1590<br>Oakland, CA 94612<br>Tel: 415.835.6777<br>Fax: 415.835.6780<br>mbracamontes@bvlawsf.com<br>bgonzalez@bvlawsf.com<br>apalon@bvlawsf.com | Melody R. Rissell<br>RISSELL LAW FIRM<br>201 Spear Street, Ste. 1100<br>San Francisco, CA 94105<br>Tel: 415.874.7288<br>Fax: 415.874.7292<br>melody@Risselllawfirm.com |

☒ (BY E-MAIL) I served the above party (ies) by transmitting the document via electronic mail to the electronic mail address as listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 14, 2022, at San Francisco, California.

Janie Crowley



LONG & LEVIT LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
(415) 397-2222